**GSX Techedu Inc. (GSX)**  **Wu, Zeqiu**

**List of Purchases and Sales**

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 4/7/2020 | Purchase | 142 | $30.7000 |
| 4/13/2020 | Purchase | 138 | $32.2000 |
| 4/13/2020 | Purchase | 125 | $32.2500 |
| 4/13/2020 | Purchase | 108 | $31.8100 |
| <u>Post-Class Period Transactions</u> | | | |
| 4/14/2020 | Purchase | 150 | $31.7300 |
| 4/14/2020 | Purchase | 220 | $32.2000 |
| 4/14/2020 | Purchase | 150 | $32.1000 |
| 4/14/2020 | Purchase | 180 | $31.9300 |
| 4/14/2020 | Purchase | 300 | $31.6000 |
| 4/14/2020 | Sale | (513) | $29.5000 |
| 4/14/2020 | Sale | (900) | $30.9000 |