## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK 10001-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-7582
DIRECT FAX
(917) 777-7582
EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

May 22, 2020

**VIA ECF**
The Honorable Esther Salas
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

RE:   *Wu v. GSX Techedu Inc.*, 20-cv-4457 (ES) (CLW) (D.N.J.)

Dear Judge Salas:

On behalf of Defendant GSX Techedu, Inc. ("GSX"), we respectfully write, pursuant to Rule II(E)(iii) of Your Honor's Individual Practices, to request that the Court so-order the enclosed stipulation and proposed order extending GSX's deadline to answer, move against or otherwise respond to the complaint until after a lead plaintiff has been appointed in this putative securities class action. Because this action asserts claims under the Securities Exchange Act of 1934, it is subject to the Private Securities Litigation Reform Act of 1995, which, among other things, provides for the appointment of a lead plaintiff and lead counsel to act on behalf of the putative class. *See* 15 U.S.C. § 77u-4(a)(3). Motions for appointment of lead plaintiff are due on or before June 16, 2020. We anticipate that lead plaintiff, once appointed, may want to file an amended complaint. We have conferred with Plaintiff Wu's counsel, who agrees that it would be more efficient to extend GSX's time to respond until after a lead plaintiff has been appointed. This is the first request for an extension.

Respectfully,

/s/ Scott D. Musoff

Scott D. Musoff

Encl.

cc: All counsel of record (via ECF).