**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Counsel for Plaintiff Robert Angeline*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZEQIU WU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GSX TECHEDU INC., LARRY XIANGDONG CHEN, and NAN SHEN,<br><br>Defendants. | No.: 2:20-cv-04457-ES-CLW<br><br>**NOTICE OF WITHDRAWAL OF MOVANT ROBERT ANGELINE'S MOTION TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL (DKT. NO. 6)**<br><br><u>CLASS ACTION</u><br><br>**Motion Date: July 20, 2020** |

Movant Robert Angeline ("Movant") hereby withdraws his Motion to Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Counsel (Dkt. No. 6). Having reviewed the competing motion filed in this action, it appears that movant Yang Renbin has the largest financial interest and is the presumptive Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995. *See* Dkt. Nos. 6-6 and 7-3.

This withdrawal shall have no impact on Movant's membership in the proposed

1

class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

| | |
|---|---|
| Dated: June 30, 2020 | Respectfully submitted, |

**THE ROSEN LAW FIRM, P.A.**

<u>/s/Laurence M. Rosen</u>
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Counsel for Plaintiff Robert Angeline*

**SCHALL LAW FIRM**
Brian Schall
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Tel: 310-301-3335
Fax: 877-590-0482
brian@schallfirm.com

*Additional Counsel*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 30, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                /s/Laurence M. Rosen