

# SHREEFER
INTERNATIONAL LITIGATION CONSULTING
WWW.SHREEFERLAW.COM

913.933.6222
913.999.4526
Karina@ShreeferLaw.com

November 19, 2020

DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2020 NOV 20  A 11: 45

Clerk of Court
Martin Luther King Building & US Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

Re: *Yang Renbin, et al. v. GSX Techedu Inc., et al.*, Case No. 2:20-CV-04457-ES-CLW

Dear Clerk,

My firm has been retained by plaintiff's counsel at Pomerantz LLP to serve process upon the foreign defendants named in the above-referenced case, including CLSA Limited located in Hong Kong. We request service by mail pursuant to FRCP 4(f)(2)(C)(ii).

Note that Hong Kong is a member of the Hague Service Convention, a Treaty regulating international service of process. The Hague Service Convention does not prohibit service by mail pursuant to Article 10(a) of the Treaty, if the Destination State – in this case, Hong Kong -- did not object to such service. In its Declarations to the Treaty on behalf of Hong Kong, China did not object to service by mail in Hong Kong.

I have enclosed two sets of the *Summons in a Civil Action* and *Amended Class Action Complaint* filed in the above-referenced case, along with a *Hague Convention Notice* and *Summary* as recommended by the Hague Conference. One set of documents is to be sent to defendant CLSA Limited and the second set is for the court's files. I have also enclosed a pre-paid FedEx envelope addressed to the defendant at the following address:

> CLSA LIMITED
> 18/F, One Pacific Place
> 88 Queensway
> Admiralty, Hong Kong SAR 999077
> +852.2600.888

Please dispatch the documents to CLSA using the envelope provided. If you have any questions, I may be reached at 913.999.4526 or at Karina@ShreeferLaw.com. Thank you very much for your assistance.

Kind Regards,

SHREEFER LAW FIRM, LLC

Karina Shreefer

Encl.