# DUGHI, HEWIT & DOMALEWSKI, P.C.

LOUIS JOHN DUGHI, JR.
RUSSELL L. HEWIT
CRAIG A. DOMALEWSKI
ROBERT W. DONNELLY, JR.
CHARLES M. RADLER, JR.
MARIO C. GURRIERI
MARK A. PETRASKE*
HERBERT KRUTTSCHNITT III
SCOTT A. HALL
DARA L. SPIRO
MARY ELIZABETH GAZI
LORI CIARROCCA DUFFY
CYNDEE L. ALLERT
BRANDON D. MINDE**
KRISTIN M. CAPALBO
JENNIFER L. YOUNG
ALLISON E. HOLZMAN
RACHEL M. SCHWARTZ

WILLIAM H. GAZI  (1964-2001)
LAWRENCE WEISS (1961-2011)

ATTORNEYS AT LAW

340 NORTH AVENUE EAST
CRANFORD, NEW JERSEY 07016
(908) 272-0200
TELECOPIER: (908) 272-0909

MOORESTOWN OFFICE CENTER
704 EAST MAIN STREET
SUITE F
MOORESTOWN, NJ 08057
(856) 242-6951
TELECOPIER: (908) 272-0909

OF COUNSEL
  WILLIAM L'E. WERTHEIMER
  LORI D. LEWIS
  JUDY L. CREELMAN


RYAN A. NOTARANGELO
YOSTINA MISHRIKY
BENJAMIN J. FORREST
JEFFREY J. NIESZ


* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
** Certified by the Supreme Court of
   New Jersey as a Criminal Trial Attorney

December 4, 2020

**Via ECF**
The Honorable Esther Salas
United States District Judge
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room MLK 5A
Newark, NJ 07101

   Re: Renbin et al. v. GSX Techedu Inc. et al.
     Case Number: 2:20-cv-04457-ES-CLW
     Our File No.:  17199

Dear Judge Salas:

  We represent Defendants Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Barclays Capital Inc., BofA Securities, Inc., CLSA Limited, and Goldman Sachs (Asia) L.L.C. (together, the "Underwriter Defendants") in the above-captioned action, and write on behalf of the Underwriter Defendants and Lead Plaintiff Yang Renbin ("Lead Plaintiff") pursuant to this Court's General Pretrial and Trial Procedures to respectfully propose a schedule for further proceedings in this action.

  Pursuant to this Court's Order Granting Lead Plaintiff's Unopposed Motion for Extension of Time to File Amended Complaint and Move or Otherwise Respond dated October 26, 2020, Lead Plaintiff filed an amended complaint in the above-captioned action on November 2, 2020.  The Amended Complaint, which alleges violations of the Securities Act of 1933 and the Securities Exchange Act of 1934, named the Underwriter Defendants as parties to this action for the first time.  Per the Court's October 26, 2020 Order, Defendant GSX Techedu, Inc. must respond to the Amended Complaint on or before December 17, 2020.  The Underwriter Defendants'

Dughi, Hewit & Domalewski, P.C.

The Honorable Esther Salas
Re:  Renbin et al. v. GSX Techedu Inc. et al.
Case Number:  2:20-cv-04457-ES-CLW
Page 2

responses, which are not covered by the October 26, 2020 Order, are currently due within 21 days of the date on which each Underwriter Defendant was served, with responses due as early as December 7, 2020, and as late as December 11, 2020.

We have conferred with counsel for Lead Plaintiff, who joins us in respectfully requesting that the Court enter a revised Scheduling Order extending the Underwriter Defendants' time to respond to the Amended Complaint, and Lead Plaintiff's time to oppose any motion to dismiss, as follows:

- Underwriter Defendants' answer, motion to dismiss, or other response to the Amended Complaint shall be due on or before January 15, 2021;

- Lead Plaintiff's opposition to Underwriter Defendants' motion to dismiss shall be due on or before March 16, 2021; and

- Underwriter Defendants' reply in further support of their motion to dismiss shall be due on or before April 16, 2021.

This is the Underwriter Defendants' first request for an adjournment.

If the Underwriter Defendants' and Lead Plaintiff's request meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

We are available to discuss the above at Your Honor's convenience.

Respectfully submitted,

DUGHI, HEWIT & DOMALEWSKI

s// *Craig A. Domalewski*

Craig A. Domalewski
cdomalewski@dughihewit.com

cc: All Counsel of Record via ECF

DUGHI, HEWIT & DOMALEWSKI, P.C.

The Honorable Esther Salas
Re:  Renbin et al. v. GSX Techedu Inc. et al.
Case Number:  2:20-cv-04457-ES-CLW
Page 3

                                    SO ORDERED on this ___ day of December 2020

                                    _____
                                    Hon. ESTHER SALAS U.S.D.J.