## Skadden, Arps, Slate, Meagher & Flom llp

ONE MANHATTAN WEST

NEW YORK 10001-6522

———

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-7582
DIRECT FAX
(917) 777-7582
EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

December 15, 2020

**VIA ECF**
The Honorable Cathy L. Waldor
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

RE:   *Wu v. GSX Techedu Inc.*, 20-cv-4457 (ES) (CLW) (D.N.J.)

Dear Judge Waldor:

On behalf of Defendant GSX Techedu, Inc. ("GSX"), we respectfully write to request consolidation of the briefing schedules for defendants' anticipated motion(s) to dismiss the Amended Complaint (ECF No. 22).

Based on a schedule so-ordered by the Court prior to the filing of the Amended Complaint, GSX's response to the Amended Complaint is currently due by December 17, 2020. (ECF No. 21.) The Amended Complaint subsequently added several additional defendants (the "Underwriter Defendants"). Pursuant to the Court's December 7, 2020 Text Order, the Underwriter Defendants' response to the Amended Complaint is due by January 15, 2021. (ECF No. 45.) The parties have conferred and agree that it would be more efficient for all briefing on the anticipated motion(s) to dismiss to be on the same schedule.

Accordingly, GSX respectfully requests that the deadline and briefing schedule for its anticipated motion to dismiss be extended to match that of the Underwriter Defendants, as set forth in the December 7, 2020 Text Order, as follows:

- GSX's motion to dismiss shall be due on or before January 15, 2021;

- Lead Plaintiff's opposition to the motion to dismiss shall be due on or before March 16, 2021; and

Honorable Cathy L. Waldor
December 15, 2020

- GSX's reply in further support of the motion to dismiss shall be due on or before April 16, 2021.

        Respectfully,

        /s/ Scott D. Musoff

        Scott D. Musoff

cc: All counsel of record (via ECF).

        SO ORDERED on this ___ day of December 2020

        _____
        Hon. Cathy L. Waldor