# DUGHI, HEWIT & DOMALEWSKI, P.C.

LOUIS JOHN DUGHI, JR.
RUSSELL E. HEWIT
CRAIG A. DOMALEWSKI
ROBERT W. DONNELLY, JR.
CHARLES M. RADLER, JR.
MARIO C. GURRIERI
MARK A. PETRASKE*
HERBERT KRUTTSCHNITT III
SCOTT A. HALL
DARA L. SPIRO
MARY ELIZABETH GAZI
LORI CIARROCCA DUFFY
CYNDEE L. ALLERT
BRANDON D. MINDE**
KRISTIN M. CAPALBO
JENNIFER L. YOUNG
ALLISON E. HOLZMAN
RACHEL M. SCHWARTZ

⎯⎯⎯⎯

WILLIAM H. GAZI  (1964-2001)
LAWRENCE WEISS (1961-2011)

**ATTORNEYS AT LAW**

340 NORTH AVENUE EAST
CRANFORD, NEW JERSEY 07016
(908) 272-0200
TELECOPIER: (908) 272-0909

⎯⎯⎯⎯

MOORESTOWN OFFICE CENTER
704 EAST MAIN STREET
SUITE F
MOORESTOWN, NJ 08057
(856) 242-6951
TELECOPIER: (908) 272-0909

OF COUNSEL
   WILLIAM L'E. WERTHEIMER
   LORI D. LEWIS
   JUDY L. CREELMAN

RYAN A. NOTARANGELO
YOSTINA MISHRIKY
BENJAMIN J. FORREST
JEFFREY J. NIESZ

* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
** Certified by the Supreme Court of
   New Jersey as a Criminal Trial Attorney

January 11, 2021

**Via ECF**
Magistrate Judge Cathy L. Waldor
United States District Court
District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street, Room 4040
Newark, NJ 07101

Re:   *Renbin et al.* v. *GSX Techedu Inc. et al.*
Case Number: 2:20-cv-04457-ES-CLW
Our File No.:  17199

Dear Judge Waldor:

We represent Defendants Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Barclays Capital Inc., BofA Securities, Inc., CLSA Limited, and Goldman Sachs (Asia) L.L.C. (together, the "Underwriter Defendants") in the above-captioned action and write on behalf of the Underwriter Defendants and GSX Techedu, Inc. (together, "Defendants") pursuant to Your Honor's General Pretrial and Trial Procedures.  Due to unanticipated conflicts, we are respectfully requesting a slight modification to the existing schedule:

- Defendants' answer, motion to dismiss, or other response to the Amended Complaint, which is currently due on January 15, 2021, shall be due on or before January 29, 2021;

- Plaintiffs' opposition to Defendants' motion to dismiss, which is currently due on March 16, 2021, shall be due on or before March 30, 2021; and

- Defendants' reply in further support of their motion to dismiss, which is currently due on April 16, 2021, shall be due on or before April 30, 2021.

DUGHI, HEWIT & DOMALEWSKI, P.C.

Magistrate Judge Cathy L. Waldor
Re:  Renbin et al. v. GSX Techedu Inc. et al.
Case Number:  2:20-cv-04457-ES-CLW
Page 2

       Plaintiffs have graciously agreed to our request.  This is Defendants' second request for an adjournment.

       If this request meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

       We are available to discuss the above at Your Honor's convenience.

Respectfully submitted,

DUGHI, HEWIT & DOMALEWSKI

s// *Craig A. Domalewski*

Craig A. Domalewski
cdomalewski@dughihewit.com

cc: All Counsel of Record via ECF

SO ORDERED on this ___ day of January 2021

_____
HON. CATHY L WALDOR U.S.M.J.