# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
            :

YANG RENBIN, ROBERT ANGELINE,    :    2:20-cv-04457-ES-CLW
COREY HAYS, AND ALEXANDRE TAZI,   :
Individually and On Behalf of All Others      :    **ECF Case**
Similarly Situated,                      :    **Electronically Filed**
            :

       Plaintiffs,             :

v.                           :
            :
            :

GSX TECHEDU INC., LARRY XIANGDONG  :
CHEN, NAN SHEN, XIN FAN, YIMING HU,   :
MING LIAO, CREDIT SUISSE SECURITIES  :
(USA) LLC, DEUTSCHE BANK SECURITIES,:
INC., BARCLAYS CAPITAL, INC., BOFA   :
SECURITIES, INC., CLSA LIMITED, AND   :
GOLDMAN SACHS (ASIA) L.L.C.,        :
            :

       Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF DEFENDANTS' JOINT MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that on May 17, 2021, Defendants GSX Techedu

Inc., Mr. Ming Liao, Credit Suisse Securities (USA) LLC, Deutsche Bank

Securities Inc., Barclays Capital Inc., BofA Securities, Inc., CLSA Limited, and

Goldman Sachs (Asia) L.L.C. (collectively, the "Moving Defendants") will move

before the Honorable Esther Salas, United States District Judge, at the Martin

Luther King Building & United States Courthouse, 50 Walnut Street, Newark,

New Jersey 07101, for an Order (i) dismissing the Amended Class Action

Complaint with prejudice pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4; and (ii) granting such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that in support of their motion, the Moving Defendants will rely on the Joint Memorandum of Law submitted herewith; the Certification of Scott D. Musoff, dated January 29, 2021, and exhibits thereto, submitted herewith; and all prior papers and proceedings herein.

PLEASE TAKE FURTHER NOTICE that annexed hereto is a proposed form of Order on the motion.

PLEASE TAKE FURTHER NOTICE that the Moving Defendants respectfully request oral argument on their motion.

Dated:  January 29, 2021

/s/ Craig A. Domalewski
Craig A. Domalewski
**DUGHI, HEWIT &
DOMALEWSKI, P.C.**
340 North Avenue
Cranford, New Jersey 07016
(908) 272-0200
cdomalewski@dughihewit.com

David G. Januszewski *(pro hac vice)*
Herbert S. Washer *(pro hac vice)*
Sheila C. Ramesh *(pro hac vice)*
Adam S. Mintz *(pro hac vice)*
**CAHILL GORDON &
REINDEL LLP**
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
sramesh@cahill.com
amintz@cahill.com

*Counsel  for Defendants Credit Suisse
Securities (USA) LLC, Deutsche Bank
Securities Inc., Barclays Capital Inc.,
BofA Securities, Inc., CLSA Limited,
and Goldman Sachs (Asia) L.L.C.*

/s/ Scott D. Musoff
Scott D. Musoff
Robert A. Fumerton *(pro hac vice
pending)*
Michael C. Griffin *(pro hac vice
pending)*
**SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 735-2000
scott.musoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com

*Counsel for Defendants GSX
Techedu Inc. and Mr. Ming Liao*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of (i) this Notice of Motion, (ii) the accompanying Memorandum of Law, (iii) the accompanying Certification of Scott D. Musoff, dated January 29, 2021 and exhibits thereto, and (iv) a Proposed Order granting the motion were served on all parties via electronic mail on January 29, 2021 pursuant to agreement of the parties.

Dated:  January 29, 2021

/s/ Scott D. Musoff
Scott D. Musoff