# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                     :

YANG RENBIN, ROBERT ANGELINE,      :    2:20-cv-04457-ES-CLW
COREY HAYS, AND ALEXANDRE TAZI,    :
Individually and On Behalf of All Others     :    **ECF Case**
Similarly Situated,                   :    **Electronically Filed**
                     :

          Plaintiffs,        :

v.                         :
                     :
                     :

GSX TECHEDU INC., LARRY XIANGDONG  :
CHEN, NAN SHEN, XIN FAN, YIMING HU,   :
MING LIAO, CREDIT SUISSE SECURITIES   :
(USA) LLC, DEUTSCHE BANK SECURITIES, :
INC., BARCLAYS CAPITAL, INC., BOFA    :
SECURITIES, INC., CLSA LIMITED, AND   :
GOLDMAN SACHS (ASIA) L.L.C.,        :
                     :

          Defendants.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATION OF SCOTT D. MUSOFF IN SUPPORT OF
## DEFENDANTS' JOINT MOTION TO DISMISS
## THE AMENDED CLASS ACTION COMPLAINT

SCOTT D. MUSOFF hereby certifies:

1.     I am a member of the bar of this Court and of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants GSX Techedu Inc. ("GSX") and Ming Liao in this action.

2.     I submit this Certification in support of the Joint Motion to Dismiss the Amended Class Action Complaint (the "Motion") submitted by GSX, Mr.

Liao, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc.,

Barclays Capital Inc., BofA Securities, Inc., CLSA Limited, and Goldman Sachs

(Asia) L.L.C. and to place before the Court true and accurate copies of the

following documents referenced in the accompanying memorandum of law in

support of the Motion:

| Exhibit | Document |
|---|---|
| A | Excerpts of GSX's IPO Prospectus dated June 5, 2019, as filed with the SEC on Form 424B4. |
| B | GSX's Historical Stock Prices, June 6, 2019 – January 28, 2021. |
| C | GSX's SPO Prospectus dated November 21, 2019, as filed with the SEC on Form 424B4. |
| D | Grizzly Research Report, *Brushed Student Counts and Cooked Books: Why We Believe GSX Techedu is the Worst Publicly Traded Education Company*, February 25, 2020. |
| E | GSX Special Investor Call Transcript, April 9, 2020. |
| F | Citron Research Report, *GSX Techedu Inc – The Most Blatant Chinese Stock Fraud since 2011*, April 14, 2020. |
| G | GSX Press Release, *GSX Firmly Denies Allegations in Citron Research Report*, April 15, 2020. |
| H | GSX Q1 2020 Earnings Call Transcript, May 6, 2020. |
| I | Muddy Waters Report, *GSX Techedu: Rise of the Machines*, May 18, 2020. |
| J | GSX Press Release, *GSX Refutes Muddy Waters Research's Allegations*, May 19, 2020. |

| Exhibit | Document |
|---|---|
| K | Kenneth Rapoza, *China's 'Better Than Tesla' Stock Is A Scam, Short Sellers Say*, Forbes (August 11, 2020). |
| L | GSX Q2 2020 Financial Results dated September 2, 2020, as filed with the SEC on Form 6-K. |
| M | Credit Suisse Analyst Report, October 21, 2020. |
| N | GSX Q3 2020 Financial Results dated November 23, 2020, as filed with the SEC on Form 6-K. |
| O | Jing Yang & Xie Yu, *One of the Year's Worst Short Bets Defies Scathing Reports and an SEC Investigation*, The Wall Street Journal (October 12, 2020). |
| P | Excerpts of GSX 2019 Annual Report dated April 3, 2020, as filed with the SEC on Form 20-F. |
| Q | Citron Research Report, *Conclusive evidence of significant overstatement of revenues and profits through the use of multiple undisclosed related parties at GSX Techedu*, April 30, 2020. |
| R | Muddy Waters Report, *GSX: Small Classes, Big Lies*, May 28, 2020. |
| S | Certified English Translation of GSX Job Posting titled "IT room operation and maintenance engineer," as posted on Xueqiu.com. |
| T | Certified English Translation of GSX Job Posting titled "Cellphone Operation and maintenance engineer," as posted on Jobui.com. |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of January, 2021.

/s/ Scott D. Musoff
Scott D. Musoff

3