# Exhibit F

Citron RESEARCH

April 14, 2020

# GSX Techedu Inc – The Most Blatant Chinese Stock Fraud since 2011

## Up to 70% of revenues are fabricated and the Chinese media agrees

Despite having over 4500 stores in China, Luckin Coffee (LK) recently saw its stock price vaporized as the company disclosed that it had overstated revenue by 40%. While admittedly we were startled at the brazen fraud, many in China were not and Luckin's fortunes were questioned by many "in the know" in the Chinese business community.

Luckin's cautionary tale teaches us several valuable lessons:

1. No matter how "front facing" a company is, certain Chinese company's willingness to commit fraud cannot be ignored or understated
2. Chinese people have taken a vigilant interest in exposing fraud and are not complicit as illustrated by much if not all LK investigative work being done Chinese citizens
3. If a company presents financials that cannot be relied upon, the stock should be immediately halted even if there is "some revenue"

And most importantly, the one common denominator of all fraud that has come out of China – **If it seems too good to be true, it is.**

With that understanding, Citron introduces what many in China already know and what will become obvious to the reader:

**GSX Techedu Inc is overstating revenue by up to 70% and should immediately halt trading and launch an internal investigation.**

This report is Part 1 of a series of reports on GSX.  The presentation of our complete set of on-the-ground findings in China has been delayed due to Beijing being shutdown but we will soon present even more evidence of the extent of the fraud and mechanisms behind student brushing.

## Background

1

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

Citr⬤n RESEARCH

Let us start from IPO.  Last June, GSX was priced at the mid-point of its targeted range at $10.50 a share to not much fanfare.  Every news agency reported on this as just another Chinese Education IPO with nothing spectacular.

http://www.xinhuanet.com/english/2019-06/06/c_138122631.htm

Reception to the IPO was lukewarm but the market was steady enough to allow GSX to do a follow on secondary netting $250 million for selling shareholders less than 6 months later at $14 a share.

But did anyone care to look at the believability of these numbers or was it rubber stamped under the JOBS Act?

**GSX claimed that in the year up to IPO its growth was 432% along with gross margins of 75%?**  Note, this is in the highly competitive and transparent world of online education.  Yet, when GSX went IPO not one piece of media in China or the US referred to them as hyper growth or disruptive or gave any praise.

This is not Luckin with 4500 stores, this is more like a 2011 Chinese RTO with a too good to be true nonsense story.

The SEC must halt trading in this security.

## To Put Scale of Fraud in Perspective – Let's Compare to Legitimate Companies

Let's compare GSX to two undisputed leaders in online education in China, TAL and EDU (both respected companies), along with HK traded Koolearn.  Look at how all four companies performed while coming off the same historical revenue base.

*Note – when EDU and TAL had that revenue, the online education market was much less competitive making GSX's growth look even more unbelievable given the current levels of competition.

2

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citron** RESEARCH

April 14, 2020



You cannot hide a fast-growing education company in China.  China's media covers the education industry the same way the U.S. media covers the Kardashians.  If this company had 432% revenue growth in one year on that scale – it would be widely known and widely reported.

## Not Just the Opinion of Citron – We now Show Chinese Government, Media, and Think Tanks – All with the Same Conclusion

*China Consumer News*, which is backed by the State Administration for Market Regulation, sent out a survey and questionnaire to the major players in Chinese online education including TAL, Tencent Lecture, Zuoyebang, Chinese Uni MOOC, Yuanfudao, and EDU.  However, GSX was not included in this survey.

https://www.thepaper.cn/newsDetail_forward_6721156

*China Consumer News* published a different survey on the Chinese online education market last month.  GSX was missing again.

3

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citron** RESEARCH

April 14, 2020

## Appendix 1: Online Education Platform Consumer Experience Rating and Evaluation

附件 1：在线教育平台消费体验各维度和指标义工评价

| 指标/平台 | 学而思网校 (TAL) | 掌门一对一 (Zhangmen Yiduiyi) | 猿辅导 (Yuanfudao) | 作业帮 (Zuoyebang) | 智学网 (Zhixuewang) | VIPKID 英语 | DaDa 英语 (DaDa English) | 新东方 (EDU) | 腾讯课堂 (Tencent Lecture) | 网易云课堂 | 超星学习通 (Chaoxing Xuexitong) | 慕课 (DAO) | 综合得分 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 证照资质 | 5 | 5 | 5 | 5 | 5 | 10 | 10 | 10 | 5 | 5 | 5 | 5 | 62.50 |
| 课程介绍 | 5 | 10 | 10 | 10 | 5 | 10 | 10 | 5 | 10 | 10 | 10 | 10 | 87.50 |
| 明码标价 | 5 | 5 | 5 | 5 | 5 | 5 | 3 | 5 | 5 | 5 | 5 | 5 | 96.67 |
| 用户评价 | 5 | 0 | 10 | 10 | 5 | 5 | 10 | 0 | 10 | 10 | 10 | 5 | 66.67 |
| 信息披露 | 57.14 | 57.14 | 85.71 | 85.71 | 57.14 | 85.71 | 94.29 | 57.14 | 85.71 | 85.71 | 85.71 | 71.43 | 75.71 |
| 教师资质 | 10 | 5 | 10 | 10 | 10 | 10 | 5 | 5 | 5 | — | 0 | — | 70.00 |
| 课程规范 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 100.00 |
| 答疑解惑 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 3 | 5 | 96.67 |
| 有否"三超" | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | — | 10 | — | 100.00 |
| 课程品质 | 100.00 | 85.71 | 100.00 | 100.00 | 100.00 | 100.00 | 85.71 | 85.71 | 85.71 | 100.00 | 65.71 | 100.00 | 92.38 |
| 合同签订 | 0 | 10 | 0 | 0 | 10 | 10 | 10 | 5 | 5 | 10 | 0 | 5 | 54.17 |
| 课程退换 | 10 | 10 | 5 | 10 | 10 | 10 | 10 | 10 | 5 | 5 | 0 | 5 | 75.00 |
| 发票开具 | 5 | 5 | 5 | 3 | 5 | 5 | 5 | 3 | 0 | 3 | 3 | 0 | 70.00 |
| 客服响应 | 5 | 5 | 5 | 5 | 2 | 5 | 5 | 5 | 0 | 5 | 2 | 2 | 76.67 |
| 优质服务 | 66.67 | 100.00 | 50.00 | 60.00 | 90.00 | 100.00 | 100.00 | 76.67 | 33.33 | 76.67 | 16.67 | 40.00 | 67.50 |
| 总分/得分率 | 75.00 | 80.00 | 80.00 | 83.00 | 82.00 | 95.00 | 93.00 | 73.00 | 70.00 | 85.00 | 58.00 | 65.00 | 78.25 |

http://www.ccn.com.cn/html/news/xiaofeiyaowen/2020/0324/483464.html

*The Guangming Daily*, which is sponsored by the Central Committee of the Communist Party of China, published a research report this month on the Chinese online education market.  GSX was missing again.

4

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citron** RESEARCH

April 14, 2020



http://edu.gmw.cn/2020-04/02/content_33708443.htm

5

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

April 14, 2020

During GSX's conference call last week, the company failed to acknowledge Grizzly Research's criticism that GSX was noticeably absent in a 2018 online education report by iResearch highlighting the major players in the industry.

Citron's suspicions were corroborated by the fact that GSX is missing from the list of top online education companies in both the 2019 iResearch report and the most recent iResearch report from last month as well, while supposed peers TAL, Yuanfudao, and Tencent Lecture all make the list.

**And this is supposed to be a company growing 10x as fast as the competition?**



6

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citron** RESEARCH

April 14, 2020





| 排名 | APP名称 | 一级行业 | 二级行业 | 触媒偏好 | 目标用户月独立设备数 |
|---|---|---|---|---|---|
| 1-20 | | | | TGI | （万台） |
| 1 | 智学网 Zhixuewang | 学习教育 | 职业教育 | 377.72 | 101.52 |
| 2 | 安全教育平台 Safety Edu | 学习教育 | 教育工具 | 373.26 | 439.59 |
| 3 | 洋葱学院 Onion College | 学习教育 | 职业教育 | 360.07 | 133.88 |
| 4 | 升学e网通 EWT | 学习教育 | 职业教育 | 353.31 | 127.75 |
| 5 | 学而思网校 TAL | 学习教育 | 教育工具 | 349.45 | 163.56 |
| 6 | 猿辅导 Yuanfudao | 学习教育 | 职业教育 | 342.75 | 131.10 |
| 7 | 一起学（家长通）Yiqixue | 通讯聊天 | 即时通讯 | 331.38 | 130.91 |
| 8 | 企业微信 WeChat Work | 通讯聊天 | 即时通讯 | 279.21 | 232.95 |
| 9 | 央视频 CCTV | 视频服务 | 聚合视频 | 275.50 | 130.51 |
| 10 | 学习强国 Xuexi Qiangguo | 学习教育 | 教育工具 | 267.36 | 505.86 |
| 11 | 小猿搜题 Yuanfudao | 学习教育 | 职业教育 | 266.53 | 407.49 |
| 12 | 晓黑板 Xiaoheiban | 学习教育 | 教育工具 | 259.50 | 120.46 |
| 13 | 腾讯课堂 Tencent Lecture | 学习教育 | 职业教育 | 254.66 | 104.45 |
| 14 | 一起小学生 Yiqixiaoxue Xuesheng | 学习教育 | 职业教育 | 249.29 | 252.30 |
| 15 | 作业帮 Zuoyebang | 学习教育 | 职业教育 | 243.81 | 1569.91 |
| 16 | 快点阅读 Kuaidian Yuedu | 电子阅读 | 在线阅读 | 234.83 | 104.62 |
| 17 | 快对作业 Kuaidui Zuoye | 学习教育 | 职业教育 | 231.35 | 350.59 |
| 18 | 元气骑士 Yuanqi Knight | 游戏服务 | 冒险闯关 | 217.77 | 116.91 |
| 19 | 有道翻译官 Youdao Translator | 学习教育 | 教育工具 | 202.99 | 100.58 |
| 20 | 影视大全-Le123 Le123 | 视频服务 | 聚合视频 | 198.67 | 324.70 |

来源：UserTracker 多平台网民行为监测数据库（桌面及智能终端）。
注释：1、排除所在一级行业APP进行TGI排序；2、目标用户月独立设备为所选行业用户的在该APP月独立设备数，3、仅选择MAU＞100万APP进行排序。
©2020.3 iResearch Inc.
www.iresearch.com.cn
20

7

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citron** RESEARCH

April 14, 2020

When questioned on the recent conference call about their lack of presence in web analytics the company referred investors to QuestMobile, yet we don't see GSX ranked as a top online education platform by QuestMobile.



## GSX plans on continuing to commit securities fraud.

## Citron believes that GSX overstates their revenue by up to 70% and has not intention of slowing down the fraud.

Whereas the previous chart showed the 2 years leading up to IPO, this is the completely obscene lies that GSX attempts to tell going forward. This revenue growth chart shows GSX expectations going forward vs. the actual results of EDU, TAL, and Koolearn coming off the same historical revenue base.

8

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

Citron RESEARCH

April 14, 2020





They are not even in a "fake it till you make it" situation.  Their forward growth trajectory is as foolish and fraudulent as their previous financials.

## What Is Their Claimed Secret for such Spectacular Growth?

In their IPO and in their corporate materials they sold the company as "making education better through technology".

https://www.sec.gov/Archives/edgar/data/1768259/000119312519140662/d709082df1.htm

But, once they realized that their minuscule technology spend would not sell the story, they changed the story to having "Star Teachers."

Yes, these "Star Teachers" which are never named and not on any website generated 10x more productivity than any of the teachers from the established and respected players.  Yet, these teachers for GSX are not under contract and do not have their own websites and are not listed anywhere.  This is right out of the China Hustle.

The only analogy that comes to mind is my baseball team has a collection of hitters who each hit 400 home runs A SEASON, but you have never heard of them and you are not allowed to know their names.

9

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citron** RESEARCH

April 14, 2020



Annual revenue per instructor (Rmb ths.)

*Note – teacher productivity and "Star Teachers" were never part of their business plan.

Luckin is by far a more prominent coffee shop than GSX is an education provider.

It is interesting to note that GSX's auditor is Deloitte.  This is the same auditor that was used in the Longtop and China Media Express frauds – both exposed by Citron.  We are not saying that all of their clients commit fraud, but don't for a minute think because GSX has a Big Four auditor they are clean and that history won't repeat.

## The Analysis Behind the Obvious Assumptions

Even though we believe our case has been made, here are the takeaways from Citron's extensive due diligence (some of which is highlighted in more detail at the end of this report):

- After tracking >20% of available GSX classes, Citron estimates that 2019 revenue was overstated by 70%
- Our data indicates that most students are not from lower-tier cities, as GSX claims, when trying to explain how the company can grow so quickly when most Chinese parents in Tier 1 and 2 cities have never heard of them
- Wuhan and the surrounding area make up almost 50% of the student composition in Q1 2020, which further supports our thesis that a large % of

10

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citron** RESEARCH

revenues are fudged given the large number of free classes offered to students of Wuhan during the Covid-19 crisis and, just as importantly, implies that GSX couldn't have a strong diversified student base to begin with, and that the previous sales revenues are largely exaggerated

- Duplicated classes (i.e., counted more than once) could be one way that revenues are inflated
- GSX management has deflected criticism with unconvincing explanations that show a greater interest in protecting their stock price than operational integrity, and their filings are riddled with suspicious transactions

**As a result of our investigation, Citron calls on the internal audit team at GSX to look into student enrollment numbers and revenue more closely. Our research suggests a huge discrepancy between reported figures and reality.**

## Systematic Overstatements of Revenue

We thought there was no better way to determine the scope of the financial shenanigans than to track the actual number of students in paid classes directly. This weeds out the noise, and with a large degree of certainty we can estimate the number of students in the paid classes—and hence the company's revenue.

We selected and paid for the most popular classes taught by "Star Teachers" with a significant sample size of >20% of total available classes in Q1 2020. See the below table for the breakdown.

11

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citron** RESEARCH

| Total programs/lessons tracked versus total programs/lessons available during 1st Quarter 2020 | | | | |
|---|---|---|---|---|
| K-12 Levels | Elementary (7-12) | Middle (13-15) | High School (16-18) | Total |
| Total available paid programs | 20 | 37 | 76 | 133 |
| Total available lessons | 459 | 418 | 875 | 1752 |
| No. of tracked programs | 4 (1 postponed) | 11 | 3 | 18 |
| % of total available prgms | 20% | 30% | 4% | 14% |
| Total tracked lessons | 133 (44 postponed) | 165 | 64 | 362 |
| % of total available lessons | 29% | 39.4% | 7.3% | 20.6% |

Quick definition:
Program = the actual subject of a particular K12 level that is available
Lessons = the number of classes in a particular program, this ranges from 15 - 44 lessons per program.
Each lesson lasts 1 to 1.5 hours.

With the exception of one elementary English program that was postponed because the start of the Spring school term in China was delayed (yes, GSX online classes mirror actual school schedules), we successfully tracked and captured the number of students and actual discounted course fees (we know because we negotiated and bought these programs ourselves) for >20% of total available classes during Q1 2020.

As shown in the table below, there are a total of 34,726 IDs across 18 programs. This was sieved out from the 478,229 comments that were captured during these lessons.  Of the total 34,726 IDs, 27,558 are unique, meaning that a percentage of them have purchased two or more programs simultaneously.  This is a conservative figure since we also included all the potential planted users in these classes who have participated actively in the class.

12

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com



| No. | Levels | Subject | Class name | Instructor | # of lessons | Class dates | Course fees (net) | No. of paid users | Revenue |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Elemtry | English | 2020【春】《超级拼读》彻底搞定单词 | Sam | 44 | 9/2 – 9/7 | 3,498 | Class delayed due to virus | |
| 2 | Elemtry | Chinese | 2020【春】《无忧作文》第12期精讲-上 | 张镇 | 26 | 1/2 – 25/7 | 3,288 | 2,401 | 7,894,488 |
| 3 | Elemtry | Chinese | 2020【春】《无忧阅读》第12期精讲-上 | 张镇 | 26 | 20/3 – 16/6 | 1,600 | 2,068 | 3,308,800 |
| 4 | Elemtry | Chinese | 高效学习系列课 | 陈晓丹 | 37 | 15/2 – 2/6 | 2,098 | 811 | 1,701,478 |
| | | | | Subtotal | 133 | | | Subtotal | 12,904,766 |
| 5 | Middle 1 | Chinese | 【2020-春】七年级语文目标班 | 木木 | 15 | 22/2 – 6/6 | 1,899 | 1,664 | 3,159,936 |
| 6 | Middle 1 | Math | 【2020-春】七年级数学目标班 | 傲德 | 15 | 22/2 – 6/6 | 1,899 | 2,596 | 4,929,804 |
| 7 | Middle 1 | English | 【2020-春】七年级英语目标班 | 李军 | 15 | 22/2 – 6/6 | 1,899 | 4,333 | 8,228,367 |
| 8 | Middle 2 | Chinese | 【2020-春】八年级语文目标班 | 木木 | 15 | 23/2 – 6/7 | 1,899 | 1,082 | 2,054,718 |
| 9 | Middle 2 | Math | 【2020-春】八年级数学目标班 | 傲德 | 15 | 22/2 – 6/6 | 1,899 | 1,357 | 2,576,943 |
| 10 | Middle 2 | English | 【2020-春】八年级英语目标班 | 李军 | 15 | 22/2 – 6/6 | 1,899 | 5,158 | 9,795,042 |
| 11 | Middle 2 | Physics | 【2020-春】八年级物理目标班 | 一森 | 15 | 22/2 – 6/6 | 1,899 | 239 | 453,861 |
| 12 | Middle 2 | Chinese | 【2020-春】九年级语文目标班 | 木木 | 15 | 23/2 – 6/7 | 1,799 | 1,082 | 1,946,518 |
| 13 | Middle 3 | Math | 【2020-春】九年级数学目标班 | 傲德 | 15 | 23/2 – 6/7 | 1,799 | 3,999 | 7,194,201 |
| 14 | Middle 3 | English | 【2020-春】九年级英语目标班 | 李军 | 15 | 22/2 – 6/6 | 1,899 | 2,885 | 5,478,615 |
| 15 | Middle 3 | Physics | 【2020-春】九年级物理目标班 | 一森 | 15 | 22/2 – 6/6 | 1,599 | 1,871 | 2,991,729 |
| | | | | Subtotal | 165 | | | Subtotal | 48,809,734 |
| 16 | High 1 | Chinese | 2020-春 高一语文拔高班 | 何信 | 16 | 23/2 – 7/6 | 2,898 | 840 | 2,434,320 |
| 17 | High 1 | Math | 2020-春 高一数学拔高班（海）(4+3) | 程玲海 | 16 | 23/2 – 7/6 | 2,898 | 233 | 675,234 |
| 18 | High 1 | English | 2020-春 高一英语拔高班（瑶） | 张冰瑶 | 16 | 15/2 – 7/6 | 2,898 | 1,260 | 3,651,480 |
| 19 | High 1 | Physics | 2020-春 高一物理拔高班 | 马红旭 | 16 | 22/2 – 6/6 | 2,898 | 847 | 2,454,606 |
| | | | | Subtotal | 64 | | | Subtotal | 9,215,640 |
| | | | | Total | 362 | | | Total Revenue | 70,930,140 |

| | |
|---|---|
| Total paid users | 34,726 |
| Average no. of users | 1,929 |

The total revenues from these 34,726 IDs sum up to around RMB 70.9 million. We then extrapolated the revenues from this sample onto the rest of the remaining untracked classes and have arrived at an estimate of K-12 Q1 2020 revenue of RMB 316 million, **which amounts to a 60% discrepancy with reported K-12 Q4 2019 revenue of RMB 773 million.** Considering the consistent growth rates of nearly doubling every quarter for the past four quarters, **we believe the revenue overstatement for 2019 could be as much as 70%.**

| | Total tracked revenue | Tracked lessons | Total lessons | % of total | Extrapolated revenues |
|---|---|---|---|---|---|
| Elementary sch | 12,904,766 | 89 | 459 | 19% | 66,553,793 |
| Middle sch | 48,809,734 | 165 | 418 | 39% | 123,651,326 |
| High Sch | 9,215,640 | 64 | 875 | 7% | 125,995,078 |
| | | | Actual Q1 2020 revenue from K12 | | 316,200,197 |
| | | | Reported Q4 2019 revenue from K12 | | 773,000,000 |
| | | | % discrepancy assumed zero growth | | -59.1% |

The implications are devastating. With K-12 revenues making up more than 80% of GSX total revenues, it is clear that total actual revenues are likely to be much lower that reported revenues. One other thing: the company said that they have a large number of paying students that have paid for the RMB 99 and RMB 199 trial classes. It is unlikely that revenues from these trial classes make up for a significant portion of total revenues. We have taken a conservative approach to our estimates and we believe that the buffers given should more than make up for this potential gap.

13

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

April 14, 2020

## Untangling the web of lies – how GSX has potentially fudged their numbers using duplicate classes

We suspect that GSX has fluffed their numbers by using duplicated classes. This is done with the elementary-school programs, which GSX has claimed in their reports to be the fastest growing segment.

GSX CFO Shannon Shen:

*"Among K-12, I want to highlight our primary school business, whose revenue grew by 894% year over year in the fourth quarter."*

Below is a list of all elementary school level programs.

When we tabulated the total number of courses from the GSX website, we recorded 100 different programs across the six primary levels. That is before we looked closer into each of the programs to select the ones to purchase and track.

14

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com



April 14, 2020

| 年级 | 科目 | 数量 | 课程 | 讲师 | 课程周期 |
|---|---|---|---|---|---|
| 三年级 | 数学思维 | | 《数学专题专家5天训练营》助力3-6年级轻松应对小升初 | 彭泽 | |
| 三年级 | 数学思维 | | 2020【寒】四年级《应用题计算专题预科班》 | 刘洋 | |
| 三年级 | 数学思维 | | 2020【寒】三年级《思维启蒙班》 | 彭泽 | |
| 三年级 | 数学思维 | | 2020【春】三年级超级数学提分班 | 尤宝 | 2月16日-5月31日 |
| 三年级 | 数学思维 | | 2019【秋】三年级数学思维培优班 | 笑老师 | 9月7日-12月7日 |
| 三年级 | 英语 | | 超级拼读4天训练营-5分钟既写一本书单词 | Sam | |
| 三年级 | 英语 | | 2020【春】《超级拼读》彻底搞定单词 | Sam | |
| 三年级 | 英语 | | 2020【期末】《超级语法》带你玩转英语语法 | Sam | |
| 四年级 | 语文 | | 语文界的"郭德纲"让你作文阅读拿高分 | 张镇 | |
| 四年级 | 语文 | | 2020【春】《无敌作文》第12期精讲（上） | 张镇 | 2月1日-7月25日 |
| 四年级 | 语文 | | 2020【春】《无敌作文》第13期精讲（上） | 张镇 | 4月25-10月17日 |
| 四年级 | 语文 | | 2020【春】《无敌古诗文》第3期精讲 | 张镇 | 2月2日-5月17日 |
| 四年级 | 语文 | | "三位一体"精品素养课（春季） | 周艳 | 2月16日-5月31日 |
| 四年级 | 语文 | | 高效学习系列课 | 陈晓丹 | 3月20日-6月16日 |
| 四年级 | 语文 | | "三位一体"三年级阅读写作考神班（春季） | 周艳 | 2月15日-6月2日 |
| 四年级 | 数学 | | 《超级数学提分班》—just能提分的数学班 | 尤宝 | |
| 四年级 | 数学 | | 《数学专题专家5天训练营》助力3-6年级轻松应对小升初 | 彭泽 | |
| 四年级 | 数学 | | 2020【寒】四年级《应用题计算专题预科班》 | 彭泽 | 1月7日-7月10日 |
| 四年级 | 数学 | | 小学数学应用题高频考点全解 | 熊斯越倩 | 3月24日-5月29日 |
| 四年级 | 数学 | | 2019【秋】三年级数学思维培优班 | 笑老师 | 9月7日-12月7日 |
| 四年级 | 数学思维 | | 《数学专题专家5天训练营》助力3-6年级轻松应对小升初 | 彭泽 | |
| 四年级 | 数学思维 | | 2020【寒】四年级《应用题计算专题预科班》 | 刘洋 | |
| 四年级 | 数学思维 | | 2020【寒】三年级《思维启蒙班》 | 彭泽 | |
| 四年级 | 数学思维 | | 2020【春】四年级超级数学提分班 | 尤宝 | 2月16日-5月31日 |
| 四年级 | 数学思维 | | 2020【寒】五年级《应用题计算专题预科班》 | 彭泽 | 1月18日-8月5日 |
| 四年级 | 英语 | | 超级拼读4天训练营-5分钟既写一本书单词 | Sam | |
| 四年级 | 英语 | | 2020【春】《超级拼读》彻底搞定单词 | Sam | |
| 四年级 | 英语 | | 2020【期末】《超级语法》带你玩转英语语法 | Sam | |
| 四年级 | 英语 | | 【快学阅读】——迅速搞定小学英语阅读 | 大未老师 | 2月14日-5月22日 |
| 四年级 | 英语 | | 【快学单词】全面搞定小学单词音标又词 | 大未老师 | 2月11日-5月19日 |
| 五年级 | 语文 | | 语文界的"郭德纲"让你作文阅读拿高分 | 张镇 | |
| 五年级 | 语文 | | 2020【春】《无敌作文》第12期精讲（上） | 张镇 | 2月1日-7月25日 |
| 五年级 | 语文 | | 2020【春】《无敌作文》第13期精讲（上） | 张镇 | 4月25-10月17日 |
| 五年级 | 语文 | | 2020【春】《无敌古诗文》第3期精讲 | 张镇 | 2月2日-5月17日 |
| 五年级 | 语文 | | "三位一体"精品素养课（春季） | 周艳 | 2月16日-5月31日 |
| 五年级 | 语文 | | 高效学习系列课 | 陈晓丹 | 3月20日-6月16日 |
| 五年级 | 语文 | | "三位一体"三年级阅读写作考神班（春季） | 周艳 | 2月15日-6月2日 |
| 五年级 | 数学 | | 《超级数学提分班》—just能提分的数学班 | 尤宝 | |
| 五年级 | 数学 | | 《数学专题专家5天训练营》助力3-6年级轻松应对小升初 | 彭泽 | |
| 五年级 | 数学 | | 2020【寒】四年级《应用题计算专题预科班》 | 彭泽 | 1月7日-7月10日 |
| 五年级 | 数学 | | 魔法数学 必学应用题技巧 | 熊斯越倩 | |
| 五年级 | 数学 | | 2020【寒】五年级《应用题计算专题预科班》 | 彭泽 | 1月18日-8月5日 |
| 五年级 | 数学 | | 小学数学应用题高频考点全解 | 熊斯越倩 | 3月24日-5月29日 |
| 五年级 | 数学思维 | | 《数学专题专家5天训练营》助力3-6年级轻松应对小升初 | 彭泽 | |
| 五年级 | 数学思维 | | 2020【寒】四年级《应用题计算专题预科班》 | 刘洋 | |
| 五年级 | 数学思维 | | 2020【寒】三年级《思维启蒙班》 | 彭泽 | |
| 五年级 | 数学思维 | | 2020【春】五年级超级数学提分班 | 尤宝 | 2月16日-5月31日 |
| 五年级 | 数学思维 | | 2020【寒】五年级《应用题计算专题预科班》 | 彭泽 | 1月18日-8月5日 |
| 五年级 | 英语 | | 超级拼读4天训练营-5分钟既写一本书单词 | Sam | |
| 五年级 | 英语 | | 2020【春】《超级拼读》彻底搞定单词 | Sam | |
| 五年级 | 英语 | | 2020【期末】《超级语法》带你玩转英语语法 | Sam | |
| 五年级 | 英语 | | 【快学阅读】——迅速搞定小学英语阅读 | 大未老师 | 2月14日-5月22日 |
| 五年级 | 英语 | | 【快学单词】全面搞定小学单词音标又词 | 大未老师 | 2月11日-5月19日 |
| 六年级 | 英语 | | 超级拼读4天训练营-5分钟既写一本书单词 | Sam | |
| 六年级 | 英语 | | 2020【春】《超级拼读》彻底搞定单词 | Sam | |
| 六年级 | 英语 | | 2020【期末】《超级语法》带你玩转英语语法 | Sam | |
| 六年级 | 英语 | | 【快学阅读】——迅速搞定小学英语阅读 | 大未老师 | 2月14日-5月22日 |
| 六年级 | 英语 | | 【快学单词】全面搞定小学单词音标又词 | 大未老师 | 2月11日-5月19日 |
| 六年级 | 语文 | | 语文界的"郭德纲"让你作文阅读拿高分 | 张镇 | |
| 六年级 | 语文 | | 2020【春】《无敌作文》第12期精讲（上） | 张镇 | 2月1日-7月25日 |
| 六年级 | 语文 | | 2020【春】《无敌作文》第13期精讲（上） | 张镇 | 4月25-10月17日 |
| 六年级 | 语文 | | 2020【春】《无敌古诗文》第3期精讲 | 张镇 | 2月2日-5月17日 |
| 六年级 | 语文 | | "三位一体"精品素养课（春季） | 周艳 | 2月16日-5月31日 |
| 六年级 | 语文 | | 高效学习系列课 | 陈晓丹 | 3月20日-6月16日 |
| 六年级 | 语文 | | "三位一体"三年级阅读写作考神班（春季） | 周艳 | 2月15日-6月2日 |
| 六年级 | 数学 | | 《超级数学提分班》—just能提分的数学班 | 尤宝 | |
| 六年级 | 数学 | | 《数学专题专家5天训练营》助力3-6年级轻松应对小升初 | 彭泽 | |

We found out that 24 are free classes (hence excluded), 10 summer classes (hence excluded), and 46 programs are duplicates.  Effectively, there are only 20 paid programs out of the 100 programs that we've initially recorded (100 total - 46 duplicates - 10 summer classes - 24 free classes = 20 paid classes).

15

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com



April 14, 2020

The duplicates are classes that are exactly the same (taught by the same instructor and during the same time) for the different levels of elementary school. The duplicates appear in each of the elementary levels' menu of programs but end up with the same program ID number just before purchase (i.e., an elementary 1 student would purchase the exact same program as an elementary 6 student).

One may ask: How can a level 1 student take the same class as a level 6 student? The company could explain by saying duplicate classes are usually the ones that teach the techniques of language or math, for instance in the example below, how to learn English Vocabulary effectively. Like you, we are still very skeptical about the large number of duplicate classes and suspect that duplicate classes were used mostly to give the impression that there are a large number of elementary courses offered.

| 年级 | 科目 | 数量 | 课程 | |
|---|---|---|---|---|
| 一\二年级 | 英语 | | 2020【春】《超级拼读》彻底搞定单词 | |
| 三年级 | 英语 | | 2020【春】《超级拼读》彻底搞定单词 | |
| 四年级 | 英语 | | 2020【春】《超级拼读》彻底搞定单词 | |
| 五年级 | 英语 | | 2020【春】《超级拼读》彻底搞定单词 | |
| 六年级 | 英语 | | 2020【春】《超级拼读》彻底搞定单词 | |

*One example of duplicates: elementary levels 1 to 6 have the same program called "2020 Spring: Super Puzzles, Conquer English Vocabulary"*

Because these duplicates only appear for elementary levels—touted by GSX as their fastest growing segment—we can't help but wonder if this is a trick that GSX has conveniently used to fool the auditors and 'make up' for the shortfall in revenue (why not just claim twice the revenue for the same class).

*In the Appendix, we have included our methodology. Needless to say Citron has employed an extensive on the ground team in China who has come to these conclusions with web scraping, interviews, and deduction. While it is impossible to obviously capture the workings of any fraud 100% without being in court, we believe the work is complete enough to get us to our deduction of 70% fake revenues. Part 2 will provide more details with additional government documentation.

16

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

Citron RESEARCH

April 14, 2020

## GSX management's behavior mimics all of the others in the past who have been guilty of fraud.

*"The lady doth protest too much"* **–** William Shakespeare

After going public less than a year ago at $10.50 per share and insiders dumping stock in a secondary shortly thereafter at $14 per share, the company's recent reaction to a small correction in its share price highlights GSX management's "sensitivity" when being called out on the accuracy of their numbers.

When asked about the accuracy of his traffic compared to respected sources of data information, the CEO responded in the most non-quantitative way.

*"If you treat traffic as traffic, traffic is traffic.  If you treat traffic as people, then it spreads from people to people."*

Later in the US, the CFO responded,

*"The most effective approach will always be visiting the company physically and in person to fully understand that the company, the management and the people. Did you may visit GSX to know those GSX people who devoted their full heart to our parents and students, those work day and night and still could jam the traffic and those young men and girls who fight for their beautiful life and serve each parents and students to their satisfaction."*

What does all that mean?  Why does no one know of your success but yourself?

When asked if there is any share pledge financing, the Chairman stated that until now the core management hasn't sold any of their shares and that he is even considering "purchasing some more shares."

GSX still didn't explain why so many co-founders are leaving.  For instance, GSX Chairman Larry offered the simple explanation that Huaiting Zhang resigned for personal reasons and that Yuxiao Song left the company due to family reasons.

## Why do GSX's Chinese Official Government Financials Differ from the Ones Filed with the SEC?

17

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citron** RESEARCH

April 14, 2020

Lastly, and not to be tedious, we will discuss the answer that gives away that they are in way over their head with covering up the fraud.

For this, we analyze why their PRC credit reports and SEC filings do not reconcile.

In response to criticism of their PRC credit reports and SEC filings showing a 75% discrepancy in net profits, the company answered:

*"The gap between the company's credit report and S-1 filing was actually GAAP difference between China and U.S. after the group's restructured to spin-off 2B business in 2017. The difference is totally reasonable and legitimate and has nothing to do with operational numbers."*

| Revenues (RMB'000) | 2017 | 2018 |
|---|---|---|
| Beijing Lexuebang (WFOE) | 0 | 971 |
| Beijing BaiJiaHuLian (VIE) | 91,132 | 368,583 |
| Beijing Genshuixue | 0 | 0 |
| BaiJiaChengXi | 3,949 | 20,086 |
| Beijing Jiazi | 449 | 0 |
| GaoTuYunJi | 644 | 1,028 |
| Shanghai Jinyou[1] | 0 | 11,794 |
| | | |
| **Sum Based on Credit Reports** | 96,174 | 402,462 |
| | | |
| **SEC Reported Revenues** | 97,580 | 397,306 |
| | | |
| **Overstatement in %** | 1.5% | -1.3% |

Note 1: Assume full year revenues of Shanghai Jinyou for 2018.

| Net Profit (RMB'000) | 2017 | 2018 |
|---|---|---|
| Beijing Lexuebang (WFOE) | (36,466) | (40,385) |
| Beijing BaiJiaHuLian (VIE) | (13,394) | 164,513 |

18

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

| | | |
|---|---|---|
| Beijing Genshuixue | 18 | (2) |
| BaiJiaChengXi | (11,826) | 901 |
| Beijing Jiazi | (6,795) | (3,703) |
| GaoTuYunJi | (17,494) | (109,449) |
| Shanghai Jinyou | (168) | (623) |
| **Sum Based on Credit Reports** | **(86,125)** | **11,252** |
| **SEC Reported Net Profit** | **(86,955)** | **19,650** |
| **Overstatement in %** | **1.0%** | **74.6%** |

Citron along with accounting experts dug through the F-1 and 20-F filings for any disclosures around a spin-off or divestiture, and the conclusion is that management is lying.

Page F-27 of F-1 filing notes that:

*"Disposal of Beijing Baijia Shilian Technololy Co., Ltd ("Baijia Shilian") and Beijing Baijia Yuntu Technology Co. Ltd ("Baijia Yuntu")*

*In September 2017 and December 2017, the Group disposed 100% equity interest in Baijia Shilian and Baijia Yuntu to the existing shareholders of the Company for no consideration. The disposals were accounted as a pro rata distribution to the Group's shareholders and accordingly, any gains and losses resulting from the transaction were recorded as contribution from and distribution to shareholders.*

***The operations of Baijia Shilian and Baijia Yuntu prior to the disposal were insignificant and thus, did not have a major effect on the Group's operation."***

Page F-47 of 20-F filing shows an RMB 6 million decrease GSX's valuation allowance related to subsidiary disposals in 2017.  A RMB 6 million decrease in valuation allowance is in no way immaterial.

19

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

| | Year ended December 31, | | |
|---|---|---|---|
| | 2017 RMB | 2018 RMB | 2019 RMB |
| Balance at beginning of the period | 25,976 | 31,387 | 42,797 |
| Additions | 11,743 | 11,410 | 36,138 |
| Decrease related to subsidiary disposals | (6,332) | — | — |
| Reversal | — | — | (38,583) |
| Balance at end of the period | 31,387 | 42,797 | 40,352 |

## How does an "insignificant" transaction drive a 75% difference in net profit between your SEC filings and PRC credit reports?

GSX also failed to address the main concern that these related parties exist to remove expenses off the company's books.  Instead, they deliberately misconstrued the previous criticisms of Grizzly Research's and said that "Beijing Youlian transferred its profit to GSX."  Moreover, the company failed to address the job postings that Grizzly Research found which basically signals that related parties are alter egos for GSX, as we have seen in other fraudulent Chinese companies over the years.



## Another Red Flag – Fake Students

Several reports have accused the company of inflating its revenues by planting fake student users in WeChat groups.  This can be spotted in their overly positive, frequent, and identical comments below.

20

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com



During the video conference, Chairman Larry shared a story about how thorough auditors were, claiming they went through various sampling and complicated statistical models to ensure GSX operating data was not fake.  However, we believe if the company showed the auditors the screen shots from their promotional WeChat groups that clearly signal duplicate accounts and fake students, auditors will not hesitate to issue an adverse opinion.

21

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

April 14, 2020



Credit to @leaps_capital for uncovering recent evidence showing that comments under GSX courses came from fake accounts. According to their research, 70% of the course comments were given by accounts with names that correspond to students of the ancient Chinese philosopher and politician, Confucius, and that many accounts used fake profile pictures. According to them, about 80% of the users are fabricated.

Note: Leaps Capital also analyzed their streaming software and found that there was nothing innovative about it. In fact, GSX **cannot even support two-way communication**, which is crucial to live streaming. Hence, they claim that 50% of the so-called large streaming classes are, in fact, videotaped.

## Conclusion

Citron has uncovered more fraud in China than anyone. In 2011, the Chinese government was arresting locals who helped short sellers expose fraud. 2020 is completely different. The beauty of this whole thing is that we must give credit to the local Chinese consumers who helped expose fraud at GSX. This report could

22

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citron** RESEARCH

not have happened without the diligence and tech-savvy of the locals who assisted us.

# Cautious Investing to All

# Appendix

The following information provided was compiled by a group of sophisticated on the ground researchers in China.  We recommend readers read Grizzly Research and Leaps Capital for additional information.

## Methodology

To estimate the companies' revenues for Q1, we dove deep into GSX operations. This included more than 1,000 hours of class time and cleaning up data over a span of a full quarter from January to March 2020.  This represents >20% of the total available class hours during Q1 2020.  We selected the more popular classes taught by GSX's star teachers in order to capture higher quality paid users and revenue.

The work has allowed us to clearly identify:
- Number of unique paid users
- Quality of comments to differentiate actual from automated users or bots
- Geographic distribution of users across China
- User patterns over the span of the classes to understand trends such as plateauing of user growth and potential drop-out rates

This has given us a high degree of confidence that our estimate of users and revenue of GSX is accurate.

Since K-12 classes make up more than 80% of the total revenue of GSX, we only chose to buy, track, and analyze the K-12 classes that were available during Q1 2020.  To ensure we have a healthy and representative sample size, we selected >20% of total available lessons and picked the more popular classes with the so-called "star teachers."  We believe our sample was a high-quality representation of GSX's student body as the classes that we did not select had below-average adoption rates.

23

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citron** RESEARCH

April 14, 2020

Below is a list of the classes we've selected, and the teachers' names:

| | Levels | Subject | Class name | Instructor | Total classes | Class dates | Course fees (net) |
|---|---|---|---|---|---|---|---|
| 1 | All Elmtry | English | 2020【春】《超级拼读》彻底搞定单词 | Sam | 44 | 9/2 – 9/7 | 3498 |
| 2 | All Elmtry | Chinese | 2020【春】《无忧作文》第12期精讲-上 | 张镇 | 26 | 1/2 – 25/7 | 3288 |
| 3 | All Elmtry | Chinese | 2020【春】《无忧阅读》第12期精讲-上 | 张镇 | 26 | 20/3 – 16/6 | 1600 |
| 4 | All Elmtry | Chinese | 高效学习系列课 | 陈晓丹 | 37 | 15/2 – 2/6 | 2098 |
| | | | Subtotal | | **133** | | |
| 5 | Middle 1 | Chinese | 【2020-春】七年级语文目标班 | 木木 | 15 | 22/2 – 6/6 | 1899 |
| 6 | Middle 1 | Math | 【2020-春】七年级数学目标班 | 傲德 | 15 | 22/2 – 6/6 | 1899 |
| 7 | Middle 1 | English | 【2020-春】七年级英语目标班 | 李军 | 15 | 22/2 – 6/6 | 1899 |
| 8 | Middle 2 | Chinese | 【2020-春】八年级语文目标班 | 木木 | 15 | 23/2 – 6/7 | 1899 |
| 9 | Middle 2 | Math | 【2020-春】八年级数学目标班 | 傲德 | 15 | 22/2 – 6/6 | 1899 |
| 10 | Middle 2 | English | 【2020-春】八年级英语目标班 | 李军 | 15 | 22/2 – 6/6 | 1899 |
| 11 | Middle 2 | Physics | 【2020-春】八年级物理目标班 | 一森 | 15 | 22/2 – 6/6 | 1899 |
| 12 | Middle 2 | Chinese | 【2020-春】九年级语文目标班 | 木木 | 15 | 23/2 – 6/7 | 1799 |
| 13 | Middle 3 | Math | 【2020-春】九年级数学目标班 | 傲德 | 15 | 23/2 – 6/7 | 1799 |

24

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com



April 14, 2020

| 14 | Middle 3 | English | 【2020-春】九年级英语目标班 | 李军 | 15 | 22/2 – 6/6 | 1899 |
|---|---|---|---|---|---|---|---|
| 15 | Middle 3 | Physics | 【2020-春】九年级物理目标班 | 一森 | 15 | 22/2 – 6/6 | 1599 |
| | | | Subtotal | | **165** | | |
| 16 | High 1 | Chinese | 2020-春 高一语文拔高班 | 何信 | 16 | 23/2 – 7/6 | 2898 |
| 17 | High 1 | Math | 2020-春 高一数学拔高班（海）(4+3) | 程玲海 | 16 | 23/2 – 7/6 | 2898 |
| 18 | High 1 | English | 2020-春 高一英语拔高班（瑶） | 张冰瑶 | 16 | 15/2 – 7/6 | 2898 |
| 19 | High 1 | Physics | 2020-春 高一物理拔高班 | 马红旭 | 16 | 22/2 – 6/6 | 2898 |
| | | | Subtotal | | **64** | | |
| | | | Total class hours tracked | | **362** | | |

To date, we have bought and tracked 29% / 39% / 7% of the total available lessons of elementary / middle / high school classes, respectively.  The reason why we tracked fewer high school classes is simply because there are more subjects and programs for high school students than for middle and elementary school students.

| 高二 | 英语 | 2020春高考英语培优内班（1期） | 付森 | 1,698 | 8 | 1月19日-2月9日 |
|---|---|---|---|---|---|---|
| 高三 | 物理 | 2020高考物理二轮复习春季班 | 耿佩 | 2,898 | 16 | 2月16日-5月10日 |
| 高三 | 物理 | 2020高考物理二轮复习寒假班 | 耿佩 | 1,698 | 7 | 1月20日-1月31日 |
| 高三 | 化学 | 2020高考化学二轮复习寒假班 | 史树成 | 1,698 | 7 | 1月20日-1月31日 |
| 高三 | 化学 | 2020高考化学二轮复习春季班 | 史树成 | 2,898 | 16 | 2月16日-5月10日 |
| 高三 | 化学 | 2020高考化学二轮复习寒假班 | 张苗苗 | 1,698 | 7 | 1月20日-1月31日 |
| 高三 | 化学 | 2020高考化学二轮复习春季班 | 张苗苗 | 2,898 | 16 | 2月16日-5月10日 |
| 高三 | 生物 | 2020高考生物二轮复习寒假班 | 周堂 | 1,698 | 7 | 1月20日-1月31日 |
| 高三 | 生物 | 2020高考生物二轮复习春季班 | 周堂 | 2,898 | 16 | 2月15日-5月9日 |
| 高三 | 生物 | 2020高考生物二轮复习寒假班 | 张维光 | 1,698 | 7 | 1月20日-1月31日 |
| 高三 | 生物 | 2020高考生物二轮复习春季班 | 张维光 | 2,898 | 16 | 2月15日-5月9日 |
| 高三 | 地理 | 2020高考地理二轮复习寒假班 | 李伟俊 | 1,698 | 7 | 1月20日-1月31日 |
| 高三 | 地理 | 2020高考地理二轮复习春季班 | 李伟俊 | 2,898 | 16 | 2月16日-5月10日 |
| 高三 | 历史 | 2020高考历史二轮复习寒假班 | 褚润 | 1,698 | 7 | 1月20日-1月31日 |
| 高三 | 历史 | 2020高考历史二轮复习春季班 | 褚润 | 2,898 | 16 | 2月16日-5月10日 |
| 高三 | 政治 | 2020高考政治二轮复习寒假班 | 俗谢玳 | 1,698 | 7 | 1月20日-1月31日 |
| 高三 | 政治 | 2020高考政治二轮复习春季班 | 俗谢玳 | 2,898 | 16 | 2月16日-5月10日 |

*More subjects for high school as seen in the high school program list above, including history, politics, geography, and so on, that middle and elementary school do not have*

25

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citr🍋n** RESEARCH

Also, there are sometimes more than one teacher for the same high school program, and these programs are also split into shorter and longer sessions, just to give high school students more selection, since they are older and usually are given more freedom from their parents than the younger middle and elementary school crowd.

*Three different teachers for the same math program for High School level 3; the same math programs are split into a shorter lessons (7) and longer ones (16)*

Hence, we only selected the more popular teachers and programs to track. For example, English programs would definitely be more popular than politics programs. This also supports our conservative selection process in order to obtain more accurate extrapolated numbers.

We captured a total of 478,229 comments made by a total of 27,558 unique users whom we believe are paid users in these classes. Of the 27,558 unique users, we found that 22% of them enrolling in 2 or more classes.

| Breakdown of students enrolling in 2 or more classes | | |
|---|---|---|
| | Student numbers | % of total students |
| 2 classes | 5,025 | 18.2% |
| 3 classes | 981 | 3.6% |
| 4 classes | 64 | 0.2% |
| 5 classes | 2 | 0.0% |
| Number of students in 2 or more classes | 6,072 | 22.0% |

| | | |
|---|---|---|
| Total number of unique paid users | 27,558 | |

26

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

![Citron RESEARCH]

## How are unique paid users captured?

Paid users participate actively throughout these classes, responding to the teachers' questions or asking teachers questions in the comment section (see red box in the image below). These classes are only available to paid users. As long as a user makes a comment once over the entire duration of the class (10-12 weeks) their unique ID will be captured.

Below are snapshots of an English lesson with live comments on the right-hand corner.



We believe that most paid students would engage in the class at some point. This can range from posting a single "1" during the start of class to acknowledge the teacher, or answering and asking questions. Every student leaves a mark in class

27

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

Citron RESEARCH

and as long as they leave one comment, we can capture the unique ID of the paid user.  Social interaction is highly encouraged during the online class and based on our interviews with numerous students and parents, most if not all of them confirm that online engagement is high and is a barometer for parents to gauge their child's participation in the online lesson.

We believe that we have captured >95% of students in all classes tracked and that it would be extremely rare for the less motivated students to have paid for a class and not participate at all over a 3-month period.

Finally, to further support that our method is sound, the average paid users per class that we captured also matches what the company reported during its Q4'19 earnings transcript.

GSX CFO Shannon Shen:

*"Average enrollments per class further increased from 1,400 in the third quarter in 2019 to around 1,700 in the fourth quarter."*

Average enrollments that we have captured is 1,929, which is significantly higher than the average of 1,700 per class disclosed by the company.  **This means that the classes we've selected are indeed the more popular ones and our estimate is likely inflated by planted users.**

## Overlapping of customers from Winter

We also wanted to address the issue of overlapping classes from Winter or Q4 2019 (begun in October to December) and extended into Spring.  Similarly, many of the Spring classes also overlapped into Summer (i.e., Q2 2020).  We assumed that all monies and classes started in Q4 2019 are recorded as revenues in Q4 2019 and that all spring classes that began from January to March are recorded in Q1 2020.  Revenue treatment should cancel out the overlap effects.  Another simple factor: since the company is constantly developing more classes, Spring programs should exceed the number of Winter programs.

## Prices

The net fees that we've paid for the classes are significantly lower than list prices.  We are using these prices in calculating the net revenues of GSX during Q1 2020

28

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citr⦿n**|RESEARCH

instead of the list prices, as most parents are able to obtain these prices as a first-time user or through a bundled price. *We didn't even try to bargain very hard.*

## User plateau and tracking

We believe that the numbers we have today cover nearly all the students for three key reasons:
- New additional unique IDs typically plateau after the 4th or 5th class
- Students typically do not purchase a class that has already started 3 or 4 classes ago
- GSX doesn't allow new signups for programs that have started for a while (after 4th or 5th class) and instead will direct students to the same class running in the next quarter (i.e., from Spring to Summer / Q1 to Q2)



The graph above shows the cumulative increase in unique IDs for three different elementary Chinese programs that we've been tracking, and the plateau of new users is evidenced from the less than 250 new IDs (less than 10% of total users) increase from lesson #6 to #9.

## User Geography

29

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citron** RESEARCH

April 14, 2020

As mentioned earlier, a unique user ID's geographic location can only be captured when he or she changes the name that was initially auto-generated when one first logs in as a free user.  Of all the 27,558 unique IDs that we have captured in the paid classes, only 15,257 of them, or 60%, have changed their names.  Hence, our geographic data is only limited to this sample size.

The table below shows a breakdown of paid students across China and a few from overseas.

30

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com



April 14, 2020

| Provinces/Other Countries | Student # | % of total | Less Hubei Prov |
|---|---|---|---|
| Hubei Province | 6,533 | 42.82% | - |
| Guangdong Province | 980 | 6.42% | 11.23% |
| Jiangsu Province | 870 | 5.70% | 9.97% |
| Zhejiang Province | 744 | 4.88% | 8.53% |
| Shandong Province | 528 | 3.46% | 6.05% |
| Beijing | 463 | 3.03% | 5.31% |
| Hebei Province | 423 | 2.77% | 4.85% |
| Liaoning Province | 420 | 2.75% | 4.81% |
| Sichuan Province | 406 | 2.66% | 4.65% |
| Henan Province | 400 | 2.62% | 4.59% |
| Hunan Province | 384 | 2.52% | 4.40% |
| Fujian Province | 338 | 2.22% | 3.87% |
| Anhui Province | 305 | 2.00% | 3.50% |
| Shaanxi Province | 298 | 1.95% | 3.42% |
| Jiangxi Province | 280 | 1.84% | 3.21% |
| Shanghai | 269 | 1.76% | 3.08% |
| Shanxi Province | 193 | 1.26% | 2.21% |
| Heilongjiang Province | 167 | 1.09% | 1.91% |
| Yunnan Province | 164 | 1.07% | 1.88% |
| Jilin Province | 150 | 0.98% | 1.72% |
| Chongqing | 148 | 0.97% | 1.70% |
| Tianjin | 147 | 0.96% | 1.69% |
| Inner Mongolia Autonomous Region | 140 | 0.92% | 1.60% |
| Gansu province | 111 | 0.73% | 1.27% |
| Guangxi Zhuang Autonomous Region | 103 | 0.68% | 1.18% |
| Guizhou Province | 88 | 0.58% | 1.01% |
| Xinjiang Uygur Autonomous Region | 47 | 0.31% | 0.54% |
| Qinghai Province | 38 | 0.25% | 0.44% |
| Hainan | 35 | 0.23% | 0.40% |
| Ningxia Hui Autonomous Region | 25 | 0.16% | 0.29% |
| Xinjiang Province | 23 | 0.15% | 0.26% |
| Guangxi Province | 12 | 0.08% | 0.14% |
| Inner Mongolia | 10 | 0.07% | 0.11% |
| Ningxia | 4 | 0.03% | 0.05% |
| Japan | 4 | 0.03% | 0.05% |
| Hong Kong Special Administrative Region | 3 | 0.02% | 0.03% |
| United States | 2 | 0.01% | 0.02% |
| Tibet Autonomous Region | 1 | 0.01% | 0.01% |
| Australia | 1 | 0.01% | 0.01% |
| Total | 15,257 | | |

GSX announced earlier this year that they would be giving out RMB 20 million worth of free classes to the students who are on lockdown in Hubei province, especially in Wuhan City.  As mentioned above, we found that nearly half the paid users were from Hubei province and largely from Wuhan city for Q1 2020.  *This is troubling because it could only mean that GSX didn't have a strong diversified*

31

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citron** RESEARCH

*student base to begin with, and that the previous sales revenues are largely exaggerated.*

| Breakdown of cities in Hubei Province | # |
|---|---|
| Wuhan | 6,322 |
| Yichang City | 27 |
| Jingzhou | 25 |
| Xiangyang | 21 |
| Xiaogan | 18 |
| Huanggang | 16 |
| Ezhou | 16 |
| Jingmen | 13 |
| Shiyan | 9 |
| Qianjiang | 6 |
| Enshi Tujia and Miao Autonomous Prefecture | 6 |
| Xianning | 5 |
| Suizhou | 4 |
| Tianmen | 2 |
| Yellowstone | 2 |
| Xiantao | 1 |
| Unknown | 40 |
| **total** | **6,533** |

| Breakdown of Tier cities | # | % |
|---|---|---|
| Tier 1 and 2 | 10,326 | 68% |
| Tier 3 and 4 | 4,931 | 32% |
| Total | 15,257 | |

Another interesting discovery was that most of the GSX students appear to come from Tier 1 and 2 cities (Wuhan alone contributes 6K people and is a Tier 2 city). Why would the company lie about this and say that the majority of paid users are from lower tier cities?  Two possible explanations:

- Our sample size is too small and not representative of the entire paid user population
- GSX is lying that the majority of users are from lower tier cities in an attempt to explain how the company has grown so fast despite many Chinese parents in Tier 1 and 2 cities being unaware of GSX

32

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citron RESEARCH**

Which explanation to believe?  Previous short reports have already correctly pointed out that GSX's prices are significantly higher than its more well-known online education peers.  Also, we all know that lower-tiered cities are typically more sensitive to price.  If the product is somewhat similar, it usually comes down to price—and in this instance, it should be no different.

*These reports have been prepared by either Citron Research ("Citron Research") or Citron Capital, LLC ("Citron Capital"). Citron Research and Citron Capital are referred to collectively as "Citron" and each individually as a "Citron Entity." Each report specifies the publisher and owner of that report. All reports are for informational purposes only and presented "as is" with no warranty of any kind, express or implied. Under no circumstances should any of these reports or any information herein be construed as investment advice, or as an offer to sell or the solicitation of an offer to buy any securities or other financial instruments.*

*Citron Research produces research reports on publicly traded securities, and Citron Capital is an exempt reporting adviser filed with the California Department of Business Oversight. The reports are the property of the applicable Citron Entity that published that report. The opinions, information and reports set forth herein are solely attributable to the applicable Citron Entity and are not attributable to any Citron Related Person (defined below) (other than the Citron Entity that published the report).*

*By downloading, accessing, or viewing any research report, you agree to the following Terms of Use. You agree that use of the research presented in any report is at your own risk. You (or any person you are acting as agent for) agree to hold harmless Citron Research, Citron Capital and each of their affiliates and related parties, including, but not limited to any principals, officers, directors, employees, members, clients, investors, consultants and agents (collectively, the "Citron Related Persons") for any direct or indirect losses (including trading losses) attributable to any information in a research report. You further agree to do your own research and due diligence before making any investment decision with respect to securities of the issuers covered herein (each, a "Covered Issuer") or any other financial instruments that reference the Covered Issuer or any securities issued by the Covered Issuer. You represent that you have sufficient investment sophistication to critically assess the information, analysis and opinion presented in any Citron report. You further agree that you will not communicate the contents of reports and other materials made available by Citron to any other person unless that person has agreed to be bound by these Terms of Use. If you access, download or receive the contents of Citron reports or other materials on your own behalf, you agree to and shall be bound by these Terms of Use. If you access, download or receive the contents of Citron reports or other materials as an agent for any other person, you are binding your principal to these same Terms of Use.*

*As of the publication date of a Citron report, Citron Related Persons (possibly along with or through its members, partners, affiliates, employees, and/or consultants), Citron Related Persons clients and/or investors and/or their clients and/or investors have a position (long or short) in one or more of the securities of a Covered Issuer (and/or options, swaps, and other derivatives related to one or more of these securities), and therefore may realize significant gains in the event that the prices of a Covered Issuer's securities decline or appreciate. Citron Research, Citron Capital and/or the Citron Related Persons may continue to transact in Covered Issuers' securities for an indefinite period after an initial report on a Covered Issuer, and such position(s) may be long, short, or neutral at any time hereafter regardless of their initial position(s) and views as stated in the Citron research. Neither Citron Research nor Citron Capital will update any report or information to reflect changes in positions that may be held by a Citron Related Person.*

*This is not an offer to sell or a solicitation of an offer to buy any security. Neither Citron Research nor any Citron Related Person (including Citron Capital) are offering, selling or buying any security to or from any person through any Citron research reports. Citron Research is affiliated with Citron Capital. Citron Capital is an exempt reporting adviser filed with the California Department of Business Oversight and is not registered as investment adviser in any*

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com



*other jurisdiction. Citron Capital does not render investment advice to anyone unless it has an investment adviser-client relationship with that person evidenced in writing. You understand and agree that Citron Capital does not have any investment advisory relationship with you or does not owe fiduciary duties to you. Giving investment advice requires knowledge of your financial situation, investment objectives, and risk tolerance, and Citron Capital has no such knowledge about you.*

*The research and reports made available by Citron reflect express the opinion of the applicable Citron Entity as of the time of the report only. Reports are based on generally available information, field research, inferences and deductions through the applicable Citron Entity's due diligence and analytical process. To the best of the applicable Citron Entity's ability and belief, all information contained herein is accurate and reliable, is not material non-public information, and has been obtained from public sources that the applicable Citron Entity believe to be accurate and reliable, and who are not insiders or connected persons of the Covered Issuers or who may otherwise owe a fiduciary duty, duty of confidentiality or any other duty to the Covered Issuer (directly or indirectly). However, such information is presented "as is," without warranty of any kind, whether express or implied. With respect to their respective research reports, Citron Research and Citron Capital makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use. Further, any research report contains a very large measure of analysis and opinion. All expressions of opinion are subject to change without notice, and Citron does not undertake to update or supplement any reports or any of the information, analysis and opinion contained in them.*

*In no event shall Citron Research, Citron Capital or any Citron Related Persons be liable for any claims, losses, costs or damages of any kind, including direct, indirect, punitive, exemplary, incidental, special or, consequential damages, arising out of or in any way connected with any information presented in any Citron report. This limitation of liability applies regardless of any negligence or gross negligence of Citron Research, Citron Capital or any Citron Related Persons. You accept all risks in relying on the information presented in any report.*

*You agree that the information in any Citron research report is copyrighted, and you therefore agree not to distribute this information in any manner without the express prior written consent of the applicable Citron Entity. If you have obtained Citron research reports in any manner other than as provided by Citron, you may not read such research without agreeing to these Terms of Use. You further agree that any dispute between you and Citron and their affiliates arising from or related to this report or viewing the material presented herein shall be governed by the laws of the State of California, without regard to any conflict of law provisions. The failure of Citron Research or Citron Capital to exercise or enforce any right or provision of these Terms of Use shall not constitute a waiver of this right or provision. You agree that each Citron Related Person is a third-party beneficiary to these Terms of Use. If any provision of these Terms of Use is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision and rule that the other provisions of these Terms of Use remain in full force and effect, in particular as to this governing law and jurisdiction provision. You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to Citron report or related material must be filed within one (1) year after the occurrence of the alleged harm that gave rise to such claim or cause of action, or such claim or cause of action be forever barred.*

34

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com