# Exhibit G



# (http://www.baijiahulian.com/en-us/business.html)

## GSX Firmly Denies Allegations in Citron Research Report

(http://ir.gsx.com/2020-04-15-GSX-Firmly-Denies-Allegations-in-Citron-Research-Report?asPDF=1) (http://ir.gsx.com/rss?s=95&rsspage=43)

BEIJING, April 15, 2020 /PRNewswire (http://www.prnewswire.com/)/ -- GSX Techedu Inc. (NYSE: GSX) ("GSX" or the "Company"), a leading online K-12 large-class after-school tutoring service provider in China, today firmly denied the false and ungrounded allegations raised in a report by Citron Research dated April 14, 2020. The Company strongly believes that the report contains numerous errors, unsubstantiated statements, and misinterpretation of information.

Specifically, the Company has two K-12 live large course brands, Gaotu and Genshuixue, with Gaotu contributing more than a majority of the Company's net revenue from K-12 courses. The report falsefully equated the revenue from Genshuixue to the Company's entire revenue from K-12 courses, showing an apparent ignorance of the Company's business.

Notably, hours after initially issuing the report on April 14, Citron removed the portion of the report that included the data collection methodology which they used to support its core allegation, implying doubt of its own research methodology.

GSX will consider any necessary and appropriate course of action to protect the interest of the Company and all of its shareholders, as well as its students, instructors and other constituents. The Company endeavors to provide full and accurate disclosure to investors and to rebut any false claims that attempt to impair market confidence in GSX's business, operations and financial statements. GSX is committed to maintaining the highest standards of corporate governance, as well as transparent and timely disclosure in compliance with the applicable rules and regulations of the United States Securities and Exchange Commission and the New York Stock Exchange.

**Safe Harbor Statement**

This announcement contains forward-looking statements. These statements are made under the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements. GSX may also make written or oral forward-looking statements in its reports filed with, or furnished to, the U.S. Securities and Exchange Commission, in its annual reports to shareholders, in press releases and other written materials and in oral statements made by its officers, directors or employees to third parties. Statements that are not historical facts,

1

including statements about the Company's beliefs and expectations, are forward-looking statements. Forward-looking statements involve inherent risks and uncertainties. A number of factors could cause actual results to differ materially from those contained in any forward-looking statement. Further information regarding these and other risks is included in the Company's reports filed with, or furnished to the U.S. Securities and Exchange Commission. All information provided in this press release and in the attachments is as of the date of this press release, and GSX undertakes no duty to update such information or any forward-looking statement, except as required under applicable law.

## About GSX

GSX is a technology-driven education company and leading online K-12 large-class after-school tutoring service provider in China. GSX offers K-12 courses covering all primary and secondary grades as well as foreign language, professional and interest courses. GSX adopts an online live large-class format to deliver its courses, which the Company believes is the most effective and scalable model to disseminate scarce high-quality teaching resources to aspiring students in China. Big data analytics permeates each aspect of the Company's business and facilitates the application of the latest technology to improve teaching delivery, student learning experience, and operational efficiency.

## For further information, please contact:

GSX Techedu Inc.
Ms. Sandy Qin, CFA
E-mail: ir@genshuixue.com (mailto:ir@genshuixue.com)

Christensen

In China
Mr. Christian Arnell
Phone: +86-10-5900-1548
E-mail: carnell@christensenir.com (mailto:carnell@christensenir.com)

In US
Ms. Linda Bergkamp
Phone: +1-480-614-3004
Email: lbergkamp@christensenir.com (mailto:lbergkamp@christensenir.com)

SOURCE GSX Techedu Inc.

**Copyright@2014-2020 GSX Techedu Inc.Copyright Beijing ICP 1406 1840**