# Exhibit S

# LIONBRIDGE

STATE OF NEW YORK          )
                           )
                           )          ss
                           )
COUNTY OF NEW YORK         )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached job posting titled "IT room

operation and maintenance engineer."

Jeff Cureton, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this _28th_ day of _January_, 20_21_ .

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified In Queens County
My Commission Expires 01-31-2021

259 W 30th Street, 11th Floor   New York, NY 10001   +1.212.631.7432

BOSS Zhipin

 IT room operation and maintenance engineer

 Xiaoxu    Active in the last three days
GSX/IT room operation and maintenance engineer

Performance bonus

End-of-year bonus of up to 1-4 months

**Position Details**
To be responsible for the normal operation and maintenance of the company's cell phone IT room facilities
1. Handling of issues with cell phone devices within IT rooms
2. Cell phone device flashing and installation of various types of framework software such as Xp and Taichi
3. Huawei Cloud server maintenance and operation
4. Day-to-day operation and maintenance of IT room servers and switches
5. Completion of IT room construction and network construction duties

Qualifications for the role:
1. Approximately one year of experience;
2. Practical, hardworking, and has initiative;
3. Has a good team-oriented attitude and high sense of responsibility;
4. Has strong coordination capabilities and can withstand pressure;
5. Academic background in science and technology, persons with a specialization in computers, communication, or electronics will be prioritized;
6. Persons with experience in similar roles will be prioritized.

Message now

Xueqiu: Exchange Machine vip

**BOSS直聘**

< 机房运维工程师                    ☆  ⬆️  ⚠️

肖旭 3日内活跃
跟谁学 · 机房运维主管                          >

## 奖金绩效

年终奖1-4个月不等

## 职位详情

负责公司手机机房设备正常运行及维护
1、机房内手机设备问题处理
2、手机设备刷机，安装各种框架软件如Xp和太极等
3、华为云服务器维护及操作
4、机房服务器及交换机日常运维
5、完成机房建设及网络建设任务

任职资格：

1、1年左右工作经验；
2、踏实肯干，积极主动；
3、具备良好的团队合作精神和高度的责任感；
4、具有较强的协调能力，较强的抗压能力；
5、理工类专业，计算机、通讯、电子类专业优先；
6、具有相关岗位从业经验优先；

立即沟通

雪球：交易机器vip