# Exhibit T

# LIONBRIDGE

STATE OF NEW YORK )
)
) ss
)
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the attached job posting titled "IT room operation and maintenance engineer."

Kristen Duffy, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this __24__ day of __JANUARY__, 20 _21_.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023

259 W 30th Street, 11th Floor   New York, NY 10001   +1.212.631.7432

12/17/2020                GSX What's the salary of an IT room operation and maintenance engineer? – GSX Techedu Inc. – Jobui

Company Work Salary Trends Responsibilities Professions Rankings | Work | Input position/profession | Create a resume  Personal registration

**GSX** +Follow                                                                Like

Seen by 1,790,000 people / Rated by 2 people / 24 people currently viewing   Claim this company
Science and technology make education even better

| /// | 4482 | 12 | /// | 57 | 84 | 21 | 2 |
|---|---|---|---|---|---|---|---|
| Reviews | Salary | Products | **Hiring** | Internships | Graduates | News | Finance |

### Cellphone Operation and Maintenance Engineer
**Job requirements**
Job area: Beijing              Experience: One year or less.  Position type: Full time
Salary: RMB 5,000-6,000     Education requirements: Three-year college
                                                        or over

Job address: West building, Boyan Science and Technology Building, Haidian District, Beijing

Regular health checks  Holiday benefits  Commute supplement  Three meals included  End-of-year double pay

Big data's bright future  Linux operation and maintenance  Warehouse management invoicing

### Position Duties/Work Details/Position Requirements
Position duties: 1. Responsible for cell phone rooting, flashing, software installation, etc. 2. WeChat registration, WeChat information initialization, etc. 3. Handling of technological issues of internal customers
4. Responsible for day-to-day maintenance of cell phones, management of cell phones, upgrades, recharging of arrears, unblocking of friends, etc.
Qualifications for the role: 1. Practical, hardworking, and has initiative
2. Has a good team-oriented attitude and high sense of responsibility
3. Has strong coordination capabilities and can withstand pressure

The details above are a summary made for this site, please see the website for the latest information
When you contact us, please say that you saw this ad on Jobui, thank you!
Last updated: 04-29-2020
Original website: BOSS Zhipin

60 days has passed since this job was posted and it could have expired already

Save this job        Apply immediately  Go to the original website >  Report this job | Disclaimer | Safe job seeking guidelines >>

**Grab these job opportunities**
Subscribe to the latest "Beijing+ Operation and maintenance engineer" […]
When there's a new position […]

We thought you'd be interested in these



Big data's bright future

1. Storage management systems            [cut off]
3. Warehouse management systems
5. Business data
7. Science and technology showroom design

GSX headquarters, West building, Boyan Science and Technology Building (map)



GSX

Send a message to this company
Job seeking messaging

Beijing Cell Phone Operation and Maintenance Engineer/Salary Overview and Job-Type Analysis
**RMB 14,480**
This data is an average from a sample size of 7806
                                           As of 12-15-2020
See the analysis report





**Beijing Hiring/Related Positions**

| | | | | |
|---|---|---|---|---|
| Engineering Data Clerk | Technical Support | Network Promotion | Legal Supervisor | Sales Engineer |
| Structural Engineer | Business Channel | Sales Supervisor | PHP Development Engineer | Network Engineer |
| Assistant to Chairman | Used Car Appraiser | Test Manager | Secretary to Chairman | Project Manager |
| Primary School Teacher | Test Engineer | Warehouse Clerk | Sales Assistant | Financial Assistant |

12/17/2020                GSX What's the salary of an IT room operation and maintenance engineer? –                                    GSX Techedu Inc. – Jobui

Search jobs > Beijing operations and maintenance and engineer hiring > Position introduction

What kind of job is GSX cell phone operation and maintenance engineer? Salary: RMB 5,000-6,000, 58% lower than the average salary for operation and maintenance engineers in Beijing, 58% lower than the average salary in the Beijing area. We also provide analyses on Beijing GSX Techedu Inc. cell phone operation and maintenance engineer job requirements, work content, position requirements, and position competition, including average salary, education, and experience requirements. If you want to see more GSX position salary and benefits analyses, just go to Jobui.

| **Related** | **Choosing a company** | **Find a job** | **Check salaries** | **Professional guidelines/ Communication** |
|---|---|---|---|---|
| About us | Company search | Search positions | Salary search | |
| Contacting us | Company rankings | Graduate hiring | **See trends** | |
| Joining us | Industry hiring | Part-time hiring | Trend search | |
| Open job collection | Foreign company hiring | Intern hiring | College graduate employment trend analysis | Workplace regulations/safe job search |
| Corporate membership | Top 500 hiring | Summer holiday work hiring | Latest positions | HR communication group: 457455771 |
| Corporate promotion | Cool companies | Interview questions | PhD hiring | Guangdong ICP no. 05102490-1 |
| User feedback | | | Masters hiring | HR services permit: 4401200934 |
| | | | | Guangdong Public Safety file no. 44010602001261 |

Online customer service

公司　工作　工资　趋势　职责　专业　排行榜　｜　工作　｜　输入职位或专业：　　　　　　　创建简历　个人登录/注册

## 跟谁学　　+ 关注

优秀

17.9万人浏览过　/ 2人评价　/ 24人正在关注　认领公司

科技让教育更美好

| /// | 4482 条 | 12 个 | /// | 57 个 | 84 个 | 21 条 | 2次 |
|---|---|---|---|---|---|---|---|
| 点评 | 薪酬 | 产品 | 招聘 | 实习 | 应届 | 新闻 | 融资 |

# 手机运维工程师

**快抓住这些工作机会**

### 工作要求

订阅 "北京+运维工程师" 最

工作地区：北京　　　　　　工作经验：1年以内　　　　　　职位类型：全职

工资待遇：¥ 5000-6000　　　学历要求：大专以上　　　　　　　有新职位，近

工作地址：北京海淀区博彦科技大厦西楼

定期体检　节日福利　交通补助　包三餐　年终双薪

**猜你感兴趣**

**大数据就业前景**　　**linux运维**　　**仓库管理进销存**

### 岗位职责/工作内容/岗位要求

工作职责：1、负责手机root，刷机，软件安装等 2、微信注册、微信信息初始化等
3、处理内部客户的技术问题
4、负责手机日常维护，管理手机，升级，欠费充值，解封好友等
任职资格：1、踏实肯干，积极主动 2、具备良好的团队合作精神和高度的责任感
3、具有较强的协调能力，较强的抗压能力

以上内容仅为本站快照，最新信息请查看源网站
联系我们时，请说明是在职友集看到的，谢谢！
最近更新：　　2020-04-29
来源网站：　　**BOSS直聘**

该职位发布已超过60天，可能已过期

| 1 | 仓储管理系统 | 2 | 净1 |
|---|---|---|---|
| 3 | 仓库管理系统 | 4 | 展1 |
| 5 | 行业数据 | 6 | 北 |
| 7 | 科技展厅设计 | 8 | 软 |

收藏该职位　　　　立即申请　　　查看源网站>　　　举报该职位　｜　免责申明　｜　安全求职指南»

博彦科技大厦 西楼 跟谁学总部 （地图）

跟谁学

给该公司留言

求职沟通

## 北京手机运维工程师·薪酬概况与就业形势分析

# ¥14480

该数据为平均值，取自**7806** 份样本
截至 2020-12-15

查看分析报告





## 北京招聘·相关职位

| 工程资料员 | 技术支持 | 网络推广 | 法务主管 | 销售工程师 |
|---|---|---|---|---|
| 结构工程师 | 商务渠道 | 销售主管 | php开发工程师 | 网络工程师 |
| 董事长助理 | 二手车评估师 | 测试经理 | 董事长秘书 | 项目经理 |
| 小学教师 | 测试工程师 | 仓库文员 | 销售助理 | 财务助理 |

Case 2:20-cv-04457-MEF-JRA Document 67-22 Filed 04/30/21 Page 7 of 7 PageID: 1206

搜索工作 > 北京运维工程师招聘 > 职位介绍

跟谁学手机运维工程师工作怎么样？工资待遇：￥5000-6000，与北京运维工程师平均工资对比下降58%，与北京地区平均工资对比下降58%。还为你提供北京百家互联科技有限公司手机运维工程师岗位职责，工作内容，岗位要求，职位竞争力分析，包括薪酬水平，学历要求，经验要求等。想了解更多跟谁学岗位工资待遇福利分析，就上职友集。

---

**关于**
关于我们
联系我们
加入我们
开放收录
企业入驻
企业推广
**用户反馈**

**选公司**
公司搜索
公司排行榜
行业招聘
外企招聘
500强招聘
酷公司

**找工作**
搜索职位
应届生招聘
兼职招聘
实习生招聘
暑假工招聘
面试题

**查工资**
薪酬搜索
**看趋势**
趋势搜索
大学生就业形势分析
最新职位
博士招聘
硕士招聘

**职业指导/交流**
职场法规 / 安全求职
HR交流群：457455771
粤ICP备05102490号-1
人力资源服务许可证：4401200934
 粤公网安备 44010602001261号

**在线客服**

职友集