## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
   :

YANG RENBIN, ROBERT ANGELINE,   :   2:20-cv-04457-ES-CLW

COREY HAYS, AND ALEXANDRE TAZI,   :

Individually and On Behalf of All Others   :   **ECF Case**

Similarly Situated,   :   **Electronically Filed**

   :

   :

Plaintiffs,   :

v.   :

   :

   :

GSX TECHEDU INC., LARRY XIANGDONG   :

CHEN, NAN SHEN, XIN FAN, YIMING HU,   :

MING LIAO, CREDIT SUISSE SECURITIES   :

(USA) LLC, DEUTSCHE BANK SECURITIES, :

INC., BARCLAYS CAPITAL, INC., BOFA   :

SECURITIES, INC., CLSA LIMITED, AND   :

GOLDMAN SACHS (ASIA) L.L.C.,   :

   :

Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## [PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS

This matter comes before the Court on Defendants GSX Techedu Inc., Ming Liao, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Barclays Capital Inc., BofA Securities, Inc., CLSA Limited, and Goldman Sachs (Asia) L.L.C.'s Joint Motion to Dismiss the Amended Class Action Complaint pursuant to Rules 8(a), 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure and Section 101(b) of the Private Securities Litigation Reform Act (the "Motion"). Having read and considered the Motion, the memoranda, all papers filed in support

of and in opposition to the Motion, and having heard argument of counsel, and for good cause shown,

**IT IS** on this _____ day _____, 2021,

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Amended Class Action Complaint (ECF No. 22) is **DISMISSED WITH PREJUDICE** in its entirety.

_____
HON. ESTHER SALAS
UNITED STATES DISTRICT JUDGE

2