UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - x

YANG RENBIN, ROBERT : 
ANGELINE, COREY HAYS, AND : 
ALEXANDRE TAZI, Individually and : 
On Behalf of All Others Similarly : 
Situated, : 
                                 :   20-cv-04457-ES-CLW
               Plaintiff, : 
                                 : 
       vs : 
                                   : 

GSX TECHEDU INC., LARRY : 
XIANGDONG CHEN, NAN SHEN, : 
XIN FAN, YIMING HU, MING LIAO,: 
CREDIT SUISSE SECURITIES (USA): 
LLC, DEUTSCHE BANK : 
SECURITIES, INC., BARCLAYS : 
CAPITAL, INC., BOFA SECURITIES,: 
INC., CLSA LIMITED, AND : 
GOLDMAN SACHS (ASIA) L.L.C., : 

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - x

### STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY PARTIAL DISMISSAL

Plaintiffs Yang Renbin, Robert Angeline, Corey Hays, Alexandre

Tazi ("Plaintiffs") and Defendants GSX Techedu Inc., Ming Liao, Credit Suisse

Securities (USA) LLC, Deutsche Bank Securities Inc., Barclays Capital Inc., BofA

1

Securities, Inc., CLSA Limited, and Goldman Sachs (Asia) L.L.C. ("Served Defendants")[1] hereby stipulate and agree as follows:

1.      Counts Three and Four of the Amended Complaint are dismissed without prejudice against all Served Defendants and Unserved Defendants, with each party to bear its own costs, including any attorney's fees and other expenses of this litigation with respect thereto.  This stipulation does not affect Counts One or Two.

2.      Accordingly, there are no remaining claims against Defendants Xin Fan, Yiming Hu, Ming Liao, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Barclays Capital Inc., BofA Securities, Inc., CLSA Limited, and Goldman Sachs (Asia) L.L.C., who are hereby dismissed entirely from this action.

3.      Plaintiffs have not received, and will not receive, any monetary consideration in connection with this voluntary dismissal.

4.      Plaintiffs and Defendant GSX Techedu Inc., the only remaining served defendant, respectively reserve all other rights.

---

[1]   To Defendants' knowledge, none of the remaining named defendants—Larry Xiangdong Chen, Nan Shen, Xin Fan and Yiming Hu ("Unserved Defendants)—has been served.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
THE HON. ESTHER SALAS
UNITED STATES DISTRICT JUDGE

DATED:     April 30, 2021

*s/ Austin P. Van*
Jeremy A. Lieberman (*pro hac vice application forthcoming)*
Austin P. Van (*pro hac vice)*
Terrence W. Scudieri, Jr.
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
avan@pomlaw.com
tscudieri@pomlaw.com

*Lead Counsel for Lead Plaintiff Yang Renbin, and Additional Plaintiffs Corey Hays and Alexandre Tazi*

Laurence M. Rosen
**THE ROSEN LAW FIRM, P.A.**
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Telephone: (973) 313-1887
Facsimile: (973) 833-0399
lrosen@rosenlegal.com

*s/ Scott D. Musoff*
Scott D. Musoff
Robert A. Fumerton (*pro hac vice*)
Michael C. Griffin (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 735-2000
scott.musoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com

*Counsel for Defendant GSX Techedu Inc. and Ming Liao*

*s/ Craig A. Domalewski*
Craig A. Domalewski
**DUGHI, HEWIT & DOMALEWSKI, P.C.**
340 North Avenue
Cranford, New Jersey 07016
(908) 272-0200
cdomalewski@dughihewit.com

3

Jing Chen
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
jchen@rosenlegal.com

Junbo Hao
**HAO LAW FIRM**
**BEIJING HAO JUNBO LAW FIRM**
Room 3-401 No. 2 Building,
No. 1 Shuangliubei Street
100024 Beijing
People's Republic of China
Telephone: +86 137-1805-2888
Email: jhao@haolaw.cn

*Additional Counsel for Lead Plaintiff
and Additional Plaintiff Robert
Angeline*

David G. Januszewski *(pro hac vice)*
Herbert S. Washer *(pro hac vice)*
Sheila C. Ramesh *(pro hac vice)*
Adam S. Mintz *(pro hac vice)*
**CAHILL GORDON &
REINDEL LLP**
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
sramesh@cahill.com
amintz@cahill.com

*Counsel  for Defendants Credit Suisse
Securities (USA) LLC, Deutsche Bank
Securities Inc., Barclays Capital Inc.,
BofA Securities, Inc., CLSA Limited,
and Goldman Sachs (Asia) L.L.C.*

4