# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
YANG RENBIN, ROBERT ANGELINE,    :    2:20-cv-04457-ES-JRA
COREY HAYS, AND ALEXANDRE TAZI,   :
Individually and On Behalf of All Others    :    **ECF Case**
Similarly Situated,    :    **Electronically Filed**
:
:
Plaintiffs,    :
v.    :
:
:
:
GSX TECHEDU INC., LARRY XIANGDONG   :
CHEN, NAN SHEN, XIN FAN, YIMING HU,   :
MING LIAO, CREDIT SUISSE SECURITIES   :
(USA) LLC, DEUTSCHE BANK SECURITIES,   :
INC., BARCLAYS CAPITAL, INC., BOFA   :
SECURITIES, INC., CLSA LIMITED, AND   :
GOLDMAN SACHS (ASIA) L.L.C.,   :
:
Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATION OF JUSTIN T. QUINN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT

JUSTIN T. QUINN hereby certifies:

1.    I am a member of the bar of this Court and of the firm of

Robinson Miller LLC, attorneys for Defendants GSX Techedu Inc. ("GSX"), Larry

Xiangdong Chen, and Nan Shen in this action.

2.    I submit this Certification in support of the Motion to Dismiss the

Second Amended Class Action Complaint (the "Motion") submitted by GSX, Mr.

Chen and Ms. Shen and to place before the Court true and accurate copies of the following documents referenced in the accompanying memorandum of law in support of the Motion:

| Exhibit | Document |
| --- | --- |
| A | Excerpts of GSX's IPO Prospectus dated June 5, 2019, as filed with the SEC on Form 424B4. |
| B | Excerpts of GSX's SPO Prospectus dated November 21, 2019, as filed with the SEC on Form 424B4. |
| C | GSX's Historical Stock Prices, June 6, 2019 – January 28, 2021. |
| D | Grizzly Research Report, *Brushed Student Counts and Cooked Books: Why We Believe GSX Techedu is the Worst Publicly Traded Education Company*, February 25, 2020. |
| E | GSX Special Investor Call Transcript, April 9, 2020. |
| F | Citron Research Report, *GSX Techedu Inc – The Most Blatant Chinese Stock Fraud since 2011*, April 14, 2020. |
| G | Certified English Translation of Weibo Post by Teacher Chen Xiangdong. |
| H | GSX Press Release, *GSX Firmly Denies Allegations in Citron Research Report*, April 15, 2020. |
| I | GSX Q1 2020 Earnings Call Transcript, May 6, 2020. |
| J | Muddy Waters Report, *GSX Techedu: Rise of the Machines*, May 18, 2020. |
| K | GSX Press Release, *GSX Refutes Muddy Waters Research's Allegations*, May 19, 2020. |

| Exhibit | Document |
|---------|----------|
| L | GSX Q2 2020 Financial Results dated September 2, 2020, as filed with the SEC on Form 6-K. |
| M | GSX Press Release, *GSX Provides Update on Its Internal Review*, March 1, 2021. |
| N | Excerpts of GSX 2022 Annual Report dated April 18, 2023, as filed with the SEC on Form 20-F. |
| O | Sylvan Report, *Impossible Numbers in China EdTech*, August 9, 2020. |
| P | Citron Research Report, *Conclusive evidence of significant overstatement of revenues and profits through the use of multiple undisclosed related parties at GSX Techedu*, April 30, 2020. |
| Q | Excerpts of GSX 2019 Annual Report dated April 3, 2020, as filed with the SEC on Form 20-F. |
| R | Muddy Waters Report, *GSX: Small Classes, Big Lies*, May 28, 2020. |
| S | JL Warren Capital Report, *Detailed Account of Brushing Behind GSX TechEDU, Channel Checks Suggest Substantial Volume of Fake Enrollments and Inflated Financials*, April 25, 2020. |
| T | Certified English Translation of Article titled, "A Regulatory Storm is On the Way! Many Courses of Online Teachers Have Been Removed! Instruction is Not Permitted without Teacher Qualifications," as posted on Guangdong by 21st Century Business Herald and dated February 23, 2021. |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of June, 2023.

/s/ *Justin T. Quinn*
Justin T. Quinn

3