# Exhibit C

| GSX Techedu Inc.: Stock Price (NYSE: GSX) June 6, 2019 – January 28, 2021 Source: Yahoo! Finance | | |
|---|---|---|
| **Date** | **Closing Price** | **Volume** |
| June 6, 2019 | $10.48 | 13,675,800 |
| June 7, 2019 | $10.00 | 3,697,100 |
| June 10, 2019 | $9.55 | 903,600 |
| June 11, 2019 | $9.52 | 401,100 |
| June 12, 2019 | $9.57 | 233,100 |
| June 13, 2019 | $9.56 | 227,100 |
| June 14, 2019 | $9.50 | 1,167,000 |
| June 17, 2019 | $9.45 | 163,600 |
| June 18, 2019 | $9.41 | 723,900 |
| June 19, 2019 | $9.35 | 93,900 |
| June 20, 2019 | $9.37 | 424,400 |
| June 21, 2019 | $9.60 | 499,400 |
| June 24, 2019 | $9.36 | 90,600 |
| June 25, 2019 | $9.40 | 325,400 |
| June 26, 2019 | $9.42 | 533,600 |
| June 27, 2019 | $10.01 | 576,300 |
| June 28, 2019 | $10.79 | 1,569,000 |
| July 1, 2019 | $9.92 | 1,591,600 |
| July 2, 2019 | $10.15 | 555,100 |
| July 3, 2019 | $10.50 | 420,600 |
| July 5, 2019 | $10.60 | 1,051,800 |
| July 8, 2019 | $9.57 | 1,200,100 |
| July 9, 2019 | $9.51 | 746,200 |
| July 10, 2019 | $9.07 | 1,774,900 |
| July 11, 2019 | $9.07 | 860,300 |
| July 12, 2019 | $9.12 | 331,300 |
| July 15, 2019 | $9.58 | 357,900 |
| July 16, 2019 | $10.12 | 1,588,900 |
| July 17, 2019 | $10.40 | 843,800 |
| July 18, 2019 | $10.06 | 613,800 |
| July 19, 2019 | $10.34 | 59,100 |
| July 22, 2019 | $10.82 | 179,000 |
| July 23, 2019 | $11.27 | 241,100 |
| July 24, 2019 | $11.88 | 450,000 |
| July 25, 2019 | $12.74 | 1,863,400 |
| July 26, 2019 | $13.00 | 1,420,700 |

| Date | Closing Price | Volume |
|---|---|---|
| July 29, 2019 | $13.30 | 798,500 |
| July 30, 2019 | $13.18 | 1,105,500 |
| July 31, 2019 | $12.95 | 953,900 |
| August 1, 2019 | $12.90 | 960,200 |
| August 2, 2019 | $12.79 | 605,700 |
| August 5, 2019 | $12.54 | 1,636,900 |
| August 6, 2019 | $12.60 | 884,100 |
| August 7, 2019 | $13.15 | 436,000 |
| August 8, 2019 | $13.28 | 817,100 |
| August 9, 2019 | $13.36 | 343,900 |
| August 12, 2019 | $14.67 | 1,733,200 |
| August 13, 2019 | $14.24 | 1,344,100 |
| August 14, 2019 | $13.40 | 655,100 |
| August 15, 2019 | $13.39 | 1,295,500 |
| August 16, 2019 | $13.45 | 1,005,600 |
| August 19, 2019 | $13.94 | 1,993,400 |
| August 20, 2019 | $14.65 | 2,368,300 |
| August 21, 2019 | $16.00 | 3,562,100 |
| August 22, 2019 | $14.61 | 3,390,900 |
| August 23, 2019 | $13.57 | 3,121,000 |
| August 26, 2019 | $12.80 | 1,112,000 |
| August 27, 2019 | $12.78 | 678,300 |
| August 28, 2019 | $13.73 | 825,700 |
| August 29, 2019 | $13.64 | 1,204,900 |
| August 30, 2019 | $14.32 | 3,780,300 |
| September 3, 2019 | $13.75 | 1,321,100 |
| September 4, 2019 | $13.09 | 697,100 |
| September 5, 2019 | $12.82 | 681,100 |
| September 6, 2019 | $12.30 | 949,500 |
| September 9, 2019 | $12.46 | 599,500 |
| September 10, 2019 | $12.83 | 818,300 |
| September 11, 2019 | $12.93 | 1,353,800 |
| September 12, 2019 | $12.95 | 1,006,500 |
| September 13, 2019 | $13.44 | 419,800 |
| September 16, 2019 | $13.60 | 431,500 |
| September 17, 2019 | $13.70 | 309,400 |
| September 18, 2019 | $14.15 | 401,200 |
| September 19, 2019 | $14.29 | 399,400 |

| Date | Closing Price | Volume |
|---|---|---|
| September 20, 2019 | $14.59 | 432,100 |
| September 23, 2019 | $14.59 | 318,800 |
| September 24, 2019 | $14.07 | 641,300 |
| September 25, 2019 | $14.86 | 473,700 |
| September 26, 2019 | $14.75 | 400,700 |
| September 27, 2019 | $15.02 | 2,156,600 |
| September 30, 2019 | $15.31 | 1,277,000 |
| October 1, 2019 | $15.15 | 1,101,800 |
| October 2, 2019 | $14.08 | 725,000 |
| October 3, 2019 | $14.11 | 676,400 |
| October 4, 2019 | $14.70 | 522,100 |
| October 7, 2019 | $14.33 | 550,500 |
| October 8, 2019 | $13.88 | 1,395,400 |
| October 9, 2019 | $14.49 | 273,100 |
| October 10, 2019 | $14.20 | 706,900 |
| October 11, 2019 | $14.31 | 740,500 |
| October 14, 2019 | $14.31 | 393,300 |
| October 15, 2019 | $14.01 | 392,200 |
| October 16, 2019 | $14.10 | 369,300 |
| October 17, 2019 | $14.61 | 438,600 |
| October 18, 2019 | $14.25 | 463,500 |
| October 21, 2019 | $13.99 | 432,600 |
| October 22, 2019 | $14.25 | 587,600 |
| October 23, 2019 | $14.33 | 324,400 |
| October 24, 2019 | $15.00 | 395,900 |
| October 25, 2019 | $15.41 | 564,100 |
| October 28, 2019 | $15.10 | 560,600 |
| October 29, 2019 | $15.39 | 771,300 |
| October 30, 2019 | $16.99 | 1,241,200 |
| October 31, 2019 | $17.14 | 1,403,400 |
| November 1, 2019 | $16.29 | 1,109,000 |
| November 4, 2019 | $16.22 | 972,500 |
| November 5, 2019 | $16.02 | 2,114,400 |
| November 6, 2019 | $15.25 | 863,700 |
| November 7, 2019 | $14.94 | 559,500 |
| November 8, 2019 | $15.31 | 427,500 |
| November 11, 2019 | $15.04 | 624,200 |
| November 12, 2019 | $15.09 | 689,800 |

| Date | Closing Price | Volume |
|---|---|---|
| November 13, 2019 | $15.12 | 455,700 |
| November 14, 2019 | $14.58 | 578,900 |
| November 15, 2019 | $14.91 | 702,900 |
| November 18, 2019 | $16.75 | 1,815,100 |
| November 19, 2019 | $15.50 | 1,465,900 |
| November 20, 2019 | $14.57 | 1,436,400 |
| November 21, 2019 | $16.20 | 12,756,900 |
| November 22, 2019 | $18.57 | 3,732,700 |
| November 25, 2019 | $18.95 | 1,722,900 |
| November 26, 2019 | $18.33 | 1,148,900 |
| November 27, 2019 | $17.58 | 2,985,400 |
| November 29, 2019 | $17.59 | 778,300 |
| December 2, 2019 | $18.17 | 1,574,100 |
| December 3, 2019 | $18.17 | 1,765,700 |
| December 4, 2019 | $18.57 | 1,265,900 |
| December 5, 2019 | $19.04 | 3,915,600 |
| December 6, 2019 | $19.63 | 1,625,700 |
| December 9, 2019 | $19.69 | 1,998,500 |
| December 10, 2019 | $19.92 | 1,254,300 |
| December 11, 2019 | $20.01 | 1,407,700 |
| December 12, 2019 | $19.80 | 2,524,100 |
| December 13, 2019 | $20.49 | 2,675,700 |
| December 16, 2019 | $20.40 | 1,302,700 |
| December 17, 2019 | $20.65 | 841,800 |
| December 18, 2019 | $20.69 | 1,116,000 |
| December 19, 2019 | $20.53 | 1,092,800 |
| December 20, 2019 | $20.93 | 2,978,000 |
| December 23, 2019 | $21.56 | 1,543,300 |
| December 24, 2019 | $21.98 | 459,100 |
| December 26, 2019 | $22.03 | 767,400 |
| December 27, 2019 | $21.91 | 1,329,400 |
| December 30, 2019 | $21.38 | 695,600 |
| December 31, 2019 | $21.86 | 1,741,800 |
| January 2, 2020 | $23.74 | 2,094,300 |
| January 3, 2020 | $23.43 | 924,700 |
| January 6, 2020 | $23.75 | 1,144,100 |
| January 7, 2020 | $24.75 | 2,160,200 |
| January 8, 2020 | $24.46 | 1,554,800 |

| Date | Closing Price | Volume |
|---|---|---|
| January 9, 2020 | $25.26 | 1,801,400 |
| January 10, 2020 | $26.84 | 1,780,200 |
| January 13, 2020 | $27.65 | 1,925,500 |
| January 14, 2020 | $28.66 | 2,913,000 |
| January 15, 2020 | $29.42 | 3,824,300 |
| January 16, 2020 | $30.40 | 5,574,800 |
| January 17, 2020 | $32.91 | 3,165,700 |
| January 21, 2020 | $34.61 | 3,830,200 |
| January 22, 2020 | $35.25 | 3,643,100 |
| January 23, 2020 | $32.73 | 3,060,800 |
| January 24, 2020 | $31.22 | 2,565,700 |
| January 27, 2020 | $34.28 | 3,382,000 |
| January 28, 2020 | $35.12 | 2,681,700 |
| January 29, 2020 | $37.23 | 2,691,600 |
| January 30, 2020 | $32.35 | 4,154,200 |
| January 31, 2020 | $32.69 | 2,454,900 |
| February 3, 2020 | $35.05 | 3,412,200 |
| February 4, 2020 | $38.55 | 6,456,900 |
| February 5, 2020 | $37.36 | 2,436,900 |
| February 6, 2020 | $39.24 | 1,977,000 |
| February 7, 2020 | $39.92 | 2,346,900 |
| February 10, 2020 | $41.74 | 2,527,800 |
| February 11, 2020 | $37.23 | 3,888,200 |
| February 12, 2020 | $36.21 | 4,720,600 |
| February 13, 2020 | $36.96 | 2,483,700 |
| February 14, 2020 | $34.50 | 2,600,600 |
| February 18, 2020 | $37.86 | 5,422,600 |
| February 19, 2020 | $44.98 | 6,763,100 |
| February 20, 2020 | $42.76 | 3,685,100 |
| February 21, 2020 | $42.72 | 3,254,500 |
| February 24, 2020 | $45.42 | 3,940,100 |
| February 25, 2020 | $44.09 | 6,853,100 |
| February 26, 2020 | $43.50 | 4,451,900 |
| February 27, 2020 | $42.00 | 2,383,100 |
| February 28, 2020 | $40.55 | 3,196,400 |
| March 2, 2020 | $41.14 | 3,084,000 |
| March 3, 2020 | $43.09 | 2,107,300 |
| March 4, 2020 | $42.88 | 1,663,700 |

5

| Date | Closing Price | Volume |
|---|---|---|
| March 5, 2020 | $42.50 | 1,038,400 |
| March 6, 2020 | $41.74 | 1,804,300 |
| March 9, 2020 | $40.64 | 1,804,100 |
| March 10, 2020 | $42.12 | 1,233,500 |
| March 11, 2020 | $42.07 | 1,457,900 |
| March 12, 2020 | $37.51 | 2,423,300 |
| March 13, 2020 | $39.19 | 1,890,800 |
| March 16, 2020 | $37.50 | 2,899,900 |
| March 17, 2020 | $42.00 | 3,252,700 |
| March 18, 2020 | $40.10 | 1,794,900 |
| March 19, 2020 | $41.20 | 1,482,200 |
| March 20, 2020 | $39.93 | 2,027,500 |
| March 23, 2020 | $37.88 | 2,803,100 |
| March 24, 2020 | $39.38 | 1,438,200 |
| March 25, 2020 | $41.88 | 3,678,700 |
| March 26, 2020 | $42.46 | 3,890,300 |
| March 27, 2020 | $42.17 | 1,646,600 |
| March 30, 2020 | $42.00 | 939,900 |
| March 31, 2020 | $42.36 | 1,504,200 |
| April 1, 2020 | $41.34 | 2,085,500 |
| April 2, 2020 | $38.98 | 6,158,600 |
| April 3, 2020 | $32.93 | 10,703,300 |
| April 6, 2020 | $33.63 | 7,819,000 |
| April 7, 2020 | $32.45 | 6,960,700 |
| April 8, 2020 | $30.47 | 9,809,500 |
| April 9, 2020 | $33.16 | 6,199,100 |
| April 13, 2020 | $31.40 | 3,707,700 |
| April 14, 2020 | $31.20 | 18,739,800 |
| April 15, 2020 | $29.67 | 8,567,100 |
| April 16, 2020 | $31.72 | 3,946,400 |
| April 17, 2020 | $33.59 | 2,662,900 |
| April 20, 2020 | $35.71 | 4,954,700 |
| April 21, 2020 | $34.67 | 5,006,600 |
| April 22, 2020 | $33.81 | 3,276,200 |
| April 23, 2020 | $32.78 | 5,190,000 |
| April 24, 2020 | $31.75 | 2,614,900 |
| April 27, 2020 | $35.42 | 5,015,700 |
| April 28, 2020 | $38.13 | 4,503,400 |

6

| Date | Closing Price | Volume |
|---|---|---|
| April 29, 2020 | $38.97 | 3,061,500 |
| April 30, 2020 | $39.56 | 5,437,600 |
| May 1, 2020 | $37.22 | 7,943,200 |
| May 4, 2020 | $37.50 | 3,664,600 |
| May 5, 2020 | $39.68 | 3,006,400 |
| May 6, 2020 | $38.99 | 4,730,300 |
| May 7, 2020 | $40.87 | 4,875,500 |
| May 8, 2020 | $41.98 | 3,140,800 |
| May 11, 2020 | $39.63 | 3,033,100 |
| May 12, 2020 | $38.23 | 2,558,000 |
| May 13, 2020 | $38.32 | 2,406,200 |
| May 14, 2020 | $34.93 | 5,274,200 |
| May 15, 2020 | $35.43 | 5,858,200 |
| May 18, 2020 | $32.84 | 28,199,200 |
| May 19, 2020 | $33.88 | 7,820,000 |
| May 20, 2020 | $30.58 | 14,290,500 |
| May 21, 2020 | $29.01 | 9,181,500 |
| May 22, 2020 | $29.73 | 8,659,600 |
| May 26, 2020 | $31.02 | 7,042,500 |
| May 27, 2020 | $29.77 | 5,996,900 |
| May 28, 2020 | $29.85 | 5,765,900 |
| May 29, 2020 | $31.36 | 13,623,900 |
| June 1, 2020 | $32.61 | 4,471,300 |
| June 2, 2020 | $36.97 | 9,020,000 |
| June 3, 2020 | $39.50 | 6,847,300 |
| June 4, 2020 | $41.40 | 8,311,400 |
| June 5, 2020 | $40.52 | 6,050,900 |
| June 8, 2020 | $40.10 | 3,414,000 |
| June 9, 2020 | $39.60 | 3,381,800 |
| June 10, 2020 | $40.97 | 4,026,400 |
| June 11, 2020 | $39.50 | 5,833,200 |
| June 12, 2020 | $43.04 | 3,771,300 |
| June 15, 2020 | $52.00 | 27,394,100 |
| June 16, 2020 | $51.78 | 9,249,300 |
| June 17, 2020 | $56.16 | 11,728,000 |
| June 18, 2020 | $56.05 | 3,711,300 |
| June 19, 2020 | $57.81 | 4,753,000 |
| June 22, 2020 | $56.11 | 2,961,800 |

| Date | Closing Price | Volume |
|---|---|---|
| June 23, 2020 | $58.50 | 2,248,000 |
| June 24, 2020 | $56.70 | 4,311,100 |
| June 25, 2020 | $57.80 | 2,278,300 |
| June 26, 2020 | $57.65 | 5,569,000 |
| June 29, 2020 | $58.33 | 7,520,500 |
| June 30, 2020 | $59.99 | 6,317,800 |
| July 1, 2020 | $57.25 | 4,525,500 |
| July 2, 2020 | $63.09 | 6,356,000 |
| July 6, 2020 | $65.71 | 5,263,600 |
| July 7, 2020 | $69.11 | 5,074,700 |
| July 8, 2020 | $78.21 | 15,981,900 |
| July 9, 2020 | $87.86 | 9,031,800 |
| July 10, 2020 | $87.63 | 9,247,800 |
| July 13, 2020 | $82.05 | 5,783,100 |
| July 14, 2020 | $79.62 | 4,690,100 |
| July 15, 2020 | $76.63 | 5,225,800 |
| July 16, 2020 | $75.01 | 3,612,400 |
| July 17, 2020 | $76.14 | 3,791,700 |
| July 20, 2020 | $84.11 | 2,122,900 |
| July 21, 2020 | $85.65 | 3,619,900 |
| July 22, 2020 | $83.78 | 2,635,800 |
| July 23, 2020 | $82.36 | 2,195,100 |
| July 24, 2020 | $81.20 | 2,215,100 |
| July 27, 2020 | $87.37 | 3,786,500 |
| July 28, 2020 | $85.33 | 1,820,400 |
| July 29, 2020 | $83.77 | 1,610,500 |
| July 30, 2020 | $86.05 | 1,877,600 |
| July 31, 2020 | $89.12 | 1,973,600 |
| August 3, 2020 | $97.43 | 3,626,600 |
| August 4, 2020 | $105.39 | 3,422,600 |
| August 5, 2020 | $113.57 | 4,778,700 |
| August 6, 2020 | $131.27 | 9,054,100 |
| August 7, 2020 | $106.99 | 23,994,900 |
| August 10, 2020 | $96.56 | 8,340,200 |
| August 11, 2020 | $98.02 | 5,524,500 |
| August 12, 2020 | $99.16 | 2,797,300 |
| August 13, 2020 | $100.00 | 2,710,000 |
| August 14, 2020 | $89.20 | 10,546,300 |

| Date | Closing Price | Volume |
|---|---|---|
| August 17, 2020 | $88.01 | 4,303,900 |
| August 18, 2020 | $89.99 | 5,991,300 |
| August 19, 2020 | $87.50 | 6,236,000 |
| August 20, 2020 | $88.18 | 5,509,600 |
| August 21, 2020 | $90.26 | 3,026,000 |
| August 24, 2020 | $87.50 | 3,700,000 |
| August 25, 2020 | $87.95 | 5,058,100 |
| August 26, 2020 | $83.50 | 4,082,400 |
| August 27, 2020 | $81.93 | 2,847,500 |
| August 28, 2020 | $81.59 | 2,986,700 |
| August 31, 2020 | $85.40 | 5,120,400 |
| September 1, 2020 | $94.69 | 4,215,800 |
| September 2, 2020 | $83.28 | 12,410,000 |
| September 3, 2020 | $78.75 | 4,157,800 |
| September 4, 2020 | $80.01 | 3,781,000 |
| September 8, 2020 | $78.42 | 3,824,800 |
| September 9, 2020 | $78.59 | 3,204,200 |
| September 10, 2020 | $80.06 | 2,776,000 |
| September 11, 2020 | $84.33 | 5,048,500 |
| September 14, 2020 | $91.12 | 4,086,500 |
| September 15, 2020 | $101.12 | 9,937,000 |
| September 16, 2020 | $104.17 | 3,770,600 |
| September 17, 2020 | $105.45 | 5,717,000 |
| September 18, 2020 | $106.52 | 3,962,800 |
| September 21, 2020 | $104.88 | 3,039,800 |
| September 22, 2020 | $105.60 | 2,000,700 |
| September 23, 2020 | $106.00 | 4,310,600 |
| September 24, 2020 | $100.99 | 3,413,900 |
| September 25, 2020 | $98.91 | 4,826,800 |
| September 28, 2020 | $97.76 | 4,088,200 |
| September 29, 2020 | $93.98 | 3,867,700 |
| September 30, 2020 | $90.11 | 3,349,400 |
| October 1, 2020 | $93.20 | 1,561,900 |
| October 2, 2020 | $93.10 | 1,809,000 |
| October 5, 2020 | $94.71 | 1,012,300 |
| October 6, 2020 | $94.81 | 2,640,700 |
| October 7, 2020 | $103.62 | 1,934,400 |
| October 8, 2020 | $102.15 | 1,087,600 |

9

| Date | Closing Price | Volume |
|---|---|---|
| October 9, 2020 | $114.55 | 2,841,900 |
| October 12, 2020 | $114.99 | 1,915,900 |
| October 13, 2020 | $114.64 | 977,800 |
| October 14, 2020 | $110.92 | 2,665,300 |
| October 15, 2020 | $107.92 | 1,407,400 |
| October 16, 2020 | $107.02 | 2,671,800 |
| October 19, 2020 | $100.73 | 4,939,800 |
| October 20, 2020 | $102.94 | 3,075,000 |
| October 21, 2020 | $71.23 | 19,056,700 |
| October 22, 2020 | $69.80 | 8,394,200 |
| October 23, 2020 | $67.16 | 4,525,900 |
| October 26, 2020 | $67.97 | 2,817,000 |
| October 27, 2020 | $68.29 | 2,482,000 |
| October 28, 2020 | $69.05 | 3,833,700 |
| October 29, 2020 | $68.90 | 5,448,500 |
| October 30, 2020 | $66.42 | 4,361,900 |
| November 2, 2020 | $65.51 | 5,253,300 |
| November 3, 2020 | $68.66 | 4,817,900 |
| November 4, 2020 | $74.33 | 2,895,200 |
| November 5, 2020 | $72.65 | 2,638,000 |
| November 6, 2020 | $72.74 | 2,166,000 |
| November 9, 2020 | $69.23 | 3,532,000 |
| November 10, 2020 | $70.34 | 1,646,800 |
| November 11, 2020 | $71.86 | 959,000 |
| November 12, 2020 | $73.93 | 1,927,500 |
| November 13, 2020 | $70.10 | 4,381,600 |
| November 16, 2020 | $71.01 | 2,835,300 |
| November 17, 2020 | $70.80 | 1,815,100 |
| November 18, 2020 | $68.01 | 2,518,600 |
| November 19, 2020 | $71.35 | 4,704,700 |
| November 20, 2020 | $65.66 | 22,852,600 |
| November 23, 2020 | $63.90 | 4,978,800 |
| November 24, 2020 | $65.08 | 4,027,400 |
| November 25, 2020 | $62.30 | 5,586,200 |
| November 27, 2020 | $63.61 | 2,058,400 |
| November 30, 2020 | $64.29 | 2,962,300 |
| December 1, 2020 | $64.38 | 1,898,600 |
| December 2, 2020 | $62.16 | 2,488,400 |

| Date | Closing Price | Volume |
|---|---|---|
| December 3, 2020 | $61.20 | 5,065,400 |
| December 4, 2020 | $60.73 | 2,586,500 |
| December 7, 2020 | $64.72 | 9,040,100 |
| December 8, 2020 | $62.74 | 4,063,500 |
| December 9, 2020 | $64.82 | 2,791,800 |
| December 10, 2020 | $64.89 | 4,038,200 |
| December 11, 2020 | $62.21 | 4,093,200 |
| December 14, 2020 | $59.51 | 3,576,700 |
| December 15, 2020 | $59.00 | 3,602,300 |
| December 16, 2020 | $60.00 | 2,091,600 |
| December 17, 2020 | $60.00 | 2,294,700 |
| December 18, 2020 | $59.90 | 4,029,200 |
| December 21, 2020 | $55.20 | 5,751,100 |
| December 22, 2020 | $53.06 | 6,048,100 |
| December 23, 2020 | $52.35 | 8,714,500 |
| December 24, 2020 | $55.00 | 3,484,300 |
| December 28, 2020 | $50.95 | 4,448,300 |
| December 29, 2020 | $50.69 | 2,455,200 |
| December 30, 2020 | $52.48 | 2,545,200 |
| December 31, 2020 | $51.71 | 2,683,000 |
| January 4, 2021 | $48.75 | 3,542,500 |
| January 5, 2021 | $48.22 | 3,722,800 |
| January 6, 2021 | $46.43 | 3,488,500 |
| January 7, 2021 | $46.46 | 2,302,700 |
| January 8, 2021 | $48.52 | 2,545,000 |
| January 11, 2021 | $48.23 | 2,042,400 |
| January 12, 2021 | $46.21 | 2,671,100 |
| January 13, 2021 | $53.50 | 7,595,800 |
| January 14, 2021 | $58.24 | 7,368,600 |
| January 15, 2021 | $59.60 | 10,855,600 |
| January 19, 2021 | $65.96 | 5,903,300 |
| January 20, 2021 | $69.95 | 10,711,500 |
| January 21, 2021 | $78.08 | 6,903,900 |
| January 22, 2021 | $92.00 | 15,801,000 |
| January 25, 2021 | $98.12 | 22,613,900 |
| January 26, 2021 | $104.94 | 8,346,800 |
| January 27, 2021 | $142.70 | 32,776,400 |
| January 28, 2021 | $104.76 | 16,087,651 |

11