# Exhibit G

# LIONBRIDGE

STATE OF NEW YORK     )
                              )
                              )     ss
                              )
COUNTY OF NEW YORK    )

## <u>CERTIFICATION</u>

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached comments.

_____
Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me

this 5th day of June , 20 23 .

_____

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2027

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432



**Weibo Original Text**

Teacher Chen Xiangdong
4-15 09:46 From iPhone client
+Follow

In fact, I was a little angry last night. Because the short seller Citron can't be so arrogant and ignorant that it doesn't even know that "Gaotu Ketang" is also a K12 brand of GSX, right?

In late February 2020, the short seller Grizzly Research shorted GSX, accusing GSX that its data was too good to be true. After reading it, we felt that it was really a report of extremely poor quality, and it was complete nonsense. Therefore, we ignored him.

In early April 2020, after the Luckin Coffee incident, several Chinese concept stocks were shorted or blew up one after another. We realized that we must speak out and communicate actively. Therefore, I also made an exception to hold a media communication meeting, and we also held an investor conference call the following day.

On April 14, 2020, the short seller Citron shorted GSX, accusing GSX that its data was too good to be true, and fabricated the fact that 70% of GSX's revenue was fabricated. From a statistical point of view, Citron still has a certain degree of professionalism. Regrettably, what Citron calculated and deduced is only the data of the "Genshuixuehao" product under GSX. To our surprise, the "professional" Citron can't be so arrogant and ignorant that it doesn't even know that "Gaotu Ketang" is a K12 brand of GSX? A considerable part of our K12 revenue comes from Gaotu Ketang, so Citron's sampling statistics only proves the authenticity and credibility of GSX data from one perspective.

In addition, the short sellers kept mentioning GSX's so-called "brushing" incident in 2015 that was reported by certain media outlets. Here, what I want to emphasize is that, first, the media reports are mostly subjective and illusory […]

Teacher Chen Xiangdong    + Follow

In addition, the short sellers kept mentioning GSX's so-called "brushing" incident in 2015 that was reported by certain media outlets. Here, what I want to emphasize is that, first, the media reports are mostly subjective and illusory; second, in 2015, GSX was still focused on the O2O platform, and indeed, a very small number of teachers and institutions at GSX had engaged in brushing in order to achieve a higher ranking. At that time, we punished some of these teachers and institutions, and dealt with employees who violated our values, but GSX has never condoned brushing; third, we are really a company that emphasizes values very, very much. We will never accommodate or tolerate conduct and incidents that violate the company's values. Those of you who are interested can take a look at what we have done, advocated, and practiced since our founding in 2014.

As China's first large-scale profitable online education company listed in the United States, as the world's first online education company with a market value of USD 10 billion, we know that only by continuing to work hard, continuing to learn, and continuing to be great can we be worthy of this once-in-a-lifetime opportunity, worthy of the trust of so many partners, relatives, and friends, and worthy of our original aspiration and our longing for a better future.

Share

Forward    Comment    Like
Forward    Comment    Like



**13:42** ‧‧‧ 4G ◼

〈返回    微博正文    ...

陈向东老师    +关注
4-15 09:46 来自 iPhone客户端

确实，我昨晚是有些愤怒的。
因为，做空机构 Citron 总不能傲慢和无知到连"高途课堂"是跟谁学旗下 K12 品牌都不知道吧？

2020年2月下旬，做空机构灰熊做空跟谁学，指控跟谁学的数据 too good to be true，我们看完之后觉得真的是一份质量极差的报告，真的是完全一派胡言。因此，我们就没有理睬他。
2020年4月上旬，瑞幸咖啡事件之后，紧接着几家中概股也接连被做空或自爆，我们意识到我们必须出来说话，必须主动沟通。因此，我也破例进行了媒体沟通会，我们也第二天召开了投资人电话会议。
2020年4月14日，做空机构 Citron 做空跟谁学，指控跟谁学的数据 too good to be true，上来就捏造 (fabricate ) 出跟谁学收入中有70%是被捏造的。从统计角度看，Citron 还是有一定专业性的，非常遗憾的是，Citron 计算推导的只是跟谁学旗下跟谁学好课一个产品的数据。让我们吃惊的是，那么"专业的"Citron 总不能傲慢和无知到连"高途课堂"是跟谁学旗下 K12 品牌都不知道吧？我们 K12 的收入的相当部分来自于高途课堂，所以 Citron 的抽样统计恰恰可以从一个视角证明了跟谁学数据的真实和可信。

还有，做空机构还不断提到了所谓的某媒体曾经报道的跟谁学在2015年的刷单事件。在这里，我想强调的是，第一，某媒体的报道大多是主观捏造

☑ 转发    ☐ 评论    👍 赞

---

**13:42** ‧‧‧ 4G ◼

〈返回    陈向东老师    +关注    ...

还有，做空机构还不断提到了所谓的某媒体曾经报道的跟谁学在2015年的刷单事件。在这里，我想强调的是，第一，某媒体的报道大多是主观捏造的；第二，2015年跟谁学还是以 O2O 平台为主，确有极少一部分入驻跟谁学的老师和机构为了排名靠前进行刷单，当时我们对其中一些老师和机构做了处罚，我们对一些违背价值观的员工做了处理，但跟谁学绝对没有纵容刷单；第三，我们真的是一家非常非常强调价值观的公司，在违背公司价值观的行为和事件上，我们是绝对不迁就绝对不含糊的。感兴趣的朋友可以看看我们在2014年成立伊始就开始做到的、倡导的和践行的。

作为中国第一家在美国上市的规模化盈利的在线教育公司，作为全球第一家市值曾经100亿美元的在线教育公司，我们知道，唯有持续努力、持续学习和持续敬畏，我们才能配得上这个千载难逢的机会，我们才能配得上那么多伙伴亲朋好友的信任，我们才能配得上我们的初心和我们对于美好的向往。



分享到  🟢  ◎  △  ⭐  🔖

☑ 转发    ☐ 评论    👍 赞