# Exhibit M

# GSX Provides Update on Its Internal Review

NEWS PROVIDED BY
**GSX Techedu Inc.** →
01 Mar, 2021, 17:09 ET

BEIJING, March 1, 2021 /PRNewswire/ -- GSX Techedu Inc. (NYSE: GSX) ("GSX" or the "Company"), a leading online K-12 large-class after-school tutoring service provider in China, today provided an update on the status of its internal review.  As previously disclosed, following the publication of a number of short-seller reports about the Company from early- to mid-2020, the Company's independent audit committee engaged third-party professional advisers to conduct an independent review into these reports' key allegations (the "Internal Review").

The Internal Review is now substantially complete.  Based on the agreed upon scope and procedures performed, the Internal Review did not uncover evidence that would have a material impact on GSX's previously reported financial statements.

The Company intends to continue to cooperate with the SEC in connection with the ongoing SEC investigation, as previously disclosed.  The Company is unable to predict the duration, outcome, or impact of the SEC investigation.

**About GSX Techedu Inc.**

GSX is a technology-driven education company and leading online K-12 large-class after-school tutoring service provider in China. GSX offers K-12 courses covering all primary and secondary grades through the brand Gaotuketang as well as foreign language, professional

1

and interest courses through the brand Genshuixue. GSX adopts an online live large-class format to deliver its courses, which the Company believes is the most effective and scalable model to disseminate scarce high-quality teaching resources to aspiring students in China. Big data analytics permeates each aspect of the Company's business and facilitates the application of the latest technology to improve teaching delivery, student learning experience, and operational efficiency.

**For more information, please contact:**

GSX Techedu Inc.

Ms. Sandy Qin, CFA

E-mail: ir@genshuixue.com

Christensen

In China

Mr. Andrew McLeod

Phone: +852-2232-3941

E-mail: gsx@christensenir.com

In US

Ms. Linda Bergkamp

Phone: +1-480-614-3004

Email: lbergkamp@christensenir.com

SOURCE GSX Techedu Inc.

Related Links

www.genshuixue.com