# Exhibit O

## Impossible Numbers in China EdTech

Wednesday 9th August : Ticker GSX

By using data from business networking websites **LinkedIn** and **MaiMai** and comparing GSX Techedu against competitors:  ONESmart Education, New Oriental Education, TAL Education, DaDa and YouDao we have found that:

- GSX has the **lowest** amount of employees out of all the major China EdTEch firms

- GSX has the **lowest educational staff** despite their claim to have 10,000 tutors

- We show that GSX claims to have hired **6,500 Online Tutors in an 8 month period** – we found they hired **ONE in 90 days**

- We believe GSX is likely overstating the amount of teaching staff that it has by more than a **100X**

- Many of GSX 'Tutors' are either **IT or sales** staff or **unqualified** to teach which is **illegal in China**



1

# Impossible Numbers in China EdTech
## Wednesday 9th August : Ticker GSX

Internal data from online businesses is difficult to scrutinize, particularly for auditors with less experience with software and databases. However, human capital requirements are more clear cut.

People working in online companies are obviously **the most likely** to use business networking websites and leave a **"digital footprint"**, which means they can be tracked and assessed.

The business networking site LinkedIn provides a rich set of data which is difficult to manipulate at scale (of which more later) and provides **an excellent comparison between companies.**

This report compares GSX to other large Chinese education businesses, showing the **massive anomaly** between them and **its own assertions**, namely that it has over **10,000 Tutors** (up around **6,500 in an 8 month period**).

We compare GSX to established players: **New Oriental** and **TAL Education**. We also use **OneSmart, DaDa**, and **YouDao**.

People have suggested that MaiMai would be a better resource than LinkedIn (LI), but our research shows that LI has richer data than MaiMai (a Chinese competitor), and searches using MaiMai returned disturbingly similar data between companies.

Much of the data can be found using a free license so we urge you to verify this yourselves. This data was taken between 7th-9th August 2020.

|  | EDU | TAL* | GSX** |
|---|---|---|---|
| **No. of Employees on LinkedIn** | 8,787 | 5,555 | 451** |

*incl Xueersi

\*\* incl Beijing Bajia GSX Internet Technology Co (北京百家互联科技有限公司

Shandong GSX: 山东跟谁学互联科技有限公司



Only **11** people have joined GSX in last **90 days** they insist **2,400** Tutors have joined in this period. **Only 1 tutor** is in the 11



2

# Impossible Numbers in China EdTech
## Wednesday 9th August : Ticker GSX

Online businesses working in similar markets should have similar percentages of their staff on the same platform.

We looked at figures from New Oriental's Investor Relations website, Statista's most recent 2019 figures for TAL Education and the combination of GSX staff figures from Q1 earnings 'we have 10,000' people and their new figures for tutors (+6,500).

GSX Investor relations declined to provide current figures.

## Employees online Compared to Stated Figures

|  | EDU | TAL* | GSX** |
|---|---|---|---|
| No. of Employees Stated | 81,100 | 34,733 | 16,500 |
| No. of Employees on LinkedIn | 8,787 | 5,555 | 451** |
| Percentage of Employees Stated | **10.83%** | **16%** | **2.73%** |

| New Oriental | TAL Education | GSX Techedu |
|---|---|---|
| 'We have over 81,100 employee https://bit.ly/3bzSHta | https://bit.ly/3m5O0vZ | 10,000 (from Q1 earnings plus 6,500 new tutors |

**GSX has only 2.73% of their stated employee profiles online**





# Impossible Numbers in China EdTech
## Wednesday 9ᵗʰ August : Ticker GSX

People have suggested that LinkedIn is not an exact measure of total staff numbers, and we concur. However it is perfect to compare with similar businesses.

**TAL has 100 X** the employees of **GSX** and **EDU has 200 X.**

OneSmart Education (valued at **$672 million has almost 4 X** the number of employees). GSX also has **2 X less employees than the comparably tiny DaDa**

You will also note that each of these companies has more social media followers (circled). GSX is a technology driven online education business with 'millions' of students, yet **29 X less followers than TAL**



# Impossible Numbers in China EdTech
## Wednesday 9th August : Ticker GSX

## Joiners in the Last 90 Days

As you saw on the first page, LinkedIn tells you how many people have joined a business over the last 90 days. This period should mean that we see a huge positive difference in GSX compared to the competition. Instead **GSX has over 4 X LESS new joiners than their competitors** apart from the tiny OneSmart.



# Impossible Numbers in China EdTech
## Wednesday 9th August : Ticker GSX

## Joiners in the Last 90 Days

In our last report we broke down the number of teaching staff of each company using the terms Dǎoshī and Teacher. In order to remove any ambiguity in job title we are now sorting the data through **'Function'** – selecting **'Education'** – this will cover anyone involved in teaching AND add consultants and designers etc.

For **GSX** and associated businesses we find a **TOTAL of 67** of which **27 are tutors**

**GSX has Only ONE** person in **Education** has joined over the **last 90 days.**

## GSX Educational Employees

| Keywords | | | |
|---|---|---|---|
| Enter keywords … | **67** Total results | **1** Changed jobs in past 90 days | **1** Posted on LinkedIn in past 30 days |

Filters    Clear (2)

☐ Select all    ⩩ Save to list    ⌕ Tag

**Custom Lists**
+ Select custom list

☐ **Han Yilun** 2nd
Director of Teaching Quality Department at GSX Techedu Follow Who (NYSE: GSX)
1 year 7 months in role and company
Haidian District, Beijing, China
⬤ 2 shared connections    Save ···

**Past Lead and Account Activity**
+ Filter your leads/accounts

**Geography**
+ Add locations

☐ **Henry Liu** 3rd ⊙ Viewed
Tutor at GSX Techedu Learn from Whom (NYSE: GSX)
5 months in role and company
Wuhan, Hubei, China    Save ···

**Relationship**
+ How closely you're connected

**Company** Current ▾
- Genshuixue ✕
- GSX Techedu Learn from Who... ✕
- Beijing Baijia Internet Technol... ✕
- Shandong GSX Internet Techn... ✕
+

☐ **Meixuan Li** 3rd
Course Consultant at GSX Techedu GSX (NYSE: GSX)
3 months in role and company
Haidian District, Beijing, China    Save ···

☐ **ZAOZAO LI** 3rd
Management Trainee at GSX Techedu (NYSE: GSX)
8 months in role and company
Shanghai, China    Save ···

**Industry**
+ Add industries

**Company headcount**
+ Add range for employee count

☐ **Zhiteng HOU** 3rd ⊙ Viewed
Lecturer & Teacher Trainer at GSX Techedu Learn with Who (NYSE: GSX)
1 year 1 month in role and company
Haidian District, Beijing, China    Save ···

**Seniority level**
+ Add seniority levels

**Function**
- Education ✕
Add functions

☐ **Lu Huajing** 3rd
Mathematics tutor at Beijing Baijia Internet Technology Co., Ltd.
1 year in role and company
Beijing, China    Save ···

Operations (96)

☐ **Li Hongji** 3rd ⊙ Viewed    Save



SYLVAN

# Impossible Numbers in China EdTech
## Wednesday 9th August : Ticker GSX

**TAL Educational Employees**

TAL Education has over 1,000 Educational staff and 13 new joiners over the last 90 days



7

# Impossible Numbers in China EdTech
## Wednesday 9th August : Ticker GSX

### EDU Educational Employees

New Oriental has over 4,500 Educational staff and 33 new joiners over the last 90 days



## GSX Breaking China Ministry of Education Law

Because GSX has only 27 Tutors online, we have been able to look at them individually. GSX claims:

'We seek to engage high quality teaching staff with **strong education background and teaching skills**….We primarily seek tutor candidates from recent graduates of reputable universities in China who have demonstrated proficiency in the **relevant subjects.'**

Let's take a look at a selection of the GSX tutors:



**Tutor A**
Prior job:        Operations Trainee in Textiles
Education:        Wuhan Textile University
World Ranking: 2566
China Ranking:   308
Teaching experience: 0



**Tutor B**
Prior job:        Self-employed Store Operations
Education:        Zhengzhou University
World Ranking: 588
China Ranking:   51
Teaching experience: 0



**Tutor C**
Prior job:        Pump Sales Management
Education:        Taiyuan UST
World Ranking: 1067
China Ranking:   117
Teaching experience: 0



SYLVAN

9

# Impossible Numbers in China EdTech
## Wednesday 9th August : Ticker GSX

### GSX Breaking China Ministry of Education Law

These tutors go against China MOE law which requires a license, and also completely concur with the audio of a whistleblower on the next page.
Please note we will be sharing these profiles with the China Ministry of Education.



**Sarah Zhang** 3rd

GSX Techedu (NYSE: GSX)-Senior Sales

⊙ Zhengzhou, Henan, China    ⚇ 20 connections

Current    Senior Sales at GSX Techedu GSX (NYSE: GSX)  •  10 mos

Mathematics tutor at GSX Techedu Learn with whom (NYSE: GSX)  •  10 mos

**Tutor D**
Concurrent  job: Senior Sales
Education:        NA
Teaching experience: 0

---

**Dong Wenwu** 3rd

Beijing Baijia Internet Technology Co., Ltd.-Tutor
Only education can make a country strong

⊙ Dalian, Liaoning, China    ⚇ 26 connections

Current    Tutor at Beijing Baijia Internet Technology Co., Ltd.  •  1 yr

Previous    Assistant General Manager at **Jinan Baojiakang Biotechnology Co., Ltd.**  •  5 mos

Internship waiter at **Yoshinoya**  •  1 yr 5 mos

Education    **Dalian University of Technology City College**  •  2015–2019

+ 1 more

**Tutor E**
Prior job:        Assistant to GM & waiter
Education:      Dalian UY City College
World Ranking: 346
China Ranking:  22
Teaching experience: 0

---

**Tutor F**
Prior job:        Marketing Assistant
Education:        Henan University of Technology
World Ranking: 1863
China Ranking:  230



**LinkedIn Member**

Student at Henan University of Technology

⊙ Zhengzhou, Henan, China    ⚇ 1 connection

Current    Gaotu Classroom Junior High School Chinese Tutor at **Beijing Baijia Internet Technology Co., Ltd.**  •  1 yr 9 mos

Previous    Marketing assistant, study guide at **Beijing Si Xuetong Education Technology Co., Ltd.**  •  1 yr 5 mos

Education    **Henan University of Technology**  •  2014–2018



SYLVAN

10

**GSX Breaking China Ministry of Education Law**



A selection of tutors with **no experience and no connections.**

Over **25% of GSX Tutor profiles** on LinkedIn are like this

These 'ghost' profiles are typically indicative of **fake profiles** and **manipulation by GSX**. The high percentage frequency of these profiles is very unusual (what is the reason for business networking without a network or profile?)



### Interview with GSX Whistleblower

**(click to play)**

He confirms that GSX is a sales and marketing company, and that the **sales and marketing team actually tutor and lecture** – see profiles on previous page and below.

Profile of Hou Zhiteng. Prior to joining GSX he was the CMO and co-founder of two apps. He now claims to be a large class primary school **mathematics lecturer** and teacher trainer. This is a skill mismatch of multiple orders and against both GSX policy and China MOE policy.







**Additional GSX "Tutors" of interest from MaiMai:**



Product manager turned Tutor



Sales conversion Tutor



Baidu operations turned Tutor



Medicine quality control turned math Tutor



IT student whose job description include database software and OA system as **English lecturer**



Salesman Tutor

12

## Conclusion

We originally raised these concerns with Deloitte on the 9th of July. We received a standard response that our concerns would be shared. It is clear by Deloitte's silence on the 2nd of September that these figures have not been examined.

Our experts in education and human capital find absolutely no correlation between GSX statements, either then or now with reality.

They also found many other red flags covered by others including:

- A preponderance of employees involved in tech, and sales and marketing compared to education

- **No native English or Korean speaking tutors** despite GSX claiming **13% of revenue** comes from **'foreign language'.**

  No other Chinese education company online or offline shares this characteristic

- Discrepancies across the board in experience against job requirements

- Bot reviews on teacher profiles

- Classes where teachers perform bizarrely (i.e. sing to the students rather than teach)

- Lack of genuine positive feedback for lecturer or tutor interaction


Our team (and the whistleblower presented in this report) would be prepared to act as witness in a US or Chinese court of law to give testimony that GSX has repeatedly misstated its employees.

We ask that Deloitte and Li Li Shan, having received this information in good faith on the 9th July re-examine the numbers and verify with the China Ministry of Education for licenses registered.

We will share a further report in Chinese to the MOE outlining GSX egregious attempt to subvert education of children in China.



SYLVAN

13