# Exhibit P

 RESEARCH

April 30, 2020

<u>Conclusive evidence of significant overstatement of revenues and profits through the use of multiple undisclosed related parties at GSX Techedu (NYSE: GSX)</u>

*Respectfully presented to the:*
*U.S. Securities Exchange Commission (SEC)*
*SEC Chairman Jay Clayton*
*SEC Chief Accountant Sagar Teotia*
*SEC Division of Corporation Finance Director William Hinman*
*SEC Division of Investment Management Director Dalia Blass*
*Public Company Accounting Oversight Board (PCAOB)*
*PCAOB Chairman William Duhnke III*
*China Securities Regulatory Commission (CSRC)*
*State Administration for Market Regulation (SAMR)*

Last month, Citron Research published a report on GSX Techedu that we include for you in this package. What stood out most clearly as a red flag, as in many frauds of the past, is that GSX was reporting growth and margins way out of line with competitors all the while not being acknowledged for these alleged achievements in either the: Chinese Media, government databases, or third-party analytics.

Most notably, GSX claims that the secret to their success is they get 1,000% more revenue productivity out of their teachers than their experienced, scaled, and trustworthy competition. Yet, the only information that would corroborate that is an SEC filing and no third-party data.

While going public under the JOBS act with selective disclosure, the disparity in this chart should warrant multiple regulatory investigations.



Annual revenue per instructor (Rmb ths.)



The initial report called into question the validity of the company's claims. In their response, instead of addressing the core findings, the company attempted to dismiss our data's integrity, simply because we removed snapshots of code used to capture user IDs (they contained personally identifiable information).

What has happened in the past three weeks has been nothing short of remarkable. Since the publication of the initial report, we have received four to five correspondences a day from either

1

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citron** RESEARCH

April 30, 2020

former employees, competitors, or most likely investors from mainland China who have provided us evidence of:

    Multiple undisclosed related party transactions
    Fake enrollment figures (i.e., brushing of students)
    Misappropriation of funds by teachers

What became apparent is after the initial report of Citron, which came after another widely read criticism of the company, is that in the highly covered industry of remote education in China, not one respected writer came to their defense.  This divide of information leaves "Main Street" US investors at a disadvantage.

What we present today to regulators is a collaboration of work that has been vetted, and we will swear under oath to its validity.  Much of the work has been constructed by leading Chinese investment expert Junheng Li of JL Warren Capital LLC.  Please contact us with any further questions, and we will gladly provide all names and numbers of investigators in confidence.

The two most compelling pieces of evidence that warrant an immediate investigation are:

    A recorded phone call with an employee at a brushing outfit hired by GSX explaining that 40% of GSX's 2019 registered users were fake.  We will provide the original recording to any regulator or interested party.  A full English translation of this call can be found below.
    Multiple undisclosed related parties that are controlled by long-time associates of Chairman and CEO Larry Chen.  All signs point to these entities merely being alter-egos used by GSX to fabricate its financials, facilitating order-brushing and/or improperly taking costs off GSX's books.

Like many former Chinese stock frauds, this has gone largely ignored by the engagement partner at auditor Deloitte Touche Tohmatsu who, in the past, represented failed and questionable Chinese education firms.

We understand what you are about to see might seem complicated, and we look forward to walking you through our homework.

**Brushing**

The reason regulators must be vigilant in the oversight of Chinese online education companies with outsized metrics is the abuses of brushing.  Brushing can be prevalent in online education because unlike ecommerce you do not deliver a physical product that needs to be shipped and stored.

As reported by TAL Education three weeks ago, they found a wrongdoing from one rogue employee.  Through multiple emails and correspondences, we have received and vetted, the process of brushing has become institutionalized at GSX.  Here is a conversation that was had by a leading China-focused research firm with one of the main "brushers" for GSX.  We have the actual recording and will be providing this to you away from this report.

Call with Employee at Brushing Outfit Hired by GSX (English Translation)

2

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com



*Q: Who are your online K12 clients?*

A: GSX, TAL and Yuanfudao. GSX brushes on two platforms – GSX and Gaotu. Because brushing is an industry standard practice, we cannot rule out that EDU and other online participants are brushing as well although they did not buy our services. GSX management contacted us and we have a contract. For TAL and YFD, their brushing volumes are low. We work with their employees not the management. GSX has been in close collaboration with us for the past year. Now brushing has been halted because of COVID. New platforms may only care about app download volume or the number of IDs registered on their platforms. GSX has already way passed that. We would register with fake IDs on their platform and conduct activities as if we were real students. For example, we would buy classes, write positive reviews, and join in large classes to boost up their head counts. The service we provide is a total solution and more sophisticated and involved than ecommerce brushing. We would take a higher commission because of the service we provide.

*Q: GSX gives a bonus to teachers based on class enrollment. Do they pay teachers on fake students and renewal?*

A: There are two kinds of brushing for GSX: 1) for top teachers and 2) for new teachers. New teachers would usually get to keep their bonus from fake students because they typically didn't have large classes and didn't make a lot of money anyway. New teachers' total bonus from fake students would not amount to much and the company simply didn't care. For top teachers, since the traffic is already very high and their bonus incentive is high from fake students, they don't receive bonus from fake accounts. Top teachers are aware of the fake students registered in their classes. This is similar to live-broadcasting platforms - KOLs return the commission from fake transactions to merchandisers who are spending money to market and promote them. This is an unspoken rule of the industry. There are always just a few dozen top rated teachers with GSX and they earn a lot of money but the roster may change. Poor performing teachers would be rotated out.

*Q: How do you meet your KPI?*

A: GSX would send us detailed brushing plans in advance to let us know which teachers our brushing activities should focus on. The company might want to boost the popularity of and traffic to some top-rated teachers more than others. Brushing, in essence, is an effective online marketing tool which generates higher ROI than traditional online advertisement. If some teachers are noticed for having a large group of students in their classes, real students then believe that those teachers are proven, good teachers and sign up for the classes. High enrollment and good reviews are ways for company to increase conversion rate. That's why the brushing business has existed in the past and always will in the future.

*Q: How is your fee?*

A: The actual cost of our service is not high at all. For a class costing several thousand (RMB), we would only take about 50 RMB in commission. GSX would give us the money for the class and expense it as part of their marketing spend. We would pay for the class with the money they

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citron** RESEARCH

April 30, 2020

have given to us minus our commission. Effectively, the money would go back to their account as revenue minus our commission.

*Q: How about reviews?*

A: Depending on the teachers, we would typically provide 20% to 40% of the positive reviews.

*Q: How many student head counts are brushed for one teacher?*

A: Last year, we generally did about 40% for them.

*Q: What class do you buy? Discounted or full-priced class?*

A: We typically purchase IDs for brushing and would sign up for classes at full price. It helps the customer's revenue number look better anyway. Classes with discounted prices are reserved for real students. Real students tend to like bargains.

*Q: How much commission do you take?*

A: We typically take single digit of GMV. Online K12 is typically lower than average of all industries.

We now present proof of a complex web of undisclosed related party transactions that have allowed the company to enroll fake students and create fake financials. This web shown below we believe to be a blueprint of how to institutionalize a system designed to evade audit and scrutiny from foreign jurisdictions.

Note: Many of the people involved have a history of fraudulent activity in China, not unlike many of the companies that have been the subject of SEC enforcement.

4

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com



## Untangling the Web

Beijing YouLian is a disclosed related party of GSX that is owned by CEO Larry Chen and former GSX executive Xiong Xiao. Beijing YouLian was created for the purpose of developing consumer-side users for GSX. Larry's partner, Xiong Xiao, has a colorful history—to say the least.

Xiong's family, Xiong Zijun and Xiong Xueqin, controls two undisclosed related entities—Beijing JiaMeng and Beijing JiaZhangCun—which Citron believes are being used to fabricate GSX reported financials.

Beijing YouLian and Beijing JiaMeng are located at the same address while Beijing JiaZhangCun is right next door.



© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citron** RESEARCH

April 30, 2020

| 名称 | Name | 地址 | Address |
|---|---|---|---|
| 北京优联环球教育科技有限公司 | Beijing YouLian Global Education Technology Co., Ltd. | 北京市海淀区上地三街9号B座10(9)层B1006-3 | Beijing City Haidian District, Shangdisan Rd No.9, Building B, Floor 10(9) Room B1006-3 |
| 北京家蒙教育科技有限公司 | Beijing JiaMeng Education Technology Co., Ltd. | 北京市海淀区上地三街9号B座10(9)层B1006-2 | Beijing City Haidian District, Shangdisan Rd No.9, Building B, Floor 10(9) Room B1006-2 |
| 家长优优（北京）科技有限公司 | Parent YouYou (Beijing) Technology Co., Ltd. | 北京市海淀区上地三街9号B座9层B1006 | Beijing City Haidian District, Shangdisan Rd No.9, Building B, Floor 9 Room B1006 |
| 北京家长村科技有限公司 | Beijing JiaZhangCun Technology Co., Ltd. | 北京市海淀区上地三街9号D座6层711-2 | Beijing City Haidian District, Shangdisan Rd No.9, Building D, Floor 6 Room 711-2 |

*Source: National Enterprise Credit Information Publicity System (gsxt.gov.cn)*

6

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citron** RESEARCH

April 30, 2020



*Source: Qixinbao, Qixinbao*

*How do we know this is the same Xiong family?*

In 2012, Xiong Xiao and Xiong Zijun founded Renwu (Tianjin) Education Information Consulting.  Renwu (Tianjin) was not only de-registered but also had its business license revoked due to administrative penalties from failing to report its annual filings for 2014, 2015, and 2016.  Regulators were also unable to contact the company at its registered address.



*Source: gsxt.gov.cn*

7

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

April 30, 2020



*Source: Qixinbao*



*Source: gsxt.gov.cn*

In 2017, Xiong Zijun and Xiong Xueqin founded Parent YouYou, a de-registered company that was located at the same address as Beijing YouLian and Beijing JiaMeng.

8

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citron** RESEARCH

April 30, 2020



*Source: gsxt.gov.cn*



*Source: Qixinbao*

Last year, Larry Chen's longtime partner and former GSX executive, Xiong Xiao, was charged with fraud after breaching an agreement and withdrawing restricted funds.

A quick summary of the lawsuit below:
- In 2005, Tianjin Tongmei and Jiyuan City local government signed an agreement to establish a school. Tianjin Tongmei agreed to fund 5 million RMB
- Due to poor management, the school terminated its operations in 2011 and declared liquidation thereafter
- Xiong Xiao, the representative of Tianjin Tongmei, breached this agreement and withdrew restricted funds

9

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

April 30, 2020



*Source: Qixinbao*

*Source: Qichacha*

Besides Renwu (Tianjin) and Tianjin Tongmei, we also found three other companies related to Xiong Xiao that had multiple issues with the Chinese government (e.g., failure to submit annual filings, cannot be contacted at registered address, altering documents without authorization, business license revoked, etc.). The defunct operational status of these companies—Beijing AiDa Education Research Center; Huanggang YingMei Culture and Education Investment Management Co., Ltd.; and Tianjin ZhongLan Services Co., Ltd—is evidenced below.

<u>Beijing AiDa Education Research Center</u>

10

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

 Citron RESEARCH

April 30, 2020



**Shareholders**



Lin Xiaoyang; 50%   Xiong Xiao; 50%

Beijing AiDa

**Administrative Penalty [Administration for Industry and Commerce]**

| | Document No. | Violation Type | Details of Punishment | Publication Date | Authority | Date of Decision Made |
|---|---|---|---|---|---|---|
| 1 | 京工商海处字〔2017〕第D 4112 号 | [010203]擅自改变主要登记事项 Altering the major registered matters without authorization | 吊销当事人营业执照。 Business license revoked | 2018-01-30 | 北京市工商行政管理局海淀分局 | 2017-11-03 |

**Administrative Penalties [Administration of Taxation]**

| | Document No. | Date of Decision Made | Reason of Punishment |
|---|---|---|---|
| 1 | 京海三税 简罚〔2019〕6005131 号 | 2019-04-15 | 丢失发票 Loses the invoice |
| 2 | 京海三税 简罚〔2019〕6005131 号 | 2019-04-15 | 丢失发票 |
| 3 | 京海三税 简罚〔2019〕6005099 号 | 2019-04-11 | 未按照规定期限办理纳税申报和报送纳税资料 Fails to file tax returns within a prescribed time limit |
| 4 | 京海三税 简罚〔2019〕6005099 号 | 2019-04-11 | 未按照规定期限办理纳税申报和报送纳税资料 |

*Source: Qichacha, Qixinbao*

Huanggang YingMei Culture and Education Investment Management Co., Ltd.



11

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com



**Listed as in Abnormal Operation**

| | Date of Listing | Authority | Reason for Listing |
|---|---|---|---|
| 1 | 2018-03-29 | 黄冈市场监督管理局 | 通过登记的住所或者经营场所无法联系 |
| | | | **Cannot be contacted at its domicile registered** |
| 2 | 2017-07-10 | 黄冈市场监督管理局 | 未依照《企业信息公示暂行条例》第八条规定的期限公示年度报告 |
| 3 | 2016-07-11 | 黄冈市场监督管理局 | 未依照《企业信息公示暂行条例》第八条规定的期限公示年度报告 |
| 4 | 2018-07-10 | 黄冈市场监督管理局 | 未依照《企业信息公示暂行条例》第八条规定的期限公示年度报告 |
| 5 | 2019-07-12 | 黄冈市场监督管理局 | 未依照《企业信息公示暂行条例》第八条规定的期限公示年度报告 |
| | | | **Failing to submit annual filings** |

*Source: Qichacha, Qixinbao*

Tianjin ZhongLan Services Co., Ltd



Tianjin ZhongLan Services Co., Ltd
**天津中蓝劳务服务有限公司** 我要认证

吊销▾  经营异常
**Revoked  Abnormal Operation**

电话： 暂无          官网： 暂无

邮箱： 暂无          地址： 天津港保税区海滨十路129号科技2号标准厂房B186 附近企业

浏览量： 82

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

April 30, 2020



Source: *Qichacha*, *Qixinbao*

## Defunct Business Operations

According to the Ministry of Industry and Information Technology of the People's Republic of China, none of the websites for Beijing YouLian and Beijing JiaMeng were accessible.

| | Entity Name<br>Beijing YouLian | Entity Type<br>Enterprise | Certificate No. | Website Title<br>Beijing YouLian | Homepage | Verification Date |
|---|---|---|---|---|---|---|
| 1 | 北京优联环球教育科技有限公司 | 企业 | 京ICP备18029574号-2 | 北京优联环球教育科技有限公司 | www.jiazhang111.cn | 2020-03-05 |
| 2 | 北京优联环球教育科技有限公司 | 企业 | 京ICP备18029574号-3 | 北京优联环球教育科技有限公司 | www.youyoudaka.com | 2020-03-05 |
| 3 | 北京优联环球教育科技有限公司 | 企业 | 京ICP备18029574号-4 | 北京优联环球教育科技有限公司 | www.ziliaoku.online | 2020-03-05 |
| 4 | 北京优联环球教育科技有限公司 | 企业 | 京ICP备18029574号-5 | 家长家<br>JiaZhangJia | www.jiazhangbest.com | 2020-03-05 |

*Source: Ministry of Industry and Information Technology of the People's Republic of China (miit.gov.cn)*

| | Entity Name<br>JiaZhangYun (aka. Beijing JiaMeng) | Entity Type<br>Enterprise | Certificate No. | Website Title<br>JiaZhangYun | Homepage | Verification Date |
|---|---|---|---|---|---|---|
| 1 | 家长云（北京）科技有限公司 | 企业 | 京ICP备19031524号-4 | 家长云（北京）科技有限公司 | www.xingmayanxuan.com | 2020-01-09 |

*Source: miit.gov.cn*

| 4 | 2019-11-27 | 企业名称 | 家长云（北京）科技有限公司 | | 北京家蒙教育科技有限公司 |
|---|---|---|---|---|---|
| | Date<br>27 Nov 2019 | Change Item<br>Company Name | Before Change<br>JiaZhangYun (Beijing) Technology Co., Ltd | | After Change<br>Beijing JiaMeng Education Technology Co., Ltd |

*Source: Qixinbao*

When we visited the website for Beijing JiaZhangCun, not only was it not functional (e.g., most of the links are completely non-responsive), clicking on the courses themselves brought you to a

13

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com



April 30, 2020

WeChat login page that takes you to a blank page after logging in. In short, Beijing JiaZhangCun doesn't appear to be a real business.

| Entity Name JiaZhangCun | Entity Type Enterprise | Certificate No. | Website Title JiaZhangCun | Homepage | Verification Date |
|---|---|---|---|---|---|
| 1 北京家长村科技有限公司 | 企业 | 京ICP备19057609号-1 | 家长村 | www.bm910.cn | 2019-12-17 |

*Source: miit.gov.cn*







14

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

 RESEARCH

**Operating as Alter Ego for GSX**

Citron found that GSX's disclosed related entity Beijing YouLian (i.e., JiaZhangJia) has been posting job openings as recently as this month with GSX headquarters and undisclosed related entity Beijing JiaZhangCun listed as the work address.

Why are these companies with officially defunct business operations recruiting for job openings? GSX is moving costs off its books onto these entities and/or these entities are helping GSX to brush orders.

Below are job postings from Beijing YouLian with GSX headquarters listed as the address for the job.



[Community Operation (GSX HQ)](#)

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

Citron RESEARCH

April 30, 2020



New Media Operation (GSX HQ)



Community Operation (GSX HQ)

16

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

 RESEARCH

April 30, 2020



User Operation (GSX HQ)



New Media Operation (GSX HQ)

17

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com



April 30, 2020



[Community Operation (GSX HQ)](#)

*Note: We found multiple other identical job postings with Beijing as the general work location, for which we suspect are posted on behalf of GSX as well.  Please see post1, post2, post3.*

Below are job postings from Beijing YouLian with Beijing JiaZhangCun listed as the address for the position.  Given that Beijing JiaZhangCun appears to be a defunct operation, we believe that these jobs are actually to support GSX operations.

For all the recent job postings on Zhipin (post1, post2, post3), the work locations stated are at Beijing JiaZhangCun instead of Beijing YouLian.

18

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com



April 30, 2020

For all the job postings on Qixinbao (post1, post2, post3, post4, post5), the work locations stated are at Beijing JiaZhangCun as well.

| | Position | Salary | Experience (Year) | Location | Education Level | Publish Date |
|---|---|---|---|---|---|---|
| 1 | Home Edu R&D Teacher 家庭教育研发老师 | 15000-20000 | 1-3 | 海淀区 | 本科 | 2020-04-16 |
| 2 | Course Operation 课程运营 | 10000-15000 | 1-3 | 海淀区 | 大专 | 2020-04-16 |
| 3 | Event Operation 活动运营 | 10000-15000 | 1-3 | 海淀区 | 大专 | 2020-04-16 |
| 4 | Course R&D (Home Edu) 课程研发(家庭教育方向) | 15000-20000 | 1-3 | 海淀区 | 本科 | 2020-04-16 |
| 5 | New Media Operation 新媒体运营 | 10000-15000 | 1-3 | 海淀区 | 本科 | 2020-04-16 |



**Beijing YouLian**

北京优联环球教育科技有…

教育培训

◎ 北京市海淀区上地三街嘉华大厦D座711

030  **Beijing City Haidian District, Shangdisan Rd Ka Wah Building, Building D, Room 711**

As previously noted by Grizzly Research, despite GSX management's claims of disposing its 100% interest in Beijing Baija Yuntu Technology more than two years ago, the company is still operating today right next door to GSX—on the same floor of the same office building—while Beijing Baija Yuntu has been actively hiring for positions for both GSX's Wuhan office and GSX's HQ as recently as this month.

C.   On December 31, 2017, BaiJiaHuLian transferred and sold to another party all the shares it held in the Beijing Zhongzhi Xinyu Information Technology Co., Ltd. (北京众智新育信息技术有限公司), whose name has been changed into Beijing Baijia Yuntu Technology Co., Ltd. (北京百家云图科技有限公司) (the "**Zhongzhi Xinyu**"), by which Zhongzhi Xinyu is no longer an entity owned by BaiJiaHuLian.

https://www.sec.gov/Archives/edgar/data/1768259/000119312519140662/d709082dex44.htm

https://grizzlyreports.com/wp-content/uploads/2020/02/Research-Report-GSX-Grizzly-Research-25-Feb-2020.pdf

Beijing Baija Yuntu is an internet marketing business owned by CEO Larry Chen's long-time colleague Deng Hong.  Chen and Deng worked together at EDU.



*Source: Qichacha*

19

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

 Citron RESEARCH

April 30, 2020



*Source: gsxt.gov.cn*



### Tianxiao
### 天校

Date of Establishment: 12 Mar 2014

融资信息：战略投资        成立日期：2014-03-12        所属地：北京

所属企业：北京百家云图科技有限公司
Parent Company: Beijing BaiJiaYunTu

#### Overview
天校以学员为中心的学校运营系统，以学员全生命周期为主线的高效能协作运营系统，以SAAS思维升华为运营思维，形成数据沉淀，建立自己护城河，以优质的运营系统服务市场；圈住用户；以增值服务挖掘教育机构背后更大价值。
Tianxiao is a student-centric operating system supplemented by SAAS and value-added services.

#### Product Overview
天校是一个教育机构全系统解决方案服务提供商，通过提供专属顾问、阿里云服务器保障数据安全、专业人员提供上门或在线产品培训、定期产品更新迭代、将学校历史数据迁移到天校系统的服务，帮助教育机构做移动互联网升级、互联网营销等。隶属于北京百家云图科技有限公司。
Tianxiao is a one-stop solution for education institutes. Its services include consultation, data protection, professional assistance, online product training, frequent updates, transferal of historical data to the Tianxiao system, helping institutes to complete mobile internet upgrade, internet marketing etc.

*Source: Qichacha*

Despite GSX management's claim of having completely disposed of this business, we believe GSX and this entity are still working very closely together to this today.

According to the Ministry of Industry and Information Technology of the People's Republic of China, none of Beijing Baija Yuntu's websites were accessible except www.txiao100.com, which happens to go directly to GSX's homepage.

Another website www.tianxiao100.com looks like one of Beijing Baija Yuntu's websites for Tianxiao, but it is actually registered under Beijing Baijia Hulian (i.e., GSX).

Citron also discovered that Tianxiao sits on the same IP address as GSX.

20

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

# Citron RESEARCH

April 30, 2020

| | Entity Name BaiJiaYuntu | Entity Type Enterprise | Certificate No. | Website Title BaiJiaYuntu | Homepage | Verification Date |
|---|---|---|---|---|---|---|
| 1 | 北京百家云图科技有限公司 | 企业 | 京ICP备19007594号-1 | 北京百家云图科技有限公司 | www.bjyuntu.cn | 2019-12-20 |
| 2 | 北京百家云图科技有限公司 | 企业 | 京ICP备19007594号-2 | 北京百家云图科技有限公司 | www.tianxiaohaoke.com | 2019-12-20 |
| 3 | 北京百家云图科技有限公司 | 企业 | 京ICP备19007594号-3 | 北京百家云图科技有限公司 | www.txhaoke.com | 2019-12-20 |
| 4 | 北京百家云图科技有限公司 | 企业 | 京ICP备19007594号-4 | 北京百家云图科技有限公司 | www.tianxiao100.cn | 2019-12-20 |
| 5 | 北京百家云图科技有限公司 | 企业 | 京ICP备19007594号-5 | 北京百家云图科技有限公司 | www.tx01.cn | 2019-12-20 |
| 6 | 北京百家云图科技有限公司 | 企业 | 京ICP备19007594号-6 | 北京百家云图科技有限公司 | www.txiao100.com | 2019-12-20 |
| 7 | 北京百家云图科技有限公司 | 企业 | 京ICP备19007594号-7 | 北京百家云图科技有限公司 | www.bange100.com | 2019-12-20 |
| 8 | 北京百家云图科技有限公司 | 企业 | 京ICP备19007594号-8 | 北京百家云图科技有限公司 | www.bg01.cn | 2019-12-20 |
| 9 | 北京百家云图科技有限公司 | 企业 | 京ICP备19007594号-9 | 北京百家云图科技有限公司 | www.tx02.cn | 2019-12-20 |

*Source: miit.gov.cn*

| | Entity Name BaiJiaHuLian (GSX) | Entity Type Enterprise | Certificate No. | Website Title BaiJiaHuLian (GSX) | Homepage | Verification Date |
|---|---|---|---|---|---|---|
| 1 | 北京百家互联科技有限公司 | 企业 | 京ICP备14027590号-35 | 百家互联 | www.wenzaizhibo.com | 2020-04-26 |
| 2 | 北京百家互联科技有限公司 | 企业 | 京ICP备14027590号-36 | 百家互联 | www.baijiahulian.com | 2020-04-26 |
| 3 | 北京百家互联科技有限公司 | 企业 | 京ICP备14027590号-37 | 百家互联 | www.gaotu100.com | 2020-04-26 |
| 4 | 北京百家互联科技有限公司 | 企业 | 京ICP备14027590号-38 | 百家互联 | www.genshuixue.com | 2020-04-26 |
| 5 | 北京百家互联科技有限公司 | 企业 | 京ICP备14027590号-40 | 百家互联 | www.bianfuxueyuan.com | 2020-04-26 |
| 6 | 北京百家互联科技有限公司 | 企业 | 京ICP备14027590号-41 | 百家互联 | www.tianxiao100.com | 2020-04-26 |
| 7 | 北京百家互联科技有限公司 | 企业 | 京ICP备14027590号-42 | 百家互联 | www.xuexitoutiao.com | 2020-04-26 |
| 8 | 北京百家互联科技有限公司 | 企业 | 京ICP备14027590号-43 | 百家互联 | www.umeng100.com | 2020-04-26 |
| 9 | 北京百家互联科技有限公司 | 企业 | 京ICP备14027590号-44 | 百家互联 | www.babyabc100.com | 2020-04-26 |
| 10 | 北京百家互联科技有限公司 | 企业 | 京ICP备14027590号-45 | 百家互联 | www.gsx1.cn | 2020-04-26 |
| 11 | 北京百家互联科技有限公司 | 企业 | 京ICP备14027590号-46 | 百家互联 | www.gaotu01.club | 2020-04-26 |
| 12 | 北京百家互联科技有限公司 | 企业 | 京ICP备14027590号-47 | 百家互联 | www.babyabcaa.com | 2020-04-26 |
| 13 | 北京百家互联科技有限公司 | 企业 | 京ICP备14027590号-48 | 百家互联科技 | www.gaotu001.club | 2020-04-26 |
| 14 | 北京百家互联科技有限公司 | 企业 | 京ICP备14027590号-49 | 百家互联 | www.ws05.cn | 2020-04-26 |
| 15 | 北京百家互联科技有限公司 | 企业 | 京ICP备14027590号-50 | 百家互联 | www.gsxcdn.com | 2020-04-26 |
| 16 | 北京百家互联科技有限公司 | 企业 | 京ICP备14027590号-51 | 百家互联 | www.gaotu10000.cn | 2020-04-26 |

*Source: miit.gov.cn*

21

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

 RESEARCH

April 30, 2020

## Whois Record for TianXiao100.com

| − Domain Profile | |
|---|---|
| Registrant Country | cn |
| Registrar | Alibaba Cloud Computing (Beijing) Co., Ltd. IANA ID: 420 URL: http:/whois.aliyun.com,http:/www.net.cn Whois Server: grs-whois.hichina.com domainabuse@service.aliyun.com (p) 8695187 |
| Registrar Status | ok |
| Dates | 1,627 days old Created on 2015-11-10 Expires on 2021-11-11 Updated on 2019-05-06 |
| Name Servers | DNS10.HICHINA.COM (has 13,456,683 domains) DNS9.HICHINA.COM (has 13,456,683 domains) |
| Tech Contact | − |
| IP Address | 47.90.127.142   8 other sites hosted on this server |

## Whois Record for GensHuiXue.com

| − Domain Profile | |
|---|---|
| Registrant Country | cn |
| Registrar | Alibaba Cloud Computing (Beijing) Co., Ltd. IANA ID: 420 URL: http:/whois.aliyun.com,http:/www.net.cn Whois Server: grs-whois.hichina.com domainabuse@service.aliyun.com (p) 8695187 |
| Registrar Status | ok |
| Dates | 2,171 days old Created on 2014-05-15 Expires on 2021-05-15 Updated on 2018-03-30 |
| Name Servers | NS3.DNSV4.COM (has 2,204 domains) NS4.DNSV4.COM (has 2,204 domains) |
| Tech Contact | − |
| IP Address | 47.90.127.142   8 other sites hosted on this server |

## Whois Record for GaOtu100.com

| − Domain Profile | |
|---|---|
| Proximity Score | 16 |
| Email | domainabuse@service.aliyun.com is associated with ~13,058,573 domains |
| Registrar | Alibaba Cloud Computing (Beijing) Co., Ltd. IANA ID: 420 URL: http:/whois.aliyun.com,http:/www.net.cn Whois Server: grs-whois.hichina.com domainabuse@service.aliyun.com (p) 8695187 |
| Registrar Status | ok |
| Dates | 1,309 days old Created on 2016-09-23 Expires on 2021-09-23 Updated on 2019-07-14 |
| Name Servers | DNS10.HICHINA.COM (has 13,456,683 domains) DNS9.HICHINA.COM (has 13,456,683 domains) |
| IP Address | 47.90.127.142   8 other sites hosted on this server |

## Whois Record for WeisHi100.com

| − Domain Profile | |
|---|---|
| Proximity Score | 16 |
| Email | domainabuse@service.aliyun.com is associated with ~13,058,573 domains |
| Registrar | Alibaba Cloud Computing (Beijing) Co., Ltd. IANA ID: 420 URL: http:/whois.aliyun.com Whois Server: grs-whois.hichina.com domainabuse@service.aliyun.com (p) 8695187 |
| Registrar Status | ok |
| Dates | 2,333 days old Created on 2013-12-04 Expires on 2021-12-04 Updated on 2020-04-13 |
| Name Servers | DNS10.HICHINA.COM (has 13,456,683 domains) DNS9.HICHINA.COM (has 13,456,683 domains) |
| IP Address | 47.90.127.142   8 other sites hosted on this server |

We also examined the official WeChat accounts of Tianxiao and discovered that both Beijing Baija Yuntu and Beijing Baijia Hulian (i.e., GSX) are listed as the parent company of various Tianxiao accounts.  A Beijing Baijia Hulian (i.e., GSX) owned Tianxiao official WeChat account even made a new posting as recently as last Friday.

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

**Citron RESEARCH**

April 30, 2020

| 公众号 | WeChat Official Account | 账号主体 | Parent Entity |
|---|---|---|---|
| 天校 | Tianxiao | 北京百家互联科技有限公司 | BaiJiaHuLian (GSX) |
| 天校家 | Tianxiao Home | 北京百家云图科技有限公司 | Yuntu |
| 天校北京站 | Tianxiao Beijing Stop | 北京百家云图科技有限公司 | Yuntu |
| 天校支付 | Tianxiao Pay | 北京百家云图科技有限公司 | Yuntu |
| 天校体验 | Tianxiao Experience | 北京百家云图科技有限公司 | Yuntu |
| 天校华中区 | Tianxiao Mid-China Region | 北京百家互联科技有限公司 | BaiJiaHuLian (GSX) |
| 上海天校 | Shanghai Tianxiao | 北京百家互联科技有限公司 | BaiJiaHuLian (GSX) |
| 南宁天校演示 | Nanning Tianxiao Demo | 北京百家互联科技有限公司南宁分公司 | BaiJiaHuLian (Nanning Division) |
| 江苏天校 | Jiangsu Tianxiao | 北京百家互联科技有限公司南京分公司 | BaiJiaHuLian (Nanjing Division) |
| 天校武汉站 | Tianxiao Wuhan Stop | 北京百家互联科技有限公司武汉分公司 | BaiJiaHuLian (Wuhan Division) |
| 福建天校 | Fujian Tianxiao | 北京百家互联科技有限公司厦门分公司 | BaiJiaHuLian (Xiamen Division) |
| 天校内部测试 | Tianxiao Internal Testing | 北京百家云图科技有限公司 | Yuntu |
| 西安天校 | Xi'an Tianxiao | 北京百家互联科技有限公司西安分公司 | BaiJiaHuLian (Xi'an Division) |
| 天校河南 | Tianxiao Henan | 北京百家互联科技有限公司郑州分公司 | BaiJiaHuLian (Zhengzhou Division) |
| 天校客户服务深圳 | Tianxiao Customer Service Shenzhen | 北京百家互联科技有限公司深圳分公司 | BaiJiaHuLian (Shenzhen Division) |
| 百家云图 | BaiJiaYunTu | 北京百家云图科技有限公司 | Yuntu |
| 百加宝 | BaiJiaBao | 北京百家互联科技有限公司 | BaiJiaHuLian (GSX) |



*Source: WeChat*

Beijing Baija Yuntu has also been recruiting for jobs with GSX's Wuhan office and GSX's HQ listed as the address for the job as recently as this month.

These are the recent job postings listed on Qixinbao (post1, post2, post3) with GSX's Wuhan office as the work location.

| | Position | Salary | Education Level | Location | Experience (Year) | Publish Date |
|---|---|---|---|---|---|---|
| 1 | Market Expansion Manager 市场拓展经理 | 7000-12000 | 0-1 | 洪山区 | 本科 | 2020-04-16 |
| 2 | Sales Manager 销售经理 | 12000-20000 | 1-3 | 洪山区 | 大专 | 2020-04-16 |
| 3 | Sales Development Representative 销售开发代表 | 8000-13000 | 0-1 | 洪山区 | 大专 | 2020-04-16 |

23

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

![Citron RESEARCH]

April 30, 2020



Beijing Baija Yuntu has been hiring for GSX's Wuhan office on other platforms as well *(posted 1 month ago)*:  Market Expansion Manager, Sales Manager, Sales Development Representative



Additional job listings from Beijing Baija Yuntu with GSX's HQ as the job address: Consultant, Lecturer, Finance Executive, Java Developer, Senior Java Developer



We sent on-the-ground investigators in China to the address listed for Beijing Baijia Yuntu's recent job openings and confirmed that these jobs are indeed for GSX's Wuhan office (see photos below).  As you can see in the office directory, there are no offices for Beijing Baija Yuntu.

24

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

April 30, 2020





It appears as if GSX lied to investors and is secretly still working very closely with Beijing Baija Yuntu, an internet marketing business—while GSX has also been accused by numerous Chinese consumers of brushing orders.

## Who Was Overseeing This?

There are only four board members at GSX. This is highly unusual for a company with a market cap of almost $10 billion. Moreover, three of the board members including CEO Larry Chen all went to Renmin University of China.

25

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com



April 30, 2020

GSX's auditor, Deloitte Touche Tohmatsu, was the same auditor that was used in Citron-exposed frauds Longtop and China Media Express.  The Deloitte partner that has been in charge of GSX's audit is Li Li Shan who has a questionable track record.

There are only three companies including GSX that Li Li Shan has been listed as the engagement partner for.  The other two companies are Chinese education companies, RYB Education (NYSE: RYB) and Puxin (NYSE: NEW), which are down 70% to 85% since their IPOs.  Both companies have notoriously bad reputations in China.

| FORM AP FILING | ISSUER | FIRM | YEAR |
|---|---|---|---|
| April 17, 2020 | GSX Techedu Inc. (GSX \| 0001768259) | Deloitte Touche Tohmatsu Certified Public Accountants LLP (1113) | 2019 |
| April 15, 2020 | Puxin Ltd (NEW \| 0001726189) | Deloitte Touche Tohmatsu Certified Public Accountants LLP (1113) | 2019 |
| Nov. 25, 2019 | GSX Techedu Inc. (GSX \| 0001768259) | Deloitte Touche Tohmatsu Certified Public Accountants LLP (1113) | 2018 |
| May 23, 2019 | Puxin Ltd (NEW \| 0001726189) | Deloitte Touche Tohmatsu Certified Public Accountants LLP (1113) | 2018 |
| May 23, 2019 | RYB Education, Inc. (RYB \| 0001708441) | Deloitte Touche Tohmatsu Certified Public Accountants LLP (1113) | 2018 |
| May 14, 2019 | GSX Techedu Inc. (GSX \| 0001768259) | Deloitte Touche Tohmatsu Certified Public Accountants LLP (1113) | 2018 |
| Nov. 30, 2018 | Puxin Ltd (NEW \| 0001726189) | Deloitte Touche Tohmatsu Certified Public Accountants LLP (1113) | 2017 |
| May 30, 2018 | RYB Education, Inc. (RYB \| 0001708441) | Deloitte Touche Tohmatsu Certified Public Accountants LLP (1113) | 2017 |

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

Citron RESEARCH

April 30, 2020





https://pcaobus.org/engagement-partners/0111300029

## Cautious Investing to All

*These reports have been prepared by either Citron Research ("Citron Research") or Citron Capital, LLC ("Citron Capital"). Citron Research and Citron Capital are referred to collectively as "Citron" and each individually as a "Citron Entity." Each report specifies the publisher and owner of that report. All reports are for informational purposes only and presented "as is" with no warranty of any kind, express or implied. Under no circumstances should any of these reports or any information herein be construed as investment advice, or as an offer to sell or the solicitation of an offer to buy any securities or other financial instruments.*

*Citron Research produces research reports on publicly traded securities, and Citron Capital is an exempt reporting adviser filed with the California Department of Business Oversight. The reports are the property of the applicable Citron Entity that published that report. The opinions, information and reports set forth herein are solely attributable to the applicable Citron Entity and are not attributable to any Citron Related Person (defined below) (other than the Citron Entity that published the report).*

*By downloading, accessing, or viewing any research report, you agree to the following Terms of Use. You agree that use of the research presented in any report is at your own risk. You (or any person you are acting as agent for) agree to hold harmless Citron Research, Citron Capital and each of their affiliates and related parties, including, but not limited to any principals, officers, directors, employees, members, clients, investors, consultants and agents (collectively, the "Citron Related Persons") for any direct or indirect losses (including trading losses) attributable to any information in a research report. You further agree to do your own research and due diligence before making any investment decision with respect to securities of the issuers covered herein (each, a "Covered Issuer") or any other financial instruments that reference the Covered Issuer or any securities issued by the Covered Issuer. You represent that you have sufficient investment sophistication to critically assess the information, analysis and opinion presented in any Citron report. You further agree that you will not communicate the contents of reports and other*

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

*materials made available by Citron to any other person unless that person has agreed to be bound by these Terms of Use. If you access, download or receive the contents of Citron reports or other materials on your own behalf, you agree to and shall be bound by these Terms of Use. If you access, download or receive the contents of Citron reports or other materials as an agent for any other person, you are binding your principal to these same Terms of Use.*

*As of the publication date of a Citron report, Citron Related Persons (possibly along with or through its members, partners, affiliates, employees, and/or consultants), Citron Related Persons clients and/or investors and/or their clients and/or investors have a position (long or short) in one or more of the securities of a Covered Issuer (and/or options, swaps, and other derivatives related to one or more of these securities), and therefore may realize significant gains in the event that the prices of a Covered Issuer's securities decline or appreciate. Citron Research, Citron Capital and/or the Citron Related Persons may continue to transact in Covered Issuers' securities for an indefinite period after an initial report on a Covered Issuer, and such position(s) may be long, short, or neutral at any time hereafter regardless of their initial position(s) and views as stated in the Citron research. Neither Citron Research nor Citron Capital will update any report or information to reflect changes in positions that may be held by a Citron Related Person.*

*This is not an offer to sell or a solicitation of an offer to buy any security. Neither Citron Research nor any Citron Related Person (including Citron Capital) are offering, selling or buying any security to or from any person through any Citron research reports. Citron Research is affiliated with Citron Capital. Citron Capital is an exempt reporting adviser filed with the California Department of Business Oversight and is not registered as investment adviser in any other jurisdiction. Citron Capital does not render investment advice to anyone unless it has an investment adviser-client relationship with that person evidenced in writing. You understand and agree that Citron Capital does not have any investment advisory relationship with you or does not owe fiduciary duties to you. Giving investment advice requires knowledge of your financial situation, investment objectives, and risk tolerance, and Citron Capital has no such knowledge about you.*

*The research and reports made available by Citron reflect express the opinion of the applicable Citron Entity as of the time of the report only. Reports are based on generally available information, field research, inferences and deductions through the applicable Citron Entity's due diligence and analytical process. To the best of the applicable Citron Entity's ability and belief, all information contained herein is accurate and reliable, is not material non-public information, and has been obtained from public sources that the applicable Citron Entity believe to be accurate and reliable, and who are not insiders or connected persons of the Covered Issuers or who may otherwise owe a fiduciary duty, duty of confidentiality or any other duty to the Covered Issuer (directly or indirectly). However, such information is presented "as is," without warranty of any kind, whether express or implied. With respect to their respective research reports, Citron Research and Citron Capital makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use. Further, any research report contains a very large measure of analysis and opinion. All expressions of opinion are subject to change without notice, and Citron does not undertake to update or supplement any reports or any of the information, analysis and opinion contained in them.*

*In no event shall Citron Research, Citron Capital or any Citron Related Persons be liable for any claims, losses, costs or damages of any kind, including direct, indirect, punitive, exemplary, incidental, special or, consequential damages, arising out of or in any way connected with any information presented in any Citron report. This limitation of liability applies regardless of any negligence or gross negligence of Citron Research, Citron Capital or any Citron Related Persons. You accept all risks in relying on the information presented in any report.*

*You agree that the information in any Citron research report is copyrighted, and you therefore agree not to distribute this information in any manner without the express prior written consent of the applicable Citron Entity. If you have obtained Citron research reports in any manner other than as provided by Citron, you may not read such research without agreeing to these Terms of Use. You further agree that any dispute between you and Citron and their affiliates arising from or related to this report or viewing the material presented herein shall be governed by the laws of the State of California, without regard to any conflict of law provisions. The failure of Citron Research or Citron Capital to exercise or enforce any right or provision of these Terms of Use shall not constitute a waiver of this right or provision. You agree that each Citron Related Person is a third-party beneficiary to these Terms of Use. If any provision of these Terms of Use is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision and rule that the other provisions of these Terms of Use remain in full force and effect, in particular as to this governing law and jurisdiction provision. You agree that regardless of any statute or law to the contrary, any*

28

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com

Citron RESEARCH

*claim or cause of action arising out of or related to Citron report or related material must be filed within one (1) year after the occurrence of the alleged harm that gave rise to such claim or cause of action, or such claim or cause of action be forever barred.*

© Copyright 2020 | Citron Research | www.citronresearch.com | All Inquiries – info@citronresearch.com