# Exhibit T

# LIONBRIDGE

STATE OF NEW YORK        )
                         )
                         )        ss
                         )
COUNTY OF NEW YORK       )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the attached article "A Regulatory Storm is On the Way! Many Courses of Online Teachers Have Been Removed! Instruction is Not Permitted without Teacher Qualifications," dated February 23, 2021.

_____

Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me

this 9th day of June, 2023.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2027

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

A Regulatory Storm is On the Way! Many Courses of Online Teachers Have Been Removed! Instruction is Not Permitted without Teacher Qualifications

Original        21st Century Reporter        21st Century Business Herald

02-23-2021 5:13 PM Posted on Guangdong

> **Preface**: Educational authorities have tightened qualification requirements for teachers in online education institutions; primary instructors who have not obtained a teacher qualification certification by examination are not permitted to teach courses.

Source | 21st Century Business Herald (ID: jjbd21)
Reporter | Feng Wang
Editor | Bo Li

After the successive manifestations of problems such as study burdens, parental anxiety, and economic losses, a regulatory storm is on the way for online education.

The 21st Century Business Herald reporter has learned that **educational authorities have tightened qualification requirements for teachers in online education institutions; primary instructors who have not obtained a teacher qualification certification by examination are not permitted to teach courses. This will affect almost all leading online schools.**

Previous reports have stated that on February 5, Beijing Municipal Education Commission issued a notice requiring that online education institutions verify the information on their staff teachers to ensure that academic teachers are equipped with teacher qualifications. All courses on sale without qualified teachers would be removed.

Relevant personnel in the Ministry of Education told the 21st Century Business Herald reporter that *Opinions Regarding Implementation of Regulations for After-School Online Training* promulgated by six government authorities including the Ministry of Education **clearly required personnel engaged in academic training of languages, mathematics, English, thought and politics, history, geography, physics, chemistry, and biology to possess teacher qualifications corresponding to those required by the state.** However, after the pandemic in 2020, seven government authorities including the Ministry of Human Resources and Social Security promulgated *Notice Regarding Temporary Measures for "Work First, Obtain Certification Later" for Certain Occupation Qualifications Affected by Coronavirus Pandemic* in April 2020, which allowed certain eligible personnel to first take up positions in education- and instruction-related work before sitting for examinations to obtain teacher qualifications.

The 21st Century Business Herald reporter has learned that the above notice provided a certain "exemption period" for primary instructors at online education institutions. At the time, each institution needed to undertake and guarantee that within 6 months of the restoration of teacher qualification certification examinations, teachers engaged in teaching would all hold the necessary certificates while working at their positions. Teacher qualification examinations for primary and secondary schools have resumed in the second half of 2020.

During the pandemic, since the Ministry of Education required online education institutions to publicly display information on the teacher qualifications of primary instructors, some teachers who had not yet obtained teacher qualification certificates had to show that they "have already signed up for teacher qualification certificate examinations," or "have already passed the written teacher qualification certification examinations." At present, this type of publicly displayed information has all disappeared; the courses of primary instructors who had not taken examinations to obtain teacher qualification certificates at leading online education institutions have all been removed.

[image:]

| Yuanfudao | Homepage | Course Selection Center |
|---|---|

[photo] High school chemistry teacher, taught a total of 3232 hours, 99.0% positive reviews

9 years of teaching experience          5,295,000 fans

Teacher Bio | Teacher Evaluations | Courses as Primary Instructor

The teacher is working hard preparing for the class…

(The image shows a senior primary instructor at Yuanfudao who is not teaching any courses this term)

This has made it impossible for a large number of primary instructors to offer their courses. According to the filed statements of undertaking publicly displayed by various institutions, as of the beginning of 2021, the number of teachers engaged in instruction at Yuanfudao and Zuoyebang Live Broadcast Class even showed a large decline when compared to the beginning of 2020.

| Institution | Filed number of teachers | | Number of teachers engaged in teaching | |
|---|---|---|---|---|
| | 2020 | 2021 | 2020 | 2021 |
| Gaotu Ketang Classroom | 128 | 182 | 128 | 182 |
| Yuanfudao | 294 | 334 | 376 | 334 |
| Youdao Jingpinke | 470 | 470 | 50 | 63 |
| Zuoyebang Live Broadcast Class | 307 | 305 | 307 | 272 |
| Xueersi Online School | 68 | 406 | 68 | 406 |
| New Oriental | 214 | 214 | 102 | 145 |
| Source: Filed statements of undertaking by various institutions | | | | |

It does not mean that a teacher's instructional quality is poor without a teacher qualification certificate. To a large extent, online education institutions have generally not been established for very long periods of time, and their primary teachers are relatively young; many teachers do not have education backgrounds and are not normal college graduates. In the past, there had been no emphasis on obtaining teacher qualifications via examination.

With Zuoyebang Live Broadcast Class as an example, those born in the 70s are the oldest primary instructors. As of February 8, and as filed by the company, all 272 teachers engaged in instruction have teacher certificates, but this number is 35 less than last year.

Of these 272 teachers, more than 45% passed the examination and obtained teacher qualification certificates in 2019 when the six government authorities including the Ministry of Education promulgated its policy. There were 28 teachers who passed the examination and obtained teacher qualification certificates in 2020.

**If teachers cannot provide instruction, it would cause a significant impact on online education institutions that are currently embroiled in intense competition over recruitment.** Currently, the various institutions are all actively recruiting teachers. For example, according to its filed statement of undertaking, Xueersi Online School massively increased its instructors from 68 to 406. According to information provided, Xueersi Online School recruited a large number of graduates from renowned universities in 2020 into its reserve faculty. Another company that conducted large-scale recruitment was Qingbei Online School under ByteDance, which increased its number of instructors from 56 to 132. Qingbei Online School claimed that it would provide salary and benefits of "two million yuan per year with no cap" for excellent teachers.

By comparison, two leading institutions that have obtained significant financing, Yuanfudao and Zuoyebang Live Broadcast Class had plummeting instructor numbers, by 42 and 35, respectively. A search found that several high school instructors with many years of experience did not offer classes for the spring term. In Live Broadcast's big classes model, one instructor can have several thousand, even up to ten thousand students in one course; this would directly impact the revenue of online education institutions.

In the February 23 Ministry of Education press conference, Basic Education Department Chief Yugang Lyu emphasized that this year, governance would be conducted more forcefully, with insistence on lawful governance that deals with both root causes and symptoms. Training institutions would undergo strict review and approval, and regulation over training contents would be strengthened; training serve activities would be regulated, and the usage of *Service Contract for After-School Training for Primary and Secondary School Students (Template Text)* would be actively promoted. There would be harsh crackdowns on training activities that violate laws and regulations, in order to thoroughly reduce excessive after-school training burdens on students and to maintain the lawful interests of parents.

END

Editor of this issue: Yutong Li

[image:]

SFC Southern Finance Omnimedia Group
21 Finance APP | Southern Finance

**Activating Southern Finance's Select 100 Empowerment Plan**
**Let's Ride the Wave Together!**                    **Click to Join**

[image:]

**21 SFC        A million readers are reading…**

Earth's rotation is accelerating! Scientists prove: There are less than 24 hours in one day! Will 2021 be over quickly? Netizens in uproar: Are we still working 8 hours a day?

Loss of a big name capitalist! 58 year-old Chairman Haibo Zhang of China Southern Asset Management has passed away. Under his tenure, the fund scale exceeded 1 trillion. He has always pursued "being trustworthy"

[image:]

Leader in digital think tank-style finance media

Click to download the 21 Finance App

21 WeChat matrix



21st Century Business Herald   21 Financial News      21 Finance World        21 New Health            21 tech

21 Videos          Knowledge Base  21st Century Commercial Commentary

Scan the QR code
**Follow 21st Century Business Herald
Get more brilliant information**



Fast Company      21 Asset Management   Z-Insurance

**21st Century Business Herald |
21st Century Business Herald | 20th**



Reads 4246

Marte Tan
Great work!



