**POMERANTZ LLP**
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York   10016
Telephone:  (212) 661-1100
Email: avan@pomlaw.com

*Counsel for Lead Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| YANG RENBIN, ROBERT ANGELINE, COREY HAYS, AND ALEXANDRE TAZI, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br> v.<br><br>GSX TECHEDU INC., LARRY XIANGDONG CHEN, NAN SHEN, XIN FAN, YIMING HU, MING LIAO, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES, INC., BARCLAYS CAPITAL, INC., BOFA SECURITIES, INC., CLSA LIMITED, AND GOLDMAN SACHS (ASIA) L.L.C.,<br><br>      Defendants. | **Case No. 2:20-CV-04457-MEF-JRA**<br><br>**DECLARATION OF AUSTIN P. VAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

1

I, Austin P. Van, hereby declare under penalty of perjury:

1.     I am a Partner of the firm of Pomerantz LLP, Lead Counsel for Lead Plaintiff Yang Renbin, and Additional Plaintiffs Corey Hays and Alexandre Tazi (collectively, the "Plaintiffs") in this action.  I am duly admitted to practice law in the State of New Jersey and before this Court.

2.     I submit this Declaration in support of the Plaintiffs' Opposition to Defendants' Motion to Dismiss the Second Amended Complaint.  I make this declaration based on my personal knowledge.

3.     Attached as **Exhibit A** is a true and correct copy of a chart showing GSX Techedu Inc. stock prices from June 6, 2019 through June 30, 2023.

4.     Attached as **Exhibit B** is a true and correct copy of a report on GSX Techedu Inc. published by Citron Research dated April 30, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: July 24, 2023                    /s/ *Austin P. Van*

                                                              Austin P. Van