## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YANG RENBIN, ROBERT ANGELINE,      :     2:20-cv-04457 (MEF) (JRA)
COREY HAYS, AND ALEXANDRE TAZI,      :
Individually and On Behalf of All Others      :     **ECF Case**
Similarly Situated,      :     **Electronically Filed**
     :
            Plaintiffs,      :     **Motion Date: April 7, 2025**
v.      :
     :     *Oral argument requested.*
     :
GSX TECHEDU INC., LARRY XIANGDONG   :
CHEN, NAN SHEN, XIN FAN, YIMING HU,   :
MING LIAO, CREDIT SUISSE SECURITIES   :
(USA) LLC, DEUTSCHE BANK SECURITIES, :
INC., BARCLAYS CAPITAL, INC., BOFA   :
SECURITIES, INC., CLSA LIMITED, AND   :
GOLDMAN SACHS (ASIA) L.L.C.,      :
     :
            Defendants.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF DEFENDANTS' MOTION TO STRIKE
## PURSUANT TO FED. R. CIV. P. 12(f)

PLEASE TAKE NOTICE that on April 7, 2025, Defendants GSX Techedu

Inc. ("GSX"), Larry Chen and Nan Shen will jointly move before the Honorable

Michael E. Farbiarz, United States District Judge, at the Martin Luther King

Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101,

for an Order (i) granting Defendants' motion to strike pursuant to Rule 12(f) of the

Federal Rules of Civil Procedure; (ii) striking the fifth sentence of Paragraph 4, and

Paragraphs 63-95, 109-11, 143, 148, 183-87, 298-316, and 318 in Plaintiffs' Second

Amended Class Action Complaint; and (iii) permitting Defendants to renew their motion to dismiss Plaintiffs' Second Amended Class Action Complaint;

PLEASE TAKE FURTHER NOTICE that in support of their motion, the Defendants will rely on the accompanying Memorandum of Law and Certification of Keith J. Miller with exhibits, which are submitted herewith.

PLEASE TAKE FURTHER NOTICE that annexed hereto is a proposed form of Order on the motion.

PLEASE TAKE FURTHER NOTICE that Defendants respectfully request oral argument on their motion.

Dated:  Newark, New Jersey
        March 6, 2025

<u>/s/ Keith J. Miller</u>
Keith J. Miller
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Telephone:  (973) 690-5400
Facsimile:   (973) 466-2761
kmilller@rwmlegal.com

Scott D. Musoff
Robert A. Fumerton (*pro hac vice*)
Michael C. Griffin (*pro hac vice*)
Judith A. Flumenbaum (*pro hac vice*)
**SKADDEN, ARPS, SLATE,**
  **MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 735-2000
scott.musoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com
judy.flumenbaum@skadden.com

*Counsel for Defendants GSX Techedu Inc., Larry Xiangdong Chen and Nan Shen*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of (i) this Notice of Motion, (ii) the accompanying Memorandum of Law, (iii) the accompanying Certification of Keith J. Miller, dated March 6, 2025 and exhibits thereto, and (iv) a Proposed Order granting the motion were served on all parties via the Court's electronic filing system on March 6, 2025.

Dated: March 6, 2025

*/s/ Keith J. Miller*
Keith J. Miller