# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                       :

YANG RENBIN, ROBERT ANGELINE,     :    2:20-cv-04457 (MEF) (JRA)
COREY HAYS, AND ALEXANDRE TAZI,   :
Individually and On Behalf of All Others   :
Similarly Situated,                     :
                                         :

        Plaintiffs,               :

v.                                     :

GSX TECHEDU INC., LARRY XIANGDONG :
CHEN, NAN SHEN, XIN FAN, YIMING HU,  :
MING LIAO, CREDIT SUISSE SECURITIES :
(USA) LLC, DEUTSCHE BANK SECURITIES, :
INC., BARCLAYS CAPITAL, INC., BOFA   :
SECURITIES, INC., CLSA LIMITED, AND  :
GOLDMAN SACHS (ASIA) L.L.C.,       :
                                         :

        Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PURSUANT TO FED. R. CIV. P. 12(f)

This matter comes before the Court on Defendants GSX Techedu Inc., Larry Xiangdong Chen and Nan Shen's Motion to Strike Pursuant to Fed. R. Civ. P. 12(f) (the "Motion"); and the Court having considered all papers filed in support of and in opposition to the Motion, and having heard argument of counsel,

**IT IS** on this _____ day _____, 2025,

**ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the fifth sentence of Paragraph 4, and Paragraphs 63-95, 109-11, 143, 148, 183-87, 298-316, and 318 in Plaintiffs' Second Amended Class Action Complaint (ECF No. 97) are stricken;

**IT IS FURTHER ORDERED** that Defendants shall be permitted to renew their Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint.

_____
HON. MICHAEL E. FARBIARZ
UNITED STATES DISTRICT JUDGE