**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YANG RENBIN, ROBERT ANGELINE, COREY HAYS, AND ALEXANDRE TAZI, Individually and On Behalf of All Others Similarly Situated, <br><br><br> Plaintiffs, <br><br> v. <br><br> GSX TECHEDU INC., LARRY XIANGDONG CHEN, NAN SHEN, XIN FAN, YIMING HU, MING LIAO, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES, INC., BARCLAYS CAPITAL, INC., BOFA SECURITIES, INC., CLSA LIMITED, AND GOLDMAN SACHS (ASIA) L.L.C., <br><br> Defendants. | **Case No. 2:20-CV-04457 (MEF) (JRA)** <br><br><br> **JOINT STATUS UPDATE AND MOTION FOR STAY** |

Pursuant to the Court's Order dated April 24, 2025 (ECF No. 146), and as an update to the Parties' previous submission dated April 23, 2025 (ECF No. 145), Lead Plaintiff and Defendants jointly write to inform the Court that the Parties have agreed in principle to settle all claims in this matter. In light of the Parties' agreement, the Parties jointly request that this Court stay all deadlines and proceedings in this case, including all discovery deadlines and deadlines related to Defendants' pending motion to strike (ECF No. 135), for thirty (30) days to preserve the resources of the Parties and the Court.

DATED:  April 30, 2025

<table>
<tr><td>

/s/  Austin P. Van
Austin P. Van (361192021)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  avan@pomlaw.com

*Lead Counsel for Lead Plaintiff Yang Renbin,
and Additional Plaintiffs Corey Hays and
Alexandre Tazi*

Laurence M. Rosen
**THE ROSEN LAW FIRM, P.A.**
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Telephone:  (973) 313-1887
Facsimile:  (973) 833-0399
Email:  lrosen@rosenlegal.com

Jing Chen
Jonathan Horne (*pro hac vice filed*)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone:  (212) 686-1060
Facsimile:  (212) 202-3827
Email:  jchen@rosenlegal.com
Email: jhorne@rosenlegal.com

Junbo Hao
**HAO LAW FIRM**
**BEIJING HAO JUNBO LAW FIRM**
Room 3-401 No. 2 Building,
No. 1 Shuangliubei Street
100024  Beijing
People's Republic of China
Telephone:  +86 137-1805-2888
Email:  jhao@haolaw.cn

*Additional Counsel for Lead Plaintiff and
Additional Plaintiff Robert Angeline*

</td><td>

/s/  Keith J. Miller
Keith J. Miller
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
(973) 690-5400
kmiller@rwmlegal.com

Scott D. Musoff
Robert A. Fumerton (*pro hac vice*)
Michael C. Griffin (*pro hac vice*)
Judith A. Flumenbaum (*pro hac vice*)
**SKADDEN, ARPS, SLATE,**
**  MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
Telephone:  (212) 735-3000
Facsimile:  (917) 735-2000
scott.musoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com
judy.flumenbaum@skadden.com

*Counsel for Defendants GSX
Techedu Inc., Larry Xiangdong Chen and Nan
Shen*

</td></tr>
</table>

**IT IS SO ORDERED.**

Dated: ___May 1_____, 2025          _____
                                                HONORABLE JOSE R. ALMONTE
                                                UNITED STATES MAGISTRATE JUDGE