# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| YANG RENBIN, ROBERT ANGELINE, COREY HAYS, AND ALEXANDRE TAZI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GSX TECHEDU INC., LARRY XIANGDONG CHEN, NAN SHEN, XIN FAN, YIMING HU, MING LIAO, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES, INC., BARCLAYS CAPITAL, INC., BOFA SECURITIES, INC., CLSA LIMITED, AND GOLDMAN SACHS (ASIA) L.L.C.,<br><br>Defendants. | **Case No. 2:20-CV-04457 (MEF) (JRA)**<br><br>**JOINT STIPULATION AND ORDER TO EXTEND STAY** |

**WHEREAS,** on April 30, 2025, the Parties filed a joint status update and motion for a stay of all deadlines and proceedings in light of their agreement in principle to settle all claims in this matter (ECF No. 148), and on May 1, 2025, the Court issued an order temporarily staying all deadlines and proceedings for thirty (30) days (ECF No. 149);

**WHEREAS,** the Parties are working to finalize their settlement documents in order to enter a formal stipulation of settlement to settle all claims in this action, and for Lead Plaintiff to file a motion for preliminary approval of the settlement of this action;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties, subject to the Court's approval, as follows:

All deadlines and proceedings in this case, including all discovery deadlines and deadlines related to Defendants' pending motion to strike (ECF No. 135), shall be stayed for an additional seven (7) days to preserve the resources of the Parties and the Court.

DATED:  May 30, 2025

_Isl Austin P. Van_ _____

Austin P. Van (361192021)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  avan@pomlaw.com

_Lead Counsel for Lead Plaintiff Yang Renbin, and Additional Plaintiffs Corey Hays and Alexandre Tazi_

Laurence M. Rosen
**THE ROSEN LAW FIRM, P.A.**
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Telephone:  (973) 313-1887
Facsimile:  (973) 833-0399
Email:  lrosen@rosenlegal.com

Jing Chen
Jonathan Home _(pro hac vice filed)_
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone:  (212) 686-1060
Facsimile:  (212) 202-3827
Email:  jchen@rosenlegal.com
Email: jhome@rosenlegal.com

_Isl Keith J Miller_ _____

Keith J. Miller
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
(973) 690-5400
kmiller@rwmlegal.com

Scott D. Musoff
Robert A. Fumerton _(pro hac vice)_
Michael C. Griffin _(pro hac vice)_
Judith A. Flumenbaum _(pro hac vice)_
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
Telephone:  (212) 735-3000
Facsimile:  (917) 735-2000
scott.musoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com
judy.flumenbaum@skadden.com

_Counsel for Defendants GSX Techedu Inc., Larry Xiangdong Chen and Nan Shen_

2

Junbo Hao
**HAO LAW FIRM**
**BEIJING HAO JUNBO LAW FIRM**
Room 3-401 No. 2 Building,
No. 1 Shuangliubei Street
100024  Beijing
People's Republic of China
Telephone:  +86 137-1805-2888
Email:  jhao@haolaw.cn

*Additional Counsel for Lead Plaintiff and*
*Additional Plaintiff Robert Angeline*

**IT IS SO ORDERED.**

Dated:  ___June 2_____, 2025          _____
                                                    HONORABLE JOSE R. ALMONTE
                                                    UNITED STATES MAGISTRATE JUDGE

3