# EXHIBIT 3-1

# GSX Techedu (GOTU)

## Summary of Aggregate Damages

Damage Period: 6/6/2019 - 5/15/2020

| | American Depositary Shares | | | |
|---|---|---|---|---|
| | (NYSE Ticker Symbol: GOTU) | | | |
| | One-Trader Model[1] | 80/20 Multi-Trader Model[2] | Institutional Trading Model[3] FIFO | Institutional Trading Model[3] LIFO |
| Retained Shares | 44.7 million | 45.7 million | 67.3 million | 67.3 million |
| Damages - Scenario 1 | $130.6 million | $138.5 million | $12.7 million | $17.3 million |
| Damages - Scenario 2 | $130.6 million | $127.7 million | $10.4 million | $14.3 million |

### General Assumptions

• Constant-dollar price inflation is measured using the company-specific returns observed on the following dates:

| Date | Scenario 1 | 2 | Previous Closing Price | Actual Return | Company-Specific Return | Price Inflation Impact | Statistically Significant at 95% | Statistically Significant at 90% |
|---|---|---|---|---|---|---|---|---|
| 4/14/2020 | X | X | $31.40 | -0.64% | -1.77% | $0.56 | No | No |
| 5/18/2020 | X | X | $35.43 | -7.31% | -10.51% | $3.72 | Yes | Yes |
| 5/19/2020 | X | | $32.84 | 3.17% | 1.88% | -$0.62 | No | No |
| 5/20/2020 | X | | $33.88 | -9.74% | -9.35% | $3.17 | Yes | Yes |
| **Total Scenario 1** | | | | | | **$6.83** | | |
| **Total Scenario 2** | | | | | | **$4.28** | | |

• This analysis assumes that 100% of the company-specific returns used to measure price inflation were *caused* by the revelation of the alleged fraud. No effort has been made to disentangle any non-fraud-related company-specific information that may have been disclosed contemporaneously.

• In accordance with *Dura,* no damages are incurred on shares sold before the first corrective disclosure date, or on shares purchased and sold between two consecutive corrective disclosure dates.

• For conservatism, the proportional trading models presented above withhold the minimum number of shares held by each institution from 12/31/2019 through the end of the Class Period, assuming these shares were not traded, and thereby restricting the number of shares allowed to become damaged. Collectively, the minimum number of GOTU shares held by institutions during this period was 28.5 million shares.

• Changes in reported short interest are applied to increase or decrease shares available to trade in the one-trader and multi-trader models. An increase in short interest increases the number of shares which can and do trade; a decrease in short interest withdraws tradable shares from the market.

• The average closing price of GOTU stock during the PSLRA 90-day lookback period is $65.27 which constrains damages on 100% of the trading days during the Damage Period.

# GSX Techedu (GOTU)

## Summary of Aggregate Damages

Damage Period: 6/6/2019 - 5/15/2020

### Notes Regarding Section 10(b) Trading Models

1. The proportional One-Trader Model posits that each share purchased during the Class Period has the same chance of being sold on a subsequent day of the Class Period as any other share in the float, and that shares purchased on day one of the Class Period have, on average, a probability of being sold on day two equal to the adjusted volume-to-float ratio on day two.

2. The proportional **80/20 Multi-Trader Model** posits two active traders (e.g., institutions and individuals) with different holdings and propensities to trade. The so-called "80/20" split between the two sets of traders specifies a large set of "slow" traders (i.e., they hold 80% of shares available, but trade 20% of the volume) and a small set of "fast" traders (i.e., they hold 20% of shares available, but trade 80% of the volume). This model has been advocated by representative authors from Cornerstone Research, an economic consulting firm frequently engaged by defendants in class action securities litigation. (See William H. Beaver, James K. Malernee and Michael C. Keeley, "Stock Trading Behavior and Damage Estimation in Securities Cases," Cornerstone Research working paper, 1993.) Please note that the 80/20 split employed here is used only to highlight the different results that are obtained from using one- and multi-trader models. A properly calibrated multi-trader model, which uses actual institutional holdings (source: SEC Form 13-F data) and observed block trading frequency (source: NYSE TAQ database), will provide a different estimate of aggregate damages than the 80/20 multi-trader model presented here.

3. The **Institutional Trading Model** ("ITM") estimates aggregate damages from the reported quarterly holdings of institutions, which filed an SEC Form 13-F during the Damage Period, under the assumption that increases in institutional holdings represent share purchases and that decreases represent share sales. Non-institutional damages are estimated by analyzing the quarterly changes in shares held by non-institutions (i.e., shares outstanding + short interest - insider holdings - institutional holdings) during the Damage Period. For both institutions and non-institutions, daily holdings, purchases and sales are estimated by interpolation using the observed exchange trading volume in GOTU stock between the reported quarterly positions. Given that quarterly changes in reported share holdings do not fully reflect the extent of intra-quarter trading, the ITM is a conservative estimator of aggregate damages. For example, while a 100 share increase in observed quarterly holdings implies that an investor purchased at least 100 shares during the quarter, it is quite possible that the investor actually sold 100 shares and purchased 200 shares during the quarter. Accordingly, the ITM's reliance on quarterly changes almost certainly fails to capture the total number of shares that are purchased at inflated prices during a given quarter. That said, while the ITM does suffer from downward bias, the fact that it is based on the actual holdings of a substantial subset of investors makes it an appealing, albeit conservative, estimator of aggregate damages. The 13-F institutions reportedly held between 75% to 100% of the public float (i.e., shares outstanding + short interest - insider holdings) during the Damage Period. Under "FIFO," the "first-in-first-out" method is used for matching sales with prior purchases. Under "LIFO," the "last-in-first-out" method is used for matching sales with prior purchases.

### Inputs and Further Assumptions:

i. GOTU's closing stock price and U.S. trading volume as reported by Bloomberg (GOTU US Equity);

ii. Outstanding shares of common stock as reported in GOTU's SEC Filings;

iii. Monthly short interest in GOTU stock as reported by Bloomberg;

iv. Institutional and insider holdings data for GOTU stock as reported by Thomson Reuters Eikon;

v. Trading volume has been reduced by 26% to correct for the typical level of dealer-intermediated trading. Note that approximately 16% of GOTU's trading volume was on the NASDAQ, while the remaining 84% occurred on the NYSE and various Alternative Trading Systems (ATSs).



**GSX Techedu (GOTU): Constant $ Price Inflation - Scenario 1**



**GSX Techedu (GOTU): Constant $ Price Inflation - Scenario 2**