# EXHIBIT 4

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Security | GOTU US Equity | | | | | | | | | |
| 2 | Start Date | 6/7/2019 0:00 | | | | | | | | | |
| 3 | End Date | 10/23/2020 0:00 | | | | | | | | | |
| 4 | Period | Weekly | | | | | | | | | |
| 5 | Currency | USD | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | Date | PX_LAST | ADRs Outstanding (millions) | Insider Holdings | Float (millions) | Float (Dollar Value) | Day of Week | End of Week | Weekly Trading Volume | Volume as a Percentage of Shares Outstanding | Volume as a Percentage of Float |
| 8 | 6/7/2019 | 10 | 19.8 | 0.00 | 19.80 | $198,000,000.00 | 6 | 1 | 3,697,416 | 19% | 19% |
| 9 | 6/14/2019 | 9.5 | 19.8 | 0.00 | 19.80 | $188,100,000.00 | 6 | 1 | 2,932,021 | 15% | 15% |
| 10 | 6/21/2019 | 9.6 | 19.8 | 0.00 | 19.80 | $190,080,000.00 | 6 | 1 | 1,905,271 | 10% | 10% |
| 11 | 6/28/2019 | 10.79 | 19.8 | 0.00 | 19.80 | $213,642,000.00 | 6 | 1 | 3,095,334 | 16% | 16% |
| 12 | 7/5/2019 | 10.6 | 19.8 | 0.00 | 19.80 | $209,880,000.00 | 6 | 1 | 3,621,615 | 18% | 18% |
| 13 | 7/12/2019 | 9.12 | 19.8 | 0.00 | 19.80 | $180,576,000.00 | 6 | 1 | 4,912,951 | 25% | 25% |
| 14 | 7/19/2019 | 10.34 | 19.8 | 0.00 | 19.80 | $204,732,000.00 | 6 | 1 | 3,463,665 | 17% | 17% |
| 15 | 7/26/2019 | 13 | 19.8 | 0.00 | 19.80 | $257,400,000.00 | 6 | 1 | 4,154,267 | 21% | 21% |
| 16 | 8/2/2019 | 12.79 | 19.8 | 0.00 | 19.80 | $253,242,000.00 | 6 | 1 | 4,424,047 | 22% | 22% |
| 17 | 8/9/2019 | 13.36 | 19.8 | 0.00 | 19.80 | $264,528,000.00 | 6 | 1 | 4,118,190 | 21% | 21% |
| 18 | 8/16/2019 | 13.45 | 19.8 | 0.00 | 19.80 | $266,310,000.00 | 6 | 1 | 6,962,283 | 35% | 35% |
| 19 | 8/23/2019 | 13.57 | 19.8 | 0.00 | 19.80 | $268,686,000.00 | 6 | 1 | 16,672,957 | 84% | 84% |
| 20 | 8/30/2019 | 14.32 | 19.8 | 0.00 | 19.80 | $283,536,000.00 | 6 | 1 | 11,943,107 | 60% | 60% |
| 21 | 9/6/2019 | 12.3 | 19.8 | 0.00 | 19.80 | $243,540,000.00 | 6 | 1 | 3,648,909 | 18% | 18% |
| 22 | 9/13/2019 | 13.44 | 19.8 | 0.00 | 19.80 | $266,112,000.00 | 6 | 1 | 4,197,865 | 21% | 21% |
| 23 | 9/20/2019 | 14.59 | 19.8 | 0.00 | 19.80 | $288,882,000.00 | 6 | 1 | 1,973,726 | 10% | 10% |
| 24 | 9/27/2019 | 15.02 | 19.8 | 0.00 | 19.80 | $297,396,000.00 | 6 | 1 | 3,991,579 | 20% | 20% |
| 25 | 10/4/2019 | 14.7 | 19.8 | 0.00 | 19.80 | $291,060,000.00 | 6 | 1 | 4,302,984 | 22% | 22% |
| 26 | 10/11/2019 | 14.31 | 19.8 | 0.00 | 19.80 | $283,338,000.00 | 6 | 1 | 3,666,449 | 19% | 19% |
| 27 | 10/18/2019 | 14.25 | 19.8 | 0.00 | 19.80 | $282,150,000.00 | 6 | 1 | 2,307,179 | 12% | 12% |
| 28 | 10/25/2019 | 15.41 | 19.8 | 0.00 | 19.80 | $305,118,000.00 | 6 | 1 | 2,404,916 | 12% | 12% |
| 29 | 11/1/2019 | 16.29 | 19.8 | 0.00 | 19.80 | $322,542,000.00 | 6 | 1 | 5,088,084 | 26% | 26% |
| 30 | 11/8/2019 | 15.31 | 19.8 | 0.00 | 19.80 | $303,138,000.00 | 6 | 1 | 5,039,224 | 25% | 25% |
| 31 | 11/15/2019 | 14.91 | 19.8 | 0.00 | 19.80 | $295,218,000.00 | 6 | 1 | 3,716,543 | 19% | 19% |
| 32 | 11/22/2019 | 18.57 | 41.232 | 0.00 | 41.23 | $765,678,240.00 | 6 | 1 | 21,233,542 | 51% | 51% |
| 33 | 11/29/2019 | 17.59 | 41.232 | 0.00 | 41.23 | $725,270,880.00 | 6 | 1 | 6,635,839 | 16% | 16% |
| 34 | 12/6/2019 | 19.63 | 41.232 | 0.00 | 41.23 | $809,384,160.00 | 6 | 1 | 11,397,429 | 28% | 28% |
| 35 | 12/13/2019 | 20.49 | 41.232 | 0.00 | 41.23 | $844,843,680.00 | 6 | 1 | 9,871,816 | 24% | 24% |
| 36 | 12/20/2019 | 20.93 | 41.232 | 0.00 | 41.23 | $862,985,760.00 | 6 | 1 | 7,337,444 | 18% | 18% |
| 37 | 12/27/2019 | 21.91 | 41.232 | 0.00 | 41.23 | $903,393,120.00 | 6 | 1 | 4,099,715 | 10% | 10% |
| 38 | 1/3/2020 | 23.43 | 41.232 | 0.00 | 41.23 | $966,065,760.00 | 6 | 1 | 5,456,715 | 13% | 13% |
| 39 | 1/10/2020 | 26.84 | 41.232 | 0.00 | 41.23 | $1,106,666,880.00 | 6 | 1 | 8,459,911 | 21% | 21% |
| 40 | 1/17/2020 | 32.91 | 41.232 | 0.00 | 41.23 | $1,356,945,120.00 | 6 | 1 | 17,411,885 | 42% | 42% |
| 41 | 1/24/2020 | 31.22 | 41.232 | 0.00 | 41.23 | $1,287,263,040.00 | 6 | 1 | 13,099,777 | 32% | 32% |
| 42 | 1/31/2020 | 32.69 | 41.232 | 0.00 | 41.23 | $1,347,874,080.00 | 6 | 1 | 15,367,447 | 37% | 37% |
| 43 | 2/7/2020 | 39.92 | 41.232 | 0.00 | 41.23 | $1,645,981,440.00 | 6 | 1 | 16,629,931 | 40% | 40% |
| 44 | 2/14/2020 | 34.5 | 41.232 | 0.00 | 41.23 | $1,422,504,000.00 | 6 | 1 | 16,220,932 | 39% | 39% |
| 45 | 2/21/2020 | 42.72 | 41.232 | 0.00 | 41.23 | $1,761,431,040.00 | 6 | 1 | 19,131,601 | 46% | 46% |
| 46 | 2/28/2020 | 40.55 | 41.232 | 0.00 | 41.23 | $1,671,957,600.00 | 6 | 1 | 20,826,666 | 51% | 51% |
| 47 | 3/6/2020 | 41.74 | 44.170575 | 0.00 | 44.17 | $1,843,679,800.50 | 6 | 1 | 9,698,158 | 22% | 22% |
| 48 | 3/13/2020 | 39.19 | 44.170575 | 0.00 | 44.17 | $1,731,044,834.25 | 6 | 1 | 8,809,901 | 20% | 20% |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Security | GOTU US Equity | | | | | | | | | |
| 2 | Start Date | 6/7/2019 0:00 | | | | | | | | | |
| 3 | End Date | 10/23/2020 0:00 | | | | | | | | | |
| 4 | Period | Weekly | | | | | | | | | |
| 5 | Currency | USD | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | Date | PX_LAST | ADRs Outstanding (millions) | Insider Holdings | Float (millions) | Float (Dollar Value) | Day of Week | End of Week | Weekly Trading Volume | Volume as a Percentage of Shares Outstanding | Volume as a Percentage of Float |
| 49 | 3/20/2020 | 39.93 | 44.170575 | 0.00 | 44.17 | $1,763,731,059.75 | 6 | 1 | 11,457,595 | 26% | 26% |
| 50 | 3/27/2020 | 42.17 | 44.170575 | 0.00 | 44.17 | $1,862,673,147.75 | 6 | 1 | 13,457,127 | 30% | 30% |
| 51 | 4/3/2020 | 32.93 | 44.170575 | 0.00 | 44.17 | $1,454,537,034.75 | 6 | 1 | 21,392,094 | 48% | 48% |
| 52 | 4/9/2020 | 33.16 | 44.170575 | 0.00 | 44.17 | $1,464,696,267.00 | 5 | 1 | 30,788,442 | 70% | 70% |
| 53 | 4/17/2020 | 33.59 | 44.170575 | 0.00 | 44.17 | $1,483,689,614.25 | 6 | 1 | 37,623,993 | 85% | 85% |
| 54 | 4/24/2020 | 31.75 | 44.170575 | 0.00 | 44.17 | $1,402,415,756.25 | 6 | 1 | 21,042,885 | 48% | 48% |
| 55 | 5/1/2020 | 37.22 | 44.170575 | 0.00 | 44.17 | $1,644,028,801.50 | 6 | 1 | 25,961,457 | 59% | 59% |
| 56 | 5/8/2020 | 41.98 | 44.170575 | 0.00 | 44.17 | $1,854,280,738.50 | 6 | 1 | 19,507,391 | 44% | 44% |
| 57 | 5/15/2020 | 35.43 | 44.170575 | 0.00 | 44.17 | $1,564,963,472.25 | 6 | 1 | 19,135,510 | 43% | 43% |
| 58 | 5/22/2020 | 29.73 | 44.170575 | 0.00 | 44.17 | $1,313,191,194.75 | 6 | 1 | 68,150,841 | 154% | 154% |
| 59 | 5/29/2020 | 31.36 | 44.170575 | 0.00 | 44.17 | $1,385,189,232.00 | 6 | 1 | 32,436,597 | 73% | 73% |
| 60 | 6/5/2020 | 40.52 | 44.170575 | 0.00 | 44.17 | $1,789,791,699.00 | 6 | 1 | 34,700,898 | 79% | 79% |
| 61 | 6/12/2020 | 43.04 | 44.170575 | 0.00 | 44.17 | $1,901,101,548.00 | 6 | 1 | 20,481,529 | 46% | 46% |
| 62 | 6/19/2020 | 57.81 | 44.170575 | 0.00 | 44.17 | $2,553,500,940.75 | 6 | 1 | 56,846,740 | 129% | 129% |
| 63 | 6/26/2020 | 57.65 | 44.170575 | 0.00 | 44.17 | $2,546,433,648.75 | 6 | 1 | 17,368,245 | 39% | 39% |
| 64 | 7/2/2020 | 63.09 | 44.170575 | 0.00 | 44.17 | $2,786,721,576.75 | 5 | 1 | 24,719,806 | 56% | 56% |
| 65 | 7/10/2020 | 87.63 | 44.170575 | 0.00 | 44.17 | $3,870,667,487.25 | 6 | 1 | 44,599,758 | 101% | 101% |
| 66 | 7/17/2020 | 76.14 | 44.170575 | 0.00 | 44.17 | $3,363,147,580.50 | 6 | 1 | 23,103,789 | 52% | 52% |
| 67 | 7/24/2020 | 81.2 | 44.170575 | 0.00 | 44.17 | $3,586,650,690.00 | 6 | 1 | 12,788,810 | 29% | 29% |
| 68 | 7/31/2020 | 89.12 | 44.170575 | 0.00 | 44.17 | $3,936,481,644.00 | 6 | 1 | 11,068,625 | 25% | 25% |
| 69 | 8/7/2020 | 106.99 | 44.170575 | 0.00 | 44.17 | $4,725,809,819.25 | 6 | 1 | 44,882,924 | 102% | 102% |
| 70 | 8/14/2020 | 89.2 | 44.170575 | 0.00 | 44.17 | $3,940,015,290.00 | 6 | 1 | 29,918,652 | 68% | 68% |
| 71 | 8/21/2020 | 90.26 | 44.170575 | 0.00 | 44.17 | $3,986,836,099.50 | 6 | 1 | 25,066,816 | 57% | 57% |
| 72 | 8/28/2020 | 81.59 | 44.170575 | 0.00 | 44.17 | $3,603,877,214.25 | 6 | 1 | 18,674,762 | 42% | 42% |
| 73 | 9/4/2020 | 80.01 | 44.170575 | 0.00 | 44.17 | $3,534,087,705.75 | 6 | 1 | 29,684,940 | 67% | 67% |
| 74 | 9/11/2020 | 84.33 | 44.170575 | 0.00 | 44.17 | $3,724,904,589.75 | 6 | 1 | 14,853,524 | 34% | 34% |
| 75 | 9/18/2020 | 106.52 | 44.170575 | 0.00 | 44.17 | $4,705,049,649.00 | 6 | 1 | 27,475,032 | 62% | 62% |
| 76 | 9/25/2020 | 98.91 | 44.170575 | 0.00 | 44.17 | $4,368,911,573.25 | 6 | 1 | 17,591,804 | 40% | 40% |
| 77 | 10/2/2020 | 93.1 | 44.170575 | 0.00 | 44.17 | $4,112,280,532.50 | 6 | 1 | 14,677,093 | 33% | 33% |
| 78 | 10/9/2020 | 114.55 | 44.170575 | 0.00 | 44.17 | $5,059,739,366.25 | 6 | 1 | 9,517,190 | 22% | 22% |
| 79 | 10/16/2020 | 107.02 | 44.170575 | 0.00 | 44.17 | $4,727,134,936.50 | 6 | 1 | 9,643,760 | 22% | 22% |
| 80 | 10/23/2020 | 67.16 | 44.170575 | 0.00 | 44.17 | $2,966,495,817.00 | 6 | 1 | 39,991,552 | 91% | 91% |
| 81 | Average: | | | | | $1,646,482,344.68 | | | | 40% | 40% |