# EXHIBIT 5

Research: Security Headlines

Criteria: [Companies/Portfolio: Gaotu Techedu Inc]; [Date: 06-Jun-2019 To 20-Oct-2020]
Overall: 200 headlines

| Company Name | Ticker | Availability Date | Date | Title | Pages | Contributors |
|---|---|---|---|---|---|---|
| Gaotu Techedu Inc (GOTU.N) | CCL.N | 2020-10-15T12:27:57 | 2020-10-15T08:27:00 | S3 Analytics: 3rd Quarter Global Short Selling Recap | 4 | S3 Partners |
| Gaotu Techedu Inc (GOTU.N) | CLVT.N | 2020-10-06T10:39:36 | 2020-10-06T10:10:00 | Portfolio Scorecard: ANTIPODEAN ADVISORS LLC | 27 | Corporate Watchdog Reports |
| Gaotu Techedu Inc (GOTU.N) | NVDA.OQ | 2020-09-30T12:59:14 | 2020-09-30T12:12:00 | Portfolio Scorecard: E FUND MANAGEMENT HONG KONG CO LTD | 34 | Corporate Watchdog Reports |
| Gaotu Techedu Inc (GOTU.N) | ABT.N | 2020-09-28T17:43:01 | 2020-09-28T17:17:00 | Portfolio Scorecard: FINANCIAL ENGINES ADVISORS LLC | 36 | Corporate Watchdog Reports |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-09-25T03:10:15 | 2020-09-25T11:09:00 | TAL, GSX, DAO, 1797.HK: K-12 AST Online Education Sector: Escalating Competition in 2H20 and Beyond; Our Updated Views on Companies: Leaders Will Sustain High Growth | 11 | 86Research Limited |
| Gaotu Techedu Inc (GOTU.N) | BABA.N | 2020-09-17T17:07:55 | 2020-09-17T13:06:00 | S3 Analytics: HK-China Short Side Recap | 5 | S3 Partners |
| Gaotu Techedu Inc (GOTU.N) | | 2020-09-16T05:30:28 | 2020-09-11T04:00:00 | China Internet Sector - Weekly News | 4 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-09-14T05:30:52 | 2020-09-09T04:00:00 | Asian Daily: China Online Education Sector - Takeaways from channel check and outlook on industry landscape | 6 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2023-10-10T05:30:35 | 2020-09-08T04:22:00 | School of Thought (Staying relevant) | 6 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-09-07T01:25:19 | 2020-09-07T09:25:00 | GSX 2Q20 Earnings Recap | 5 | 86Research Limited |
| Gaotu Techedu Inc (GOTU.N) | 2330.TW | 2023-10-10T05:30:35 | 2020-09-06T22:54:00 | China/HK Morning Notes - 07 September 2020 | 86 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2023-10-10T05:30:35 | 2020-09-06T15:00:00 | GSX Techedu - SELL (Gap narrowing) | 11 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | CVNA.N | 2020-09-09T05:49:29 | 2020-09-04T18:50:00 | IPO Stocks are the New Staples - History & Current Data Suggest that is as Silly as it Sounds | 10 | Kailash Concepts |
| Gaotu Techedu Inc (GOTU.N) | | 2020-09-09T05:30:25 | 2020-09-04T04:00:00 | China Internet Sector - Weekly News | 7 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-09-07T05:31:45 | 2020-09-03T04:02:00 | GSX Techedu Inc.: Momentum Still Solid Post Covid-19; Competition Remaining Fierce | 15 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-09-08T05:30:20 | 2020-09-03T04:00:00 | Asian Daily: China - GSX Techedu Inc.: Hard to beat high growth expectations in a much more competitive market segment. Maintain NEUTRAL | 6 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | 1109.HK | 2023-10-10T05:30:36 | 2020-09-02T22:41:00 | China/HK Morning Notes - 03 September 2020 | 56 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-09-05T05:30:04 | 2020-09-02T20:58:00 | GSX Techedu: Conference call key takeaways: addressing SEC probe & 3Q outlook | 10 | Deutsche Bank |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-09-05T05:33:04 | 2020-09-02T20:57:00 | GSX Techedu : Staying Neutral on fair value (with or without investigation) | 12 | JPMorgan |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-09-05T05:30:05 | 2020-09-02T08:58:00 | GSX Techedu: Forgoing near-term margins for market shares | 12 | Deutsche Bank |
| Gaotu Techedu Inc | GSX.N | 2020-09-02T08:00:00 | 2020-09-02T08:00:00 | GSX.N - Event Transcript of GSX Techedu Inc conference call, Sep. 02, 2020 / 8:00AM ET | 12 | LSEG StreetEvents |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-09-05T05:33:05 | 2020-09-02T07:11:00 | GSX Techedu : First-look at 2Q: Mixed as expected (+ SEC investigation disclosed) | 9 | JPMorgan |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-09-06T05:34:00 | 2020-09-02T07:02:00 | GSX 2Q First Impression: 2Q Revenue and 3Q Guidance Beat on High Expectation | 8 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2023-10-10T05:30:36 | 2020-09-02T05:36:00 | GSX Techedu - SELL (No surprises) | 5 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-09-07T05:30:57 | 2020-09-02T04:00:00 | GSX: GSX Techedu Inc. - Quick take: 2Q20 gross billings inline; 3Q20 revenue guidance miss | 6 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-09-06T05:36:39 | 2020-09-01T16:16:00 | Watchdog Report: GSX - Now with Critical / Key Audit Matters | 20 | Corporate Watchdog Reports |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2023-10-10T05:30:36 | 2020-08-31T05:38:00 | School of Thought (Online fever) | 5 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-09-02T05:35:05 | 2020-08-30T08:11:00 | GSX Techedu : 2Q20 preview: Revenue or profits? | 12 | JPMorgan |
| Gaotu Techedu Inc (GOTU.N) | 0688.HK | 2023-10-10T05:30:39 | 2020-08-24T23:09:00 | China/HK Morning Notes - 25 August 2020 | 199 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2023-10-10T05:30:39 | 2020-08-24T14:40:00 | China online education (Digitising education) | 25 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-08-19T21:34:08 | 2020-08-19T17:33:00 | S3 Analytics: GSX is Top New Short Over Last Week | 3 | S3 Partners |
| Gaotu Techedu Inc (GOTU.N) | 0762.HK | 2023-10-10T05:30:43 | 2020-08-12T22:53:00 | China/HK Morning Notes - 13 August 2020 | 148 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2023-10-10T05:30:43 | 2020-08-12T17:00:00 | China education (Mixing online and offline) | 11 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | | 2020-08-10T05:35:22 | 2020-08-06T21:15:00 | China Internet CY2Q Earnings Season Ahead | 8 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | | 2020-08-11T05:36:07 | 2020-08-06T00:00:00 | APAC Equity Strategy "Cheap money, better earnings. How much upside?" MacLeod | 29 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | TAL.N | 2020-08-02T05:32:14 | 2020-07-30T22:48:00 | TAL Education : The song remains the same | 16 | JPMorgan |
| Gaotu Techedu Inc (GOTU.N) | 0839.HK | 2020-08-01T05:30:24 | 2020-07-27T04:00:00 | 0839.HK: China Education Group - The best-in-class school operator to benefit from favourable policies | 28 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | CTSH.OQ | 2020-08-03T05:36:36 | 2020-07-27T00:46:00 | Probes Reporter Data Feed - ## US Companies with Possible SEC Investigations | 4 | Probes Reporter |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-07-27T05:30:36 | 2020-07-24T22:19:00 | China Education: Catching online momentum; d/g GSX to Hold after strong performance | 28 | Deutsche Bank |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-07-24T10:44:02 | 2020-07-24T10:44:00 | Validea Guru Analysis Report for GSX. Analysis using Validea's interpretation of the published quantitative strategies of well-known Wall Street experts including Peter Lynch, Warren Buffett, Ben Graham and Ken Fisher, among others. | 9 | Validea |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2020-07-20T04:52:47 | 2020-07-20T04:54:00 | Panel Discussion: Online Education Teaching R&D & Operations — Genshuixue vs Yuanfudao vs Xueersi | 13 | Third Bridge |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-07-20T02:42:18 | 2020-07-20T02:42:00 | ValuEngine Rating and Forecast Report for GSX | 11 | ValuEngine, Inc |

| Company Name | Ticker | Availability Date | Date | Title | Pages | Contributors |
|---|---|---|---|---|---|---|
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2020-07-22T05:30:23 | 2020-07-17T04:00:00 | China Online Education Sector - Four charts to illustrate the plans for summer promotions | 7 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | | 2020-07-22T05:30:23 | 2020-07-17T04:00:00 | China Internet Sector - Weekly News | 5 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-07-20T05:31:52 | 2020-07-16T04:33:00 | GSX Techedu Inc.: Secular Growth Story on Change; Downgrade to EW on Valuation | 15 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-07-19T05:30:31 | 2020-07-14T04:00:00 | Asian Daily: China - GSX Techedu Inc.: The emerging giant is no longer significantly undervalued. Downgrade to NEUTRAL | 5 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | 7203.T | 2023-10-11T05:30:35 | 2020-07-13T22:43:00 | China/HK Morning Notes - 14 July 2020 | 107 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2023-10-11T05:30:35 | 2020-07-13T21:07:00 | GSX Techedu - SELL (The new normal) | 23 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2020-07-13T21:32:24 | 2020-07-13T21:05:00 | China education (Staying the course: Offline to overtake online while vocational studies soar) | 168 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | BABA.N | 2020-07-13T22:52:55 | 2020-07-13T18:51:00 | S3 Analytics: July HK — China Short Selling Recap | 5 | S3 Partners |
| Gaotu Techedu Inc (GOTU.N) | | 2020-07-15T05:31:35 | 2020-07-10T00:00:00 | China 360 "New decade, new drivers, new disruptions: Theme 4 — Smart education" | 42 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | | 2020-07-11T05:33:27 | 2020-07-07T04:01:00 | Sustainable & Thematic Investing: Education Technology: Accelerated adoption, but how sticky? | 31 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | | 2020-07-11T05:34:11 | 2020-07-06T00:00:00 | Q-Series: Future Reimagined "What is the Path to Recovery for the Chinese Consumer?" Wang | 65 | UBS Economics |
| Gaotu Techedu Inc (GOTU.N) | | 2020-07-07T05:31:12 | 2020-07-02T00:00:00 | Global Style Watch "Developed and Emerging Value Discriminates" Iley | 43 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | STG.N | 2023-10-11T05:30:40 | 2020-06-25T23:12:00 | China/HK Morning Notes - 26 June 2020 | 69 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | STG.N | 2023-10-11T05:30:40 | 2020-06-25T14:04:00 | China Online Education (Online rat race) | 11 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-06-19T02:48:46 | 2020-06-19T10:48:00 | TAL: GSX: DAO: Survey shows TAL the clear leader in online education; tailwind from COVID-19 strong | 9 | 86Research Limited |
| Gaotu Techedu Inc (GOTU.N) | 2502.T | 2023-10-11T05:30:41 | 2020-06-17T23:42:00 | Japan Morning Notes - 18 June 2020 | 72 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | 2502.T | 2023-10-11T05:30:42 | 2020-06-17T08:20:00 | Global consumer (Top picks for 2H20) | 19 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | | 2020-06-21T05:31:40 | 2020-06-16T00:00:00 | Video: Potential US financial restrictions on China — what are the consequences? | 0 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | | 2020-06-20T05:34:58 | 2020-06-15T00:00:00 | China Education Sector "UBS Evidence Lab inside: May after school tutoring ..." | 17 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | | 2020-06-20T05:34:57 | 2020-06-15T00:00:00 | China Equity Model Portfolio "Monetary easing on pause; de-risking model ..." | 15 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | | 2020-06-13T05:32:08 | 2020-06-08T00:00:00 | China Equity Strategy "Possible US financial restrictions on China III: ..." | 19 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | | 2020-06-12T05:30:32 | 2020-06-05T08:47:00 | China Education: Weekly Wrap-up: Ongoing AST Resumption, More Support for Higher Education Enrollment | 7 | Morgan Stanley |
| Gaotu Techedu Inc (GOTU.N) | 1797.HK | 2020-06-17T05:30:56 | 2020-06-03T14:10:00 | Quick Note - Koolearn (1797 HK)(Buy) - Live from NIFA 2020 | 9 | Nomura |
| Gaotu Techedu Inc (GOTU.N) | | 2020-06-05T05:30:32 | 2020-05-29T04:24:00 | China Education: Weekly Wrap-up: Overseas Test In June Canceled | 7 | Morgan Stanley |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-05-29T16:35:59 | 2020-05-27T12:35:00 | S3 Analytics: GSX Techedu Shorts up $246 million in May | 4 | S3 Partners |
| Gaotu Techedu Inc (GOTU.N) | DAO.N | 2020-06-10T05:32:01 | 2020-05-27T09:06:00 | Quick Note - Youdao (DAO US)(Buy) - 1Q20 post-result NDR takeaways positive | 8 | Nomura |
| Gaotu Techedu Inc (GOTU.N) | | 2020-05-31T05:32:13 | 2020-05-26T04:00:00 | China Market Strategy: Road-mapping the return of Chinese ADRs | 36 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | | 2020-05-30T05:31:43 | 2020-05-25T04:00:00 | Themes Monitor: COVID-19: A review of our recent research #11 | 41 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | | 2020-05-26T03:35:58 | 2020-05-25T00:00:00 | China Online Education - Sector Report： Initiation: tried and tested | 108 | Daiwa Capital Markets Hong Kong Ltd. |
| Gaotu Techedu Inc (GOTU.N) | | 2020-05-29T05:34:09 | 2020-05-22T11:41:00 | China Education: Weekly Wrap-up: Offline Center Resumption Starts, but Slowly | 7 | Morgan Stanley |
| Gaotu Techedu Inc (GOTU.N) | | 2020-05-27T05:57:49 | 2020-05-22T00:00:00 | UBS Evidence Lab inside: China model portfolio — Beware of downside risks (Video | 0 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | LKNCY.PK | 2020-05-20T21:57:03 | 2020-05-20T17:56:00 | S3 Analytics: Domestic Chinese Shorts up $390MM on Senate Bill | 4 | S3 Partners |
| Gaotu Techedu Inc (GOTU.N) | 0303.HK | 2023-10-08T05:30:32 | 2020-05-18T22:37:00 | China/HK Morning Notes - 19 May 2020 | 51 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2023-10-08T05:30:32 | 2020-05-18T17:02:00 | GSX Techedu - SELL (Muddled) | 5 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | | 2020-05-23T05:32:55 | 2020-05-18T04:00:00 | Themes Monitor: COVID-19: A review of our recent research #10 | 42 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | | 2020-05-18T06:17:00 | 2020-05-13T00:00:00 | China Equity Model Portfolio "UBS Evidence Lab inside: recalibrating risks" Liu | 30 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-05-15T05:51:43 | 2020-05-11T06:21:00 | GSX Techedu Inc.: Growth Momentum On Track | 14 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | | 2020-05-16T05:34:05 | 2020-05-11T04:00:00 | Themes Monitor: COVID-19: A review of our recent research #9 | 40 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2020-05-16T05:34:00 | 2020-05-11T04:00:00 | Asian Daily: China K12 Tutoring Sector - Online education is better positioned as regulation limits offline recovery | 6 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2020-05-24T05:36:41 | 2020-05-10T22:42:00 | Quick Note - China Education - Limited impact from MoE's negative list | 9 | Nomura |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2020-05-24T05:36:41 | 2020-05-10T22:40:00 | GSX Techedu (GSX US)(Neutral) - A balance between growth and profitability | 13 | Nomura |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-05-08T00:24:22 | 2020-05-08T08:24:00 | GSX 1Q20 Earnings Recap | 5 | 86Research Limited |
| Gaotu Techedu Inc (GOTU.N) | | 2020-05-13T05:35:54 | 2020-05-08T04:00:00 | China Internet Sector - Weekly news | 5 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-05-10T05:31:03 | 2020-05-07T06:48:00 | GSX Techedu: Strong 1Q20 results; announced shares buyback scheme; Buy | 12 | Deutsche Bank |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-05-12T05:36:11 | 2020-05-07T04:00:00 | Asian Daily: China - GSX Techedu Inc.: Upbeat results and near-term cost pressure . Maintain OUTPERFORM | 5 | Credit Suisse |

| Company Name | Ticker | Availability Date | Date | Title | Pages | Contributors |
|---|---|---|---|---|---|---|
| Gaotu Techedu Inc (GOTU.N) | | 2020-05-12T06:01:22 | 2020-05-07T00:00:00 | China Education Sector "UBS Evidence Lab inside: which company retained ..." | 16 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-05-12T06:01:13 | 2020-05-07T00:00:00 | First Read: GSX Techedu "Q1 beat on top and bottom lines, but rising ..." | 11 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | 0868.HK | 2023-10-08T05:30:36 | 2020-05-06T22:42:00 | China/HK Morning Notes - 07 May 2020 | 67 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | DAO.N | 2023-10-08T05:30:36 | 2020-05-06T22:19:00 | GSX Techedu - SELL (Resetting expectations) | 20 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-05-09T05:37:09 | 2020-05-06T18:58:00 | GSX Techedu : Beat-and-Raise? Raising numbers but staying Neutral | 13 | JPMorgan |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-05-20T05:42:49 | 2020-05-06T09:23:00 | Quick Note - GSX Techedu (GSX US)(Neutral) - Mixed 1Q20: revenue beat, core profit in-line | 7 | Nomura |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-05-06T00:38:58 | 2020-05-06T08:37:00 | GSX 1Q20 Earnings Preview | 5 | 86Research Limited |
| Gaotu Techedu Inc | GSX.N | 2020-05-06T08:00:00 | 2020-05-06T08:00:00 | GSX.N - Event Transcript of GSX Techedu Inc conference call, May 06, 2020 / 8:00AM ET | 12 | LSEG StreetEvents |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-05-09T05:38:10 | 2020-05-06T06:33:00 | GSX Techedu : First look at 1Q20: Strong across the board | 8 | JPMorgan |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-05-10T05:49:03 | 2020-05-06T06:21:00 | GSX: 1Q20 First Impression: Making Good on the Promise of Strong Growth Amid Covid-19 | 7 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2023-10-08T05:30:37 | 2020-05-06T05:33:00 | GSX Techedu (1Q20 results strong) | 4 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-05-06T09:10:09 | 2020-05-06T05:10:00 | GSX 1Q20 Earnings Report: Net Profit Surges 336.6% YoY | 3 | Red Pulse |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2020-05-18T05:52:15 | 2020-05-04T12:45:00 | Quick Note - China Education - K12 AST: Policy risk less of a concern in 2020 | 9 | Nomura |
| Gaotu Techedu Inc (GOTU.N) | | 2020-05-09T05:32:45 | 2020-05-04T04:00:00 | Themes Monitor: COVID-19: A review of our recent research #8 | 34 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | | 2020-05-03T05:44:02 | 2020-04-29T01:33:00 | China Internet: Internet Users Reaching 904mn, with 99.3% Mobile Penetration Rate | 14 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2020-05-12T05:43:31 | 2020-04-28T12:44:00 | China Education - Your questions, our answers | 12 | Nomura |
| Gaotu Techedu Inc (GOTU.N) | | 2020-05-03T05:34:25 | 2020-04-28T04:00:00 | Themes Monitor: COVID-19: A review of our recent research #7 | 38 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | | 2020-05-02T05:33:25 | 2020-04-27T04:00:00 | Global ESG Research: Thoughts on Themes for a post COVID world | 18 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | | 2020-05-02T05:42:19 | 2020-04-27T00:00:00 | First Read: China Education Sector "Ministry of Education recommended ..." | 13 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | TAL.N | 2020-05-05T05:42:32 | 2020-04-21T12:23:00 | Quick Note - China Education - Takeaways from call with online education expert | 8 | Nomura |
| Gaotu Techedu Inc (GOTU.N) | | 2020-04-25T05:30:34 | 2020-04-20T04:00:00 | Themes Monitor: COVID-19: A review of our recent research #6 | 48 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-04-21T05:36:15 | 2020-04-17T23:42:00 | GSX Techedu Inc.: 1Q Preview: Riding Industry Tailwinds | 15 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-04-17T09:29:41 | 2020-04-17T05:29:00 | GSX Firmly Denies Fraud Allegations from Citron Research | 4 | Red Pulse |
| Gaotu Techedu Inc (GOTU.N) | | 2020-04-22T05:30:45 | 2020-04-17T04:00:00 | China Internet Sector - Weekly News | 5 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-04-17T02:42:30 | 2020-04-17T02:42:00 | ValuEngine Rating and Forecast Report for GSX | 11 | ValuEngine, Inc. |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-04-21T05:41:17 | 2020-04-16T18:48:00 | Watchdog Report: GSX - Now with Critical / Key Audit Matters | 17 | Corporate Watchdog Reports |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2020-04-28T05:38:42 | 2020-04-14T18:09:00 | Anchor Report: China Education - Embracing the online boom | 121 | Nomura |
| Gaotu Techedu Inc (GOTU.N) | | 2020-04-19T05:30:39 | 2020-04-14T04:00:00 | Themes Monitor: COVID-19: A review of our recent research #5 | 43 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-04-18T05:30:39 | 2020-04-13T04:00:00 | GSX: GSX Techedu Inc. - Management responses to investor concerns | 5 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-04-16T05:30:10 | 2020-04-13T01:15:00 | GSX Techedu: Addressing market concerns; conference call key takeaways | 12 | Deutsche Bank |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-04-12T05:31:26 | 2020-04-09T16:39:00 | GSX Techedu : Takeaways from management call | 7 | JPMorgan |
| Gaotu Techedu Inc | GSX.N | 2020-04-16T13:08:26 | 2020-04-09T07:00:00 | GSX.N - Event Transcript of GSX Techedu Inc conference call, Apr. 09, 2020 / 7:00AM ET | 13 | LSEG StreetEvents |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2020-04-14T05:30:46 | 2020-04-09T04:00:00 | China K12 Tutoring Sector - Price hike indicates strong demand outweigh competition | 6 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | | 2020-04-12T05:32:19 | 2020-04-07T00:00:00 | Video: China's afterschool tutoring during COVID-19 – challenges & opportunities | 0 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | | 2020-04-11T05:30:40 | 2020-04-06T04:00:00 | Themes Monitor: COVID-19: A review of our recent research #4 | 46 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-04-08T05:34:57 | 2020-04-05T21:30:00 | GSX Techedu : Snippets from 20-F | 7 | JPMorgan |
| Gaotu Techedu Inc (GOTU.N) | LKNCY.PK | 2020-04-03T20:36:00 | 2020-04-03T16:35:00 | S3 Analytics: 30 Day HK\China Short Activity | 8 | S3 Partners |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2020-04-05T05:30:35 | 2020-03-31T04:00:00 | China Education Sector - The delay of Gaokao and dynamics on the school reopening schedule | 6 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-03-30T04:31:37 | 2020-03-30T04:30:00 | Genshuixue – Student Acquisition & Operational Strategies | 12 | Third Bridge |
| Gaotu Techedu Inc (GOTU.N) | | 2020-04-04T05:30:37 | 2020-03-30T04:00:00 | Themes Monitor: COVID-19: A review of our recent research #3 | 38 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | | 2020-04-01T05:35:07 | 2020-03-27T00:00:00 | China Equity Strategy "Shifting concerns from China's supply to world's demand" | 23 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | | 2020-03-31T05:45:18 | 2020-03-26T00:00:00 | China Education Sector "UBS Evidence Lab inside: education for protection, ..." | 17 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | | 2020-03-28T05:30:38 | 2020-03-23T04:00:00 | Themes Monitor: COVID-19 - A review of our recent research #2 | 33 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | COP.N | 2020-03-23T05:22:21 | 2020-03-22T16:28:00 | COVID-19 Impact on Canadian and US Public Equities Year to Date | 9 | Modelyze Investments |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2023-10-09T05:30:46 | 2020-03-18T03:42:00 | School of Thought (Education stands out) | 7 | CLSA |

| Company Name | Ticker | Availability Date | Date | Title | Pages | Contributors |
|---|---|---|---|---|---|---|
| Gaotu Techedu Inc (GOTU.N) | | 2020-03-22T05:40:07 | 2020-03-17T00:00:00 | UBS Evidence Lab inside: Why do we stay constructive on Chinese equities?(Video) | 0 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | | 2020-03-21T05:30:37 | 2020-03-16T04:00:00 | Themes Monitor: COVID 19 - A review of our recent research | 22 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | | 2020-03-21T05:38:38 | 2020-03-16T00:00:00 | China Education Sector "Quantifying COVID-19 impact on online and offline ..." | 25 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | 1797.HK | 2020-03-14T05:36:15 | 2020-03-11T14:05:00 | China Education : Online fever | 65 | JPMorgan |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2020-03-16T05:32:21 | 2020-03-11T04:00:00 | China Online Education Sector - Traffic peaked in early February with top 3 players gaining meaningful market shares | 6 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | | 2020-03-16T05:35:41 | 2020-03-11T00:00:00 | China Equity Model Portfolio "UBS Evidence Lab inside: Fine-tuning amid ..." | 37 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2020-03-14T05:30:40 | 2020-03-09T04:00:00 | China Online Education Sector - What makes a true leader when everyone seems to have a chance? | 7 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | | 2020-03-08T06:30:34 | 2020-03-03T05:00:00 | China Market Strategy: Work from home: A new secular trend; how to position | 26 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | APD.N | 2023-10-09T05:30:52 | 2020-02-27T22:44:00 | China/HK Morning Notes - 28 February 2020 | 158 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2020-02-28T06:06:08 | 2020-02-27T21:31:00 | China Reality Research (CRR Viral views: Edu: All about retention) | 18 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-03-01T06:30:11 | 2020-02-27T19:36:00 | China Education: K-12 AST boom goes from strength to strength; Top picks: TAL & GSX | 94 | Deutsche Bank |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-03-02T06:31:57 | 2020-02-26T05:00:00 | GSX: GSX Techedu Inc. - The short-seller report is too weak to be influential | 6 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | | 2020-03-02T06:36:30 | 2020-02-26T00:00:00 | China Education Sector "UBS Evidence Lab inside: quantifying COVID-19 ..." | 16 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-03-01T06:30:44 | 2020-02-25T05:00:00 | GSX: GSX Techedu Inc. - Key takeaways from the conference call with CFO | 5 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | | 2020-02-29T06:32:42 | 2020-02-24T00:00:00 | China Equity Strategy "Expert calls: seven hypotheses on potential ..." | 23 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | ATHM.N | 2020-02-26T06:30:53 | 2020-02-21T05:00:00 | China Internet Sector - Weekly News | 7 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-02-20T01:41:36 | 2020-02-20T09:39:00 | GSX 4Q19 Earnings Recap | 5 | 86Research Limited |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2023-10-09T05:30:55 | 2020-02-20T02:34:00 | School of Thought (Virus hits Chinese international edu) | 5 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-02-24T06:35:01 | 2020-02-20T02:16:00 | GSX Techedu Inc.: 4Q19 Review: Benefiting from Focus | 14 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | | 2020-02-25T06:37:26 | 2020-02-20T00:00:00 | China Education Sector "Expert call takeaways: An in-depth discussion on ..." | 14 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | 600258.SS | 2023-10-09T05:30:55 | 2020-02-19T23:30:00 | China/HK Morning Notes - 20 February 2020 | 110 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2023-10-09T05:30:55 | 2020-02-19T19:07:00 | GSX Techedu - O-PF (Star online player) | 15 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-02-26T06:35:53 | 2020-02-19T07:45:00 | GSX education-Excellent 4Q results-02/19/2020 | 8 | China Merchants Securities(HK) Co., LTD |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-02-24T06:32:23 | 2020-02-19T05:00:00 | Asian Daily: China - GSX Techedu Inc.: Strong 4Q19 results and more confidence in fighting the tough battle ahead. Maintain OUTPERFORM | 5 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2023-10-09T05:30:55 | 2020-02-19T02:23:00 | School of Thought (Will online stick after the virus?) | 5 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | 601628.SS | 2023-10-09T05:30:55 | 2020-02-18T22:59:00 | China/HK Morning Notes - 19 February 2020 | 56 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | 601628.SS | 2020-02-18T22:52:51 | 2020-02-18T22:47:00 | China/HK Morning Notes - 19 February 2020 | 27 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2023-10-09T05:30:55 | 2020-02-18T17:37:00 | GSX Techedu (4Q19 results) | 4 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-02-22T06:31:42 | 2020-02-18T12:46:00 | GSX 4Q19 First Impressions: Another Solid Quarter; Strong Guidance Boding Well for 2020 | 7 | Barclays |
| Gaotu Techedu Inc | GSX.N | 2020-02-26T03:41:31 | 2020-02-18T08:00:00 | GSX.N - Event Transcript of GSX Techedu Inc conference call, Feb. 18, 2020 / 8:00AM ET | 12 | LSEG StreetEvents |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-02-21T06:32:08 | 2020-02-18T07:13:00 | GSX Techedu : First-look at 4Q19: Strong top-line growth, again | 8 | JPMorgan |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-02-23T06:31:10 | 2020-02-18T05:00:00 | GSX: GSX Techedu Inc. - Quick take: Strong 4Q19 results and 1Q20 guidance looks conservative to us | 5 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-02-23T06:37:08 | 2020-02-18T00:00:00 | First Read: GSX Techedu "Stronger top line and investment gain drove ..." | 10 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2020-02-22T06:30:38 | 2020-02-17T05:00:00 | China Online Education Sector - Marketing feedback: the tide is turning but who will be the ultimate winners? | 7 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | 9961.HK | 2020-02-13T19:36:28 | 2020-02-13T14:23:00 | S3 Analytics: U.S. Based China Shares Shorted Activity | 5 | S3 Partners |
| Gaotu Techedu Inc (GOTU.N) | | 2020-02-18T06:33:22 | 2020-02-13T00:00:00 | First Read: China Education Sector "Coronavirus impact take 3: spring ..." | 11 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-02-12T01:41:10 | 2020-02-12T09:38:00 | GSX Techedu Inc. (GSX), Youdao, Inc. (DAO): Downgrading to SELL on Structural Challenges; Full Valuation | 6 | 86Research Limited |
| Gaotu Techedu Inc (GOTU.N) | | 2020-02-17T06:36:07 | 2020-02-12T00:00:00 | China Education Sector "UBS Evidence Lab inside: Which is the best ..." | 17 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-02-16T06:30:49 | 2020-02-11T05:00:00 | Asian Daily: China Online Education Sector - Our channel check suggests limited near-term benefit from free live classes | 6 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | | 2020-02-12T06:34:02 | 2020-02-07T00:00:00 | China Equity Model Portfolio "What's next after the swift rebound?" Liu | 28 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | | 2020-02-05T06:37:19 | 2020-01-31T00:00:00 | First Read: China Education Sector "Further update on Wuhan pneumonia's ..." | 12 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-02-04T06:30:46 | 2020-01-30T05:00:00 | Asian Daily: China K12 Tutoring Sector - Risks and opportunities in the shift of classes from offline to online due to the virus outbreak | 6 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | | 2020-02-01T06:34:06 | 2020-01-28T03:08:00 | What We Learned from the 2002/03 SARS Impact | 7 | Barclays |
| Hyundai Motor Co (005380.KS) | | 2020-01-29T06:30:34 | 2020-01-24T05:00:00 | Credit Suisse Weekly: Key Ideas 20 - 24 January 2020 | 22 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | | 2020-01-28T06:38:31 | 2020-01-23T00:00:00 | First Read: China Education Sector "How will Wuhan pneumonia impact ..." | 12 | UBS Equities |

| Company Name | Ticker | Availability Date | Date | Title | Pages | Contributors |
|---|---|---|---|---|---|---|
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-01-26T06:30:36 | 2020-01-21T05:00:00 | Asian Daily: China - GSX Techedu Inc.: 4Q19 preview: Another strong quarter; tailwinds from less face-to-face education post Wuhan virus outbreak in 2020. Maintain OUTPERFORM | 5 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-01-16T02:42:25 | 2020-01-16T02:42:00 | ValuEngine Rating and Forecast Report for GSX | 11 | ValuEngine, Inc. |
| Gaotu Techedu Inc (GOTU.N) | | 2020-01-20T06:36:26 | 2020-01-15T00:00:00 | China Education Sector "UBS Evidence Lab inside: demystifying lower-tier ..." | 39 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2020-01-20T06:36:26 | 2020-01-15T00:00:00 | GSX Techedu "A Cinderella story" (Buy)  Liu | 33 | UBS Equities |
| Gaotu Techedu Inc (GOTU.N) | | 2020-01-11T06:31:38 | 2020-01-07T01:41:00 | State Of China Internet | 7 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | 9618.HK | 2020-01-11T06:30:31 | 2020-01-06T05:00:00 | Asian Daily: China Internet Sector - New report: 2020 outlook-momentum rolls into the new year | 18 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | DAO.N | 2019-12-18T06:30:41 | 2019-12-13T05:00:00 | DAO: Youdao, Inc - A massive user base with huge monetisation potential | 25 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2023-10-12T05:30:41 | 2019-11-25T21:33:00 | China Education (Transfer coverage of education stocks) | 4 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-11-22T06:31:46 | 2019-11-19T08:40:00 | GSX Techedu : Pre-IPO investors to offer 15m ADS (6.4% of total), under 'early lock-up release' | 6 | JPMorgan |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-11-13T06:30:54 | 2019-11-08T05:00:00 | GSX: GSX Techedu Inc. - 2019 CIC Live takeaways | 5 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | 3690.HK | 2019-11-13T06:30:54 | 2019-11-08T05:00:00 | China Internet Sector - China Internet Weekly News | 9 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-11-07T01:24:55 | 2019-11-07T09:24:00 | GSX 3Q19 Earnings Recap | 5 | 86Research Limited |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-11-10T06:32:13 | 2019-11-06T12:25:00 | GSX Techedu Inc.: 3Q Review: Continues Defying Gravity | 12 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-11-13T06:35:45 | 2019-11-06T02:26:00 | GSX education-GSX 3Q19 face growth but faster spending-11/06/2019 | 7 | China Merchants Securities(HK) Co., LTD |
| Gaotu Techedu Inc (GOTU.N) | 601857.SS | 2023-10-13T05:30:32 | 2019-11-05T22:58:00 | China/HK Morning Notes - 06 November 2019 | 75 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-11-08T06:33:36 | 2019-11-05T17:26:00 | GSX Techedu : Some more upside, but probably not enough to put fresh money; staying Neutral | 12 | JPMorgan |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2023-10-13T05:30:32 | 2019-11-05T16:59:00 | GSX Techedu - BUY (Strong momentum) | 11 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-11-09T06:32:00 | 2019-11-05T12:30:00 | GSX 3Q First Read: Strong Beat; Solid Gross Billing Bodes Well for 4Q Revs & Margin | 7 | Barclays |
| Gaotu Techedu Inc | GSX.N | 2019-11-09T22:45:54 | 2019-11-05T08:00:00 | GSX.N - Event Transcript of GSX Techedu Inc conference call, Nov. 05, 2019 / 8:00AM ET | 11 | LSEG StreetEvents |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-11-08T06:33:43 | 2019-11-05T07:03:00 | GSX Techedu : First-look at 3Q19: Solid results, Strong guidance | 8 | JPMorgan |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-11-10T06:30:38 | 2019-11-05T05:00:00 | Asian Daily: China - GSX Techedu Inc.: Strong results and healthy business trends. Maintain OUTPERFORM | 5 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-11-10T06:30:48 | 2019-11-05T05:00:00 | GSX: GSX Techedu Inc. - Quick take: Strong 3Q19 results and 4Q19 guidance demonstrate high efficiency | 5 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-11-04T06:32:15 | 2019-10-30T04:00:00 | Asian Daily: China - GSX Techedu Inc.: 3Q19 preview: Strong gross billings growth, yet we expect more marketing spending in 2020. Maintain OUTPERFORM | 5 | Credit Suisse |

Research: Security Headlines

Criteria: [Companies/Portfolio: Gaotu Techedu Inc]; [Date: 06-Jun-2019 To 20-Oct-2020]
Overall: 41 headlines

| Company Name | Ticker | Availability Date | Date | Title | Pages | Contributors |
|---|---|---|---|---|---|---|
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-11-02T05:35:18 | 2019-10-29T22:52:00 | GSX Techedu Inc.: 2H19 Profits and Growth Outlook Intact on Escalating Competition | 11 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | | 2019-10-22T05:33:26 | 2019-10-18T10:30:00 | Future in Focus: News & Views | 8 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | | 2019-10-20T05:31:13 | 2019-10-17T12:01:00 | China Education : What's Better Than Learning? | 114 | JPMorgan |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-10-20T05:31:13 | 2019-10-17T11:49:00 | GSX : Make or Break? Tough to Call at This Point; Initiate at Neutral | 21 | JPMorgan |
| Gaotu Techedu Inc (GOTU.N) | | 2019-10-19T05:31:42 | 2019-10-15T04:00:00 | Sustainable & Thematic Investing : Education Technology 3Q19: Enough to pass | 17 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-10-15T02:42:37 | 2019-10-15T02:42:00 | ValuEngine Rating and Forecast Report for GSX | 11 | ValuEngine, Inc. |
| Gaotu Techedu Inc (GOTU.N) | RTE.AX | 2019-10-11T03:42:23 | 2019-10-11T00:27:00 | Fast-growing EdTech play | 39 | Pitt Street Research |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-10-05T05:30:36 | 2019-09-30T04:00:00 | China K12 Tutoring Sector - Quick take: National guidance to promote online education; Guangdong removed teaching qualification requirement for teaching assistants | 6 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-09-17T05:31:53 | 2019-09-13T10:46:00 | Future in Focus: News & Views | 8 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-09-12T05:32:20 | 2019-09-08T15:46:00 | GSX NDR Takeaways | 6 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | 1317.HK | 2019-09-08T05:30:32 | 2019-09-03T04:00:00 | China Education Sector - CPPCC suggests to ban VIE in education and we view material risk is within non-profit schools in the K9 stage | 7 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | AAPL.OQ | 2019-09-07T05:30:36 | 2019-09-02T04:00:00 | China Online K12 Tutoring Industry - We expect Apple to limit iOS tutoring apps' payment channel but allow customers to buy course on other platforms | 6 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2019-09-03T05:30:34 | 2019-08-29T04:00:00 | China K12 tutoring industry - Central government supports online education for education equality | 6 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | BZUN.OQ | 2019-09-01T05:30:30 | 2019-08-27T04:00:00 | Asian Daily: China Internet Sector - Key takeaways from Credit Suisse Internet Conference: Day 2 | 7 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-08-31T05:31:35 | 2019-08-27T00:43:00 | GSX Techedu Inc.: Solid Gross Billing Bodes Well for 2H Revenue; Competition Heating Up | 13 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-08-26T00:58:35 | 2019-08-26T08:58:00 | GSX 2Q19 Earnings Recap | 5 | 86Research Limited |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-08-28T05:30:43 | 2019-08-23T04:00:00 | Asian Daily: China - GSX Techedu Inc.: Superior execution amid intense competition. Maintain OUTPERFORM | 5 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | 1044.HK | 2023-10-14T05:30:29 | 2019-08-22T22:41:00 | China/HK Morning Notes - 23 August 2019 | 208 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | 9901.HK | 2023-10-14T05:30:29 | 2019-08-22T17:42:00 | GSX Techedu - BUY (Strong start) | 11 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-08-26T05:34:49 | 2019-08-22T11:32:00 | GSX 2Q19 First Impressions: A Great Quarter Post IPO | 7 | Barclays |
| Gaotu Techedu Inc | GSX.N | 2019-08-29T07:19:20 | 2019-08-22T08:00:00 | GSX.N - Event Transcript of GSX Techedu Inc conference call, Aug. 22, 2019 / 8:00AM ET | 14 | LSEG StreetEvents |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-08-27T06:53:27 | 2019-08-22T04:00:00 | GSX: GSX Techedu Inc. - Quick take: Strong 2Q19 results and 3Q19 guidance suggest better FY19 outlook | 5 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | 035420.KS | 2023-10-14T05:30:31 | 2019-08-16T03:20:00 | Bits & pieces (On one hand) | 33 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2023-10-14T05:30:34 | 2019-08-08T22:47:00 | China/HK Morning Notes - 09 August 2019 | 187 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2023-10-14T05:30:34 | 2019-08-08T20:05:00 | GSX Techedu - BUY (The visionary) | 36 | CLSA |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-08-07T00:52:26 | 2019-08-07T08:51:00 | 86DeepDive: Initiating Coverage on GSX: Riding the Explosive Growth in China's Online K-12 AST Market; HOLD; PT$12 Per Share | 43 | 86Research Limited |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-08-01T05:33:06 | 2019-07-28T23:24:00 | GSX Techedu Inc.: 2Q Preview: Expecting Solid Gross Billing; Regulation Concerns Eased | 12 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | | 2019-07-23T05:32:07 | 2019-07-19T10:44:00 | Future in Focus: News & Views | 6 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | | 2019-07-22T05:32:27 | 2019-07-17T04:00:00 | Credit Suisse Asia Pacific Technology Daily: Top Stories and Ideas | 27 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | | 2019-07-22T05:32:26 | 2019-07-17T04:00:00 | Asian Daily: China Internet Sector - New report: Picking winners amidst a demographic shift | 5 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | 0700.HK | 2019-11-28T04:30:17 | 2019-07-17T04:00:00 | China Internet Sector: Picking winners amidst a demographic shift | 146 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | | 2019-07-20T05:31:41 | 2019-07-16T04:00:00 | Sustainable & Thematic Investing: Education Technology: IPOs, M&A and AI drive 2Q19 momentum | 16 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2019-07-20T05:30:30 | 2019-07-15T04:00:00 | Asian Daily: China K12 Tutoring Sector - National regulation overhang removed for online K12 tutoring sector | 6 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-07-20T05:30:38 | 2019-07-15T04:00:00 | China K12 Tutoring Industry - National regulation overhang removed for online K12 tutoring industry | 6 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | EDU.N | 2019-07-15T05:32:22 | 2019-07-10T04:00:00 | Asian Daily: China K12 Education Sector - New policy is not really new and we believe the demand for tutoring is resilient | 6 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-07-09T05:33:20 | 2019-07-05T10:30:00 | Future in Focus: News & Views | 8 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | | 2019-07-10T05:30:29 | 2019-07-05T04:00:00 | Credit Suisse Weekly: Key Ideas of the Week 1 - 5 July 2019 | 22 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-07-05T05:31:43 | 2019-07-01T07:01:00 | GSX Techedu Inc.: A Pure Internet Play on Education | 32 | Barclays |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-07-06T05:30:31 | 2019-07-01T04:00:00 | Asian Daily: China - GSX Techedu Inc.: New report: Maximising the impact of top teachers with technology . OUTPERFORM | 4 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-07-06T05:30:28 | 2019-07-01T04:00:00 | GSX.N: GSX Techedu Inc. - Maximising the impact of top teachers with technology | 28 | Credit Suisse |
| Gaotu Techedu Inc (GOTU.N) | GOTU.N | 2019-06-10T09:28:24 | 2019-06-10T05:24:00 | GSX Techedu Debuts on NYSE, Market Cap Reaching USD2.4bn | 1 | Red Pulse |