# EXHIBIT 6

## GSX Techedu (GOTU)

**Regression Model Output - Equal Weight**

| Regression Statistics | |
|---|---|
| R-Square | 0.1362 |
| Adjusted R-Square | 0.1225 |
| Standard Error | 0.04367 |
| Observations | 192 |
| Durbin-Watson | 1.794 |

| ANOVA | df | SS | MS | F | Significance F |
|---|---|---|---|---|---|
| Regression | 3 | 0.057 | 0.019 | 9.885 | 0.000 |
| Residual | 188 | 0.359 | 0.002 | | |
| Total | 191 | 0.415 | | | |

| | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% |
|---|---|---|---|---|---|---|
| Intercept | 0.008 | 0.003 | 2.555 | 0.011 | 0.002 | 0.014 |
| S&P 500 Index | 0.576 | 0.146 | 3.944 | 0.000 | 0.288 | 0.865 |
| S&P/BNY Mellon China Select ADR Index | 0.535 | 0.281 | 1.902 | 0.059 | -0.020 | 1.090 |
| Industry Index | 0.441 | 0.136 | 3.237 | 0.001 | 0.172 | 0.711 |

Regression period:  7/1/2019 - 4/2/2020

Industry Index comprised of: China Online Education Group, New Oriental Education & Technology Group Inc, OneSmart International Education Group Ltd, TAL Education Group, and Youdao Inc.

Expected GSX Return = 0.00805 + (0.57641 * Market Return) + (0.53504 * BKTCN Residual Return) + (0.44148 * Industry Residual Return)

## GSX Techedu (GOTU)

**Actual vs. Predicted Returns**

Control Period: 7/1/2019 - 4/2/2020

| Date | Closing Price | Volume | Actual Return | Market Return | BKTCN Return | Industry Return | Company-Specific Return | t-Stat | Confidence Level | Statistically Significant at 95% Level |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/6/2019 | $10.48 | 13,675,814 | 0.00% | 0.64% | -0.36% | 0.49% | -1.20% | -0.275 | 21.66% | |
| 6/7/2019 | $10.00 | 3,697,416 | -4.58% | 1.06% | 0.91% | 0.36% | -6.64% | -1.521 | 87.00% | 0.00% |
| 6/10/2019 | $9.55 | 903,652 | -4.50% | 0.47% | 1.28% | 0.00% | -6.26% | -1.434 | 84.67% | |
| 6/11/2019 | $9.52 | 401,136 | -0.31% | -0.03% | 1.41% | 0.38% | -2.03% | -0.464 | 35.70% | 0.00% |
| 6/12/2019 | $9.57 | 233,071 | 0.53% | -0.20% | -1.66% | 0.75% | 0.39% | 0.090 | 7.19% | |
| 6/13/2019 | $9.56 | 227,127 | -0.10% | 0.44% | 0.02% | -1.84% | -0.36% | -0.082 | 6.55% | 0.00% |
| 6/14/2019 | $9.50 | 1,167,035 | -0.63% | -0.15% | -1.24% | 0.50% | -0.90% | -0.207 | 16.35% | |
| 6/17/2019 | $9.45 | 163,636 | -0.53% | 0.09% | 0.28% | -0.23% | -1.43% | -0.327 | 25.63% | 0.00% |
| 6/18/2019 | $9.41 | 723,887 | -0.42% | 0.97% | 2.29% | -2.83% | -1.76% | -0.404 | 31.34% | |
| 6/19/2019 | $9.35 | 93,875 | -0.64% | 0.30% | 0.12% | 1.75% | -2.45% | -0.562 | 42.51% | 0.00% |
| 6/20/2019 | $9.37 | 424,425 | 0.21% | 0.96% | 1.07% | -2.36% | -0.67% | -0.154 | 12.26% | |
| 6/21/2019 | $9.60 | 499,448 | 2.45% | -0.12% | -0.58% | 0.97% | 1.60% | 0.366 | 28.53% | |
| 6/24/2019 | $9.36 | 90,602 | -2.50% | -0.17% | -0.26% | 0.18% | -3.14% | -0.720 | 52.74% | |
| 6/25/2019 | $9.40 | 325,385 | 0.43% | -0.95% | -1.03% | -0.35% | 0.87% | 0.200 | 15.79% | 0.00% |
| 6/26/2019 | $9.42 | 533,580 | 0.21% | -0.12% | 2.11% | 0.93% | -2.06% | -0.472 | 36.28% | |
| 6/27/2019 | $10.01 | 576,329 | 6.26% | 0.40% | 0.68% | 0.51% | 4.64% | 1.062 | 71.03% | |
| 6/28/2019 | $10.79 | 1,569,438 | 7.79% | 0.58% | -0.84% | 0.99% | 6.66% | 1.526 | 87.13% | |
| 7/1/2019 | $9.92 | 1,594,160 | -8.06% | 0.77% | 1.58% | -1.56% | -9.46% | -2.167 | 96.85% | *** |
| 7/2/2019 | $10.15 | 555,117 | 2.32% | 0.30% | -0.10% | 0.07% | 1.36% | 0.312 | 24.46% | |
| 7/3/2019 | $10.50 | 420,578 | 3.45% | 0.79% | -0.80% | -1.04% | 3.07% | 0.703 | 51.71% | 0.00% |
| 7/5/2019 | $10.60 | 1,051,760 | 0.95% | -0.17% | -0.81% | -0.22% | 0.77% | 0.177 | 14.05% | |
| 7/8/2019 | $9.57 | 1,200,145 | -9.72% | -0.48% | -1.74% | -2.41% | -8.25% | -1.889 | 93.96% | 0.00% |
| 7/9/2019 | $9.51 | 746,178 | -0.63% | 0.15% | 0.38% | 0.67% | -2.02% | -0.462 | 35.55% | |
| 7/10/2019 | $9.07 | 1,774,851 | -4.63% | 0.45% | -0.86% | -1.52% | -4.56% | -1.043 | 70.19% | |
| 7/11/2019 | $9.07 | 860,333 | 0.00% | 0.23% | -0.49% | 0.23% | -0.78% | -0.177 | 14.07% | |
| 7/12/2019 | $9.12 | 331,444 | 0.55% | 0.47% | -0.04% | 1.25% | -1.06% | -0.242 | 19.10% | |
| 7/15/2019 | $9.58 | 358,147 | 5.04% | 0.02% | 0.96% | -0.78% | 4.06% | 0.929 | 64.58% | |
| 7/16/2019 | $10.12 | 1,588,916 | 5.64% | -0.34% | -0.17% | -0.27% | 5.23% | 1.198 | 76.75% | 0.00% |
| 7/17/2019 | $10.40 | 843,771 | 2.77% | -0.65% | -0.15% | -0.76% | 2.75% | 0.630 | 47.04% | |
| 7/18/2019 | $10.06 | 613,757 | -3.27% | 0.37% | -0.62% | -1.01% | -3.51% | -0.804 | 57.77% | 0.00% |
| 7/19/2019 | $10.34 | 59,074 | 2.78% | -0.61% | 0.67% | 0.12% | 1.92% | 0.440 | 33.94% | |
| 7/22/2019 | $10.82 | 178,973 | 4.64% | 0.29% | -0.50% | 0.55% | 3.69% | 0.846 | 60.12% | |
| 7/23/2019 | $11.27 | 241,176 | 4.16% | 0.69% | 1.54% | -0.21% | 2.22% | 0.509 | 38.86% | |
| 7/24/2019 | $11.88 | 450,016 | 5.41% | 0.47% | -0.36% | -0.50% | 4.75% | 1.087 | 72.15% | 0.00% |
| 7/25/2019 | $12.74 | 1,863,417 | 7.24% | -0.53% | -0.80% | -3.22% | 8.59% | 1.966 | 94.93% | *** |
| 7/26/2019 | $13.00 | 1,420,685 | 2.04% | 0.74% | -0.78% | -3.55% | 2.79% | 0.640 | 47.69% | 0.00% |
| 7/29/2019 | $13.30 | 798,590 | 2.31% | -0.16% | -0.49% | 1.96% | 0.99% | 0.227 | 17.90% | |
| 7/30/2019 | $13.18 | 1,105,541 | -0.90% | -0.25% | -0.77% | -1.71% | -0.40% | -0.091 | 7.25% | 0.00% |
| 7/31/2019 | $12.95 | 953,938 | -1.75% | -1.09% | 0.01% | -0.98% | -1.50% | -0.343 | 26.78% | |
| 8/1/2019 | $12.90 | 960,246 | -0.39% | -0.89% | -2.18% | 4.19% | -1.36% | -0.311 | 24.42% | 0.00% |
| 8/2/2019 | $12.79 | 605,732 | -0.85% | -0.72% | -1.02% | 0.71% | -1.01% | -0.232 | 18.29% | |
| 8/5/2019 | $12.54 | 1,636,888 | -1.95% | -2.97% | -2.81% | 1.22% | -0.08% | -0.019 | 1.48% | 0.00% |
| 8/6/2019 | $12.60 | 884,099 | 0.48% | 1.31% | 0.29% | 0.13% | -1.29% | -0.296 | 23.26% | |
| 8/7/2019 | $13.15 | 436,003 | 4.37% | 0.08% | 0.02% | 1.05% | 3.04% | 0.696 | 51.29% | 0.00% |
| 8/8/2019 | $13.28 | 817,108 | 0.99% | 1.90% | 0.65% | 0.40% | -1.44% | -0.329 | 25.72% | |
| 8/9/2019 | $13.36 | 344,092 | 0.60% | -0.65% | -0.52% | -0.06% | 0.48% | 0.109 | 8.67% | 0.00% |
| 8/12/2019 | $14.67 | 1,959,141 | 9.81% | -1.18% | -0.42% | 0.15% | 9.84% | 2.252 | 97.46% | *** |
| 8/13/2019 | $14.24 | 2,046,963 | -2.93% | 1.48% | 1.86% | -2.07% | -4.67% | -1.070 | 71.40% | 0.00% |
| 8/14/2019 | $13.40 | 655,066 | -5.90% | -2.90% | -0.25% | -1.77% | -4.12% | -0.943 | 65.32% | |
| 8/15/2019 | $13.39 | 1,295,526 | -0.07% | 0.27% | 1.62% | -0.83% | -1.53% | -0.351 | 27.41% | |
| 8/16/2019 | $13.45 | 1,005,587 | 0.45% | 1.46% | 1.54% | -1.99% | -1.14% | -0.261 | 20.58% | |
| 8/19/2019 | $13.94 | 1,993,389 | 3.64% | 1.22% | 1.48% | -0.36% | 1.50% | 0.344 | 26.89% | 0.00% |
| 8/20/2019 | $14.65 | 2,368,351 | 5.09% | -0.78% | 0.41% | -1.72% | 5.28% | 1.208 | 77.16% | |
| 8/21/2019 | $16.00 | 3,764,767 | 9.22% | 0.83% | -0.62% | -2.14% | 9.21% | 2.109 | 96.37% | *** |
| 8/22/2019 | $14.61 | 3,391,825 | -8.69% | -0.05% | -1.80% | 1.24% | -9.05% | -2.072 | 96.04% | *** |
| 8/23/2019 | $13.57 | 5,154,625 | -7.12% | -2.59% | -0.58% | 0.08% | -6.16% | -1.410 | 83.97% | 0.00% |
| 8/26/2019 | $12.80 | 1,112,840 | -5.67% | 1.11% | 0.17% | 0.18% | -7.29% | -1.669 | 90.32% | |
| 8/27/2019 | $12.78 | 2,679,118 | -0.16% | -0.32% | 0.38% | 0.65% | -1.27% | -0.290 | 22.80% | 0.00% |
| 8/28/2019 | $13.73 | 3,164,934 | 7.43% | 0.66% | 0.19% | -0.50% | 6.37% | 1.458 | 85.36% | |
| 8/29/2019 | $13.64 | 1,204,945 | -0.66% | 1.29% | 0.74% | -3.42% | -1.09% | -0.250 | 19.70% | 0.00% |

## GSX Techedu (GOTU)

**Actual vs. Predicted Returns**

Control Period: 7/1/2019 - 4/2/2020

| Date | Closing Price | Volume | Actual Return | Market Return | BKTCN Return | Industry Return | Company-Specific Return | t-Stat | Confidence Level | Statistically Significant at 95% Level |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/30/2019 | $14.32 | 3,781,270 | 4.99% | 0.08% | 0.32% | -0.56% | 4.21% | 0.964 | 66.37% | |
| 9/3/2019 | $13.75 | 1,321,170 | -3.98% | -0.68% | -0.78% | -3.58% | -2.40% | -0.549 | 41.63% | 0.00% |
| 9/4/2019 | $13.09 | 697,106 | -4.80% | 1.09% | 0.58% | 3.20% | -7.96% | -1.823 | 93.01% | |
| 9/5/2019 | $12.82 | 681,129 | -2.06% | 1.32% | 0.87% | 6.31% | -6.89% | -1.577 | 88.35% | 0.00% |
| 9/6/2019 | $12.30 | 949,504 | -4.06% | 0.09% | -0.08% | 0.69% | -5.18% | -1.185 | 76.27% | |
| 9/9/2019 | $12.46 | 599,498 | 1.30% | 0.00% | 0.87% | -3.04% | 1.37% | 0.314 | 24.60% | 0.00% |
| 9/10/2019 | $12.83 | 818,316 | 2.97% | 0.04% | -0.35% | 0.20% | 2.24% | 0.513 | 39.13% | |
| 9/11/2019 | $12.93 | 1,353,750 | 0.78% | 0.73% | 0.83% | 4.54% | -2.90% | -0.663 | 49.19% | 0.00% |
| 9/12/2019 | $12.95 | 1,006,454 | 0.15% | 0.30% | 0.05% | 0.17% | -0.93% | -0.213 | 16.81% | |
| 9/13/2019 | $13.44 | 419,847 | 3.78% | -0.04% | 0.54% | -1.50% | 3.38% | 0.774 | 55.99% | 0.00% |
| 9/16/2019 | $13.60 | 431,632 | 1.19% | -0.31% | -0.23% | 1.33% | 0.10% | 0.023 | 1.82% | |
| 9/17/2019 | $13.70 | 309,360 | 0.74% | 0.26% | -0.44% | 1.74% | -0.75% | -0.172 | 13.61% | 0.00% |
| 9/18/2019 | $14.15 | 401,228 | 3.28% | 0.03% | -0.23% | -1.17% | 3.10% | 0.709 | 52.07% | |
| 9/19/2019 | $14.29 | 399,365 | 0.99% | 0.01% | -0.19% | 0.81% | -0.07% | -0.017 | 1.35% | 0.00% |
| 9/20/2019 | $14.59 | 432,141 | 2.10% | -0.48% | -0.17% | 0.92% | 1.26% | 0.288 | 22.66% | |
| 9/23/2019 | $14.59 | 318,766 | 0.00% | -0.01% | -1.48% | 0.10% | -0.05% | -0.012 | 0.97% | 0.00% |
| 9/24/2019 | $14.07 | 641,699 | -3.56% | -0.83% | -1.91% | 0.54% | -3.10% | -0.711 | 52.19% | |
| 9/25/2019 | $14.86 | 473,818 | 5.61% | 0.62% | 1.05% | -0.57% | 4.14% | 0.949 | 65.61% | 0.00% |
| 9/26/2019 | $14.75 | 400,733 | -0.74% | -0.24% | -0.62% | 0.36% | -1.24% | -0.283 | 22.25% | |
| 9/27/2019 | $15.02 | 2,156,563 | 1.83% | -0.52% | -3.11% | 0.71% | 2.67% | 0.612 | 45.86% | 0.00% |
| 9/30/2019 | $15.31 | 1,277,145 | 1.93% | 0.51% | 0.72% | 0.28% | 0.33% | 0.075 | 5.96% | |
| 10/1/2019 | $15.15 | 1,102,028 | -1.05% | -1.22% | 0.33% | -1.80% | -0.53% | -0.121 | 9.59% | 0.00% |
| 10/2/2019 | $14.08 | 725,043 | -7.06% | -1.79% | 1.08% | 0.19% | -7.50% | -1.717 | 91.23% | |
| 10/3/2019 | $14.11 | 676,381 | 0.21% | 0.82% | 1.45% | 1.19% | -2.37% | -0.542 | 41.17% | 0.00% |
| 10/4/2019 | $14.70 | 522,387 | 4.18% | 1.42% | -0.98% | 0.03% | 3.07% | 0.702 | 51.64% | |
| 10/7/2019 | $14.33 | 550,517 | -2.52% | -0.45% | -0.73% | 0.63% | -2.95% | -0.676 | 50.00% | 0.00% |
| 10/8/2019 | $13.88 | 1,395,381 | -3.14% | -1.55% | -1.43% | -0.29% | -2.16% | -0.494 | 37.78% | |
| 10/9/2019 | $14.49 | 273,162 | 4.39% | 0.94% | 0.39% | -2.75% | 4.05% | 0.928 | 64.54% | 0.00% |
| 10/10/2019 | $14.20 | 706,899 | -2.00% | 0.64% | 0.69% | -0.61% | -3.28% | -0.750 | 54.60% | |
| 10/11/2019 | $14.31 | 740,490 | 0.77% | 1.10% | 1.90% | -1.32% | -1.10% | -0.252 | 19.85% | 0.00% |
| 10/14/2019 | $14.31 | 643,293 | 0.00% | -0.14% | -0.42% | 0.43% | -0.69% | -0.158 | 12.55% | |
| 10/15/2019 | $14.01 | 392,153 | -2.10% | 1.00% | 0.79% | -0.66% | -3.61% | -0.826 | 59.03% | 0.00% |
| 10/16/2019 | $14.10 | 369,614 | 0.64% | -0.19% | 0.43% | -0.86% | 0.10% | 0.022 | 1.77% | |
| 10/17/2019 | $14.61 | 438,581 | 3.62% | 0.28% | -0.10% | 1.08% | 2.22% | 0.509 | 38.87% | |
| 10/18/2019 | $14.25 | 463,538 | -2.46% | -0.39% | -1.83% | -0.41% | -1.89% | -0.432 | 33.37% | |
| 10/21/2019 | $13.99 | 532,551 | -1.82% | 0.69% | 1.01% | 0.75% | -3.90% | -0.893 | 62.67% | 0.00% |
| 10/22/2019 | $14.25 | 587,568 | 1.86% | -0.35% | -1.08% | -1.70% | 2.59% | 0.593 | 44.58% | |
| 10/23/2019 | $14.33 | 324,387 | 0.56% | 0.29% | 0.02% | 0.63% | -0.70% | -0.160 | 12.72% | 0.00% |
| 10/24/2019 | $15.00 | 396,204 | 4.68% | 0.19% | 1.83% | 3.33% | 1.31% | 0.300 | 23.56% | |
| 10/25/2019 | $15.41 | 564,206 | 2.73% | 0.41% | 0.37% | -5.78% | 4.04% | 0.926 | 64.44% | 0.00% |
| 10/28/2019 | $15.10 | 560,914 | -2.01% | 0.56% | 0.83% | -2.56% | -2.45% | -0.561 | 42.44% | |
| 10/29/2019 | $15.39 | 771,301 | 1.92% | -0.08% | -1.08% | 3.48% | 0.20% | 0.046 | 3.69% | 0.00% |
| 10/30/2019 | $16.99 | 1,241,223 | 10.40% | 0.33% | -0.30% | 2.06% | 8.65% | 1.980 | 95.09% | *** |
| 10/31/2019 | $17.14 | 1,404,431 | 0.88% | -0.30% | -0.33% | -1.24% | 0.97% | 0.223 | 17.61% | 0.00% |
| 11/1/2019 | $16.29 | 1,110,215 | -4.96% | 0.98% | 1.01% | -0.90% | -6.47% | -1.481 | 85.97% | |
| 11/4/2019 | $16.22 | 972,692 | -0.43% | 0.37% | 1.93% | -2.66% | -1.31% | -0.300 | 23.52% | 0.00% |
| 11/5/2019 | $16.02 | 2,114,580 | -1.23% | -0.12% | 0.30% | 1.24% | -2.68% | -0.613 | 45.91% | |
| 11/6/2019 | $15.25 | 963,834 | -4.81% | 0.08% | -0.30% | -0.41% | -5.32% | -1.218 | 77.51% | 0.00% |
| 11/7/2019 | $14.94 | 559,521 | -2.03% | 0.32% | 1.90% | -1.32% | -3.46% | -0.792 | 57.07% | |
| 11/8/2019 | $15.31 | 428,597 | 2.48% | 0.27% | -0.19% | -0.51% | 1.84% | 0.421 | 32.61% | |
| 11/11/2019 | $15.04 | 1,289,241 | -1.76% | -0.20% | -0.98% | 0.14% | -1.99% | -0.457 | 35.15% | |
| 11/12/2019 | $15.09 | 689,769 | 0.33% | 0.16% | -0.49% | -0.74% | 0.02% | 0.005 | 0.41% | 0.00% |
| 11/13/2019 | $15.12 | 455,672 | 0.20% | 0.07% | -1.53% | 0.09% | 0.13% | 0.030 | 2.42% | |
| 11/14/2019 | $14.58 | 578,927 | -3.57% | 0.11% | -0.91% | -1.69% | -3.21% | -0.734 | 53.62% | 0.00% |
| 11/15/2019 | $14.91 | 702,934 | 2.26% | 0.79% | 0.22% | 0.25% | 0.77% | 0.177 | 14.01% | |
| 11/18/2019 | $16.75 | 1,837,608 | 12.34% | 0.05% | -0.76% | 0.54% | 11.68% | 2.673 | 99.18% | *** |
| 11/19/2019 | $15.50 | 1,467,341 | -7.46% | -0.05% | 0.10% | -0.17% | -8.22% | -1.882 | 93.86% | |
| 11/20/2019 | $14.57 | 1,436,386 | -6.00% | -0.36% | -1.64% | -0.34% | -5.57% | -1.276 | 79.64% | 0.00% |
| 11/21/2019 | $16.20 | 12,757,384 | 11.19% | -0.15% | 0.52% | -3.14% | 11.58% | 2.651 | 99.13% | *** |
| 11/22/2019 | $18.57 | 3,734,823 | 14.63% | 0.22% | 0.68% | 1.11% | 12.84% | 2.941 | 99.63% | *** |

## GSX Techedu (GOTU)

**Actual vs. Predicted Returns**

Control Period: 7/1/2019 - 4/2/2020

| Date | Closing Price | Volume | Actual Return | Market Return | BKTCN Return | Industry Return | Company-Specific Return | t-Stat | Confidence Level | Statistically Significant at 95% Level |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/25/2019 | $18.95 | 1,723,230 | 2.05% | 0.76% | 1.29% | -0.70% | 0.42% | 0.096 | 7.64% | |
| 11/26/2019 | $18.33 | 1,148,869 | -3.27% | 0.22% | 0.28% | 0.19% | -4.44% | -1.016 | 68.89% | 0.00% |
| 11/27/2019 | $17.58 | 2,985,443 | -4.09% | 0.43% | 0.68% | 0.04% | -5.52% | -1.265 | 79.25% | |
| 11/29/2019 | $17.59 | 778,297 | 0.06% | -0.38% | -1.37% | -0.34% | 0.35% | 0.081 | 6.41% | 0.00% |
| 12/2/2019 | $18.17 | 1,574,232 | 3.30% | -0.86% | -0.02% | 1.60% | 2.29% | 0.525 | 39.98% | |
| 12/3/2019 | $18.17 | 3,015,798 | 0.00% | -0.66% | -0.36% | -0.61% | 0.04% | 0.009 | 0.68% | 0.00% |
| 12/4/2019 | $18.57 | 1,266,013 | 2.20% | 0.64% | -0.81% | -0.88% | 1.85% | 0.422 | 32.68% | |
| 12/5/2019 | $19.04 | 3,915,660 | 2.53% | 0.18% | 1.32% | -0.94% | 1.33% | 0.305 | 23.91% | |
| 12/6/2019 | $19.63 | 1,625,726 | 3.10% | 0.92% | -0.08% | -0.54% | 2.05% | 0.469 | 36.03% | |
| 12/9/2019 | $19.69 | 2,009,639 | 0.31% | -0.31% | -0.45% | -0.65% | 0.20% | 0.047 | 3.74% | 0.00% |
| 12/10/2019 | $19.92 | 1,254,553 | 1.17% | -0.11% | 0.30% | -1.15% | 0.77% | 0.177 | 14.02% | |
| 12/11/2019 | $20.01 | 1,407,672 | 0.45% | 0.29% | 0.76% | -3.00% | 0.39% | 0.090 | 7.19% | 0.00% |
| 12/12/2019 | $19.80 | 2,524,064 | -1.05% | 0.87% | 0.45% | 0.87% | -2.98% | -0.683 | 50.43% | |
| 12/13/2019 | $20.49 | 2,675,888 | 3.48% | 0.02% | 0.17% | 1.68% | 1.83% | 0.420 | 32.48% | |
| 12/16/2019 | $20.40 | 1,302,738 | -0.44% | 0.72% | 0.61% | -2.44% | -0.91% | -0.208 | 16.46% | |
| 12/17/2019 | $20.65 | 841,821 | 1.23% | 0.03% | 0.79% | 1.43% | -0.66% | -0.150 | 11.92% | 0.00% |
| 12/18/2019 | $20.69 | 1,115,989 | 0.19% | -0.03% | 0.59% | 1.45% | -1.55% | -0.354 | 27.61% | |
| 12/19/2019 | $20.53 | 1,092,863 | -0.77% | 0.45% | -0.36% | -0.81% | -1.29% | -0.295 | 23.15% | |
| 12/20/2019 | $20.93 | 2,984,033 | 1.95% | 0.50% | 0.47% | 6.59% | -2.30% | -0.527 | 40.13% | |
| 12/23/2019 | $21.56 | 1,543,811 | 3.01% | 0.09% | 0.85% | -2.40% | 2.76% | 0.632 | 47.18% | 0.00% |
| 12/24/2019 | $21.98 | 459,120 | 1.95% | -0.01% | -0.25% | -0.10% | 1.33% | 0.304 | 23.85% | |
| 12/26/2019 | $22.03 | 767,433 | 0.23% | 0.52% | 0.30% | 0.50% | -1.26% | -0.289 | 22.73% | 0.00% |
| 12/27/2019 | $21.91 | 1,329,351 | -0.54% | 0.00% | -0.11% | -1.33% | -0.70% | -0.161 | 12.79% | |
| 12/30/2019 | $21.38 | 695,660 | -2.42% | -0.56% | -0.08% | -0.54% | -2.62% | -0.599 | 45.01% | |
| 12/31/2019 | $21.86 | 1,741,752 | 2.25% | 0.30% | -0.32% | 0.84% | 1.07% | 0.244 | 19.27% | |
| 1/2/2020 | $23.74 | 2,094,277 | 8.60% | 0.85% | 3.74% | 1.02% | 4.86% | 1.112 | 73.23% | 0.00% |
| 1/3/2020 | $23.43 | 925,026 | -1.31% | -0.70% | -0.67% | -0.72% | -1.03% | -0.237 | 18.69% | |
| 1/6/2020 | $23.75 | 1,144,276 | 1.37% | 0.35% | 0.03% | 0.68% | 0.04% | 0.009 | 0.73% | 0.00% |
| 1/7/2020 | $24.75 | 2,169,033 | 4.21% | -0.27% | 0.58% | 1.65% | 2.52% | 0.578 | 43.59% | |
| 1/8/2020 | $24.46 | 1,556,344 | -1.17% | 0.49% | -0.08% | -0.60% | -1.95% | -0.447 | 34.44% | 0.00% |
| 1/9/2020 | $25.26 | 1,801,371 | 3.27% | 0.69% | 0.99% | -0.28% | 1.66% | 0.380 | 29.56% | |
| 1/10/2020 | $26.84 | 1,788,887 | 6.25% | -0.29% | 0.06% | 0.41% | 5.40% | 1.237 | 78.23% | 0.00% |
| 1/13/2020 | $27.65 | 1,927,646 | 3.02% | 0.70% | 1.73% | 1.27% | 0.33% | 0.075 | 5.94% | |
| 1/14/2020 | $28.66 | 2,913,027 | 3.65% | -0.14% | -0.68% | 3.23% | 1.87% | 0.427 | 33.02% | |
| 1/15/2020 | $29.42 | 3,824,295 | 2.65% | 0.19% | -0.64% | 4.52% | 0.09% | 0.019 | 1.55% | |
| 1/16/2020 | $30.40 | 5,581,204 | 3.33% | 0.84% | -0.24% | -1.08% | 2.65% | 0.606 | 45.51% | 0.00% |
| 1/17/2020 | $32.91 | 3,165,713 | 8.26% | 0.39% | 0.08% | -2.57% | 8.32% | 1.905 | 94.17% | |
| 1/21/2020 | $34.61 | 3,830,219 | 5.17% | -0.26% | -2.07% | -0.33% | 5.77% | 1.320 | 81.17% | 0.00% |
| 1/22/2020 | $35.25 | 3,643,077 | 1.85% | 0.03% | -0.53% | 0.54% | 1.07% | 0.245 | 19.36% | |
| 1/23/2020 | $32.73 | 3,060,799 | -7.15% | 0.12% | -1.23% | -1.89% | -6.53% | -1.495 | 86.34% | 0.00% |
| 1/24/2020 | $31.22 | 2,565,682 | -4.61% | -0.90% | -1.80% | 0.14% | -4.00% | -0.915 | 63.86% | |
| 1/27/2020 | $34.28 | 3,382,033 | 9.80% | -1.57% | -1.61% | -0.30% | 10.90% | 2.495 | 98.66% | *** |
| 1/28/2020 | $35.12 | 2,681,658 | 2.45% | 1.01% | 1.15% | 0.94% | 0.04% | 0.008 | 0.65% | |
| 1/29/2020 | $37.23 | 2,694,614 | 6.01% | -0.08% | -0.02% | -0.97% | 5.69% | 1.303 | 80.58% | 0.00% |
| 1/30/2020 | $32.35 | 4,154,213 | -13.11% | 0.33% | -2.05% | -0.92% | -12.60% | -2.885 | 99.56% | *** |
| 1/31/2020 | $32.69 | 2,454,929 | 1.05% | -1.76% | -0.75% | 0.47% | 1.46% | 0.334 | 26.11% | 0.00% |
| 2/3/2020 | $35.05 | 3,412,161 | 7.22% | 0.73% | 2.10% | 0.39% | 4.70% | 1.077 | 71.70% | |
| 2/4/2020 | $38.55 | 6,456,866 | 9.99% | 1.50% | 2.00% | 1.00% | 6.81% | 1.558 | 87.92% | 0.00% |
| 2/5/2020 | $37.36 | 2,436,908 | -3.09% | 1.13% | -1.38% | -0.82% | -3.44% | -0.788 | 56.82% | |
| 2/6/2020 | $39.24 | 1,977,015 | 5.03% | 0.35% | 1.28% | 0.11% | 3.30% | 0.755 | 54.85% | 0.00% |
| 2/7/2020 | $39.92 | 2,346,981 | 1.73% | -0.52% | -0.96% | 10.37% | -2.84% | -0.650 | 48.38% | |
| 2/10/2020 | $41.74 | 2,527,800 | 4.56% | 0.75% | -0.15% | 12.41% | -2.08% | -0.475 | 36.48% | 0.00% |
| 2/11/2020 | $37.23 | 3,888,225 | -10.80% | 0.17% | 1.22% | -9.42% | -8.20% | -1.878 | 93.81% | |
| 2/12/2020 | $36.21 | 4,720,615 | -2.74% | 0.65% | 1.51% | 1.01% | -5.17% | -1.185 | 76.24% | 0.00% |
| 2/13/2020 | $36.96 | 2,483,702 | 2.07% | -0.13% | -1.13% | -1.75% | 2.72% | 0.622 | 46.54% | |
| 2/14/2020 | $34.50 | 2,600,590 | -6.66% | 0.20% | -0.52% | -0.56% | -7.05% | -1.614 | 89.18% | 0.00% |
| 2/18/2020 | $37.86 | 5,428,411 | 9.74% | -0.29% | -0.15% | 2.44% | 8.10% | 1.855 | 93.49% | |
| 2/19/2020 | $44.98 | 6,763,110 | 18.81% | 0.49% | 1.11% | 3.84% | 15.43% | 3.533 | 99.95% | *** |
| 2/20/2020 | $42.76 | 3,685,081 | -4.94% | -0.38% | -1.24% | 1.08% | -5.34% | -1.223 | 77.70% | |
| 2/21/2020 | $42.72 | 3,254,999 | -0.09% | -1.05% | -1.00% | -1.78% | 1.03% | 0.235 | 18.58% | 0.00% |

## GSX Techedu (GOTU)

**Actual vs. Predicted Returns**

Control Period: 7/1/2019 - 4/2/2020

| Date | Closing Price | Volume | Actual Return | Market Return | BKTCN Return | Industry Return | Company-Specific Return | t-Stat | Confidence Level | Statistically Significant at 95% Level |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/24/2020 | $45.42 | 3,940,084 | 6.32% | -3.34% | -0.83% | 4.10% | 6.07% | 1.390 | 83.39% | |
| 2/25/2020 | $44.09 | 6,853,068 | -2.93% | -3.03% | 0.96% | 5.28% | -4.83% | -1.106 | 73.00% | 0.00% |
| 2/26/2020 | $43.50 | 4,454,002 | -1.34% | -0.38% | 1.08% | 2.24% | -3.49% | -0.799 | 57.48% | |
| 2/27/2020 | $42.00 | 2,383,093 | -3.45% | -4.40% | 0.76% | -1.32% | -1.55% | -0.354 | 27.63% | 0.00% |
| 2/28/2020 | $40.55 | 3,196,419 | -3.45% | -0.81% | 0.58% | -4.40% | -2.16% | -0.494 | 37.83% | |
| 3/2/2020 | $41.14 | 3,084,396 | 1.45% | 4.61% | -0.66% | 1.43% | -2.29% | -0.523 | 39.87% | 0.00% |
| 3/3/2020 | $43.09 | 2,107,323 | 4.74% | -2.81% | 0.33% | 0.49% | 5.16% | 1.181 | 76.11% | |
| 3/4/2020 | $42.88 | 1,663,672 | -0.49% | 4.23% | -0.68% | -3.27% | -1.92% | -0.440 | 33.93% | 0.00% |
| 3/5/2020 | $42.50 | 1,038,379 | -0.89% | -3.37% | 2.24% | 1.07% | -1.42% | -0.324 | 25.40% | |
| 3/6/2020 | $41.74 | 1,804,388 | -1.79% | -1.70% | -1.98% | 0.74% | -0.88% | -0.201 | 15.92% | 0.00% |
| 3/9/2020 | $40.64 | 1,804,111 | -2.64% | -7.59% | 0.60% | 2.02% | -0.28% | -0.064 | 5.08% | |
| 3/10/2020 | $42.12 | 1,233,542 | 3.64% | 4.94% | 0.20% | 1.78% | -0.90% | -0.207 | 16.37% | 0.00% |
| 3/11/2020 | $42.07 | 1,457,928 | -0.12% | -4.88% | -0.09% | -1.59% | 2.64% | 0.605 | 45.41% | |
| 3/12/2020 | $37.51 | 2,423,324 | -10.84% | -9.49% | -0.87% | -3.21% | -4.29% | -0.982 | 67.25% | 0.00% |
| 3/13/2020 | $39.19 | 1,890,996 | 4.48% | 9.32% | -2.89% | -3.25% | 1.28% | 0.293 | 23.00% | |
| 3/16/2020 | $37.50 | 2,899,906 | -4.31% | -11.98% | -0.29% | -1.10% | 2.43% | 0.555 | 42.07% | 0.00% |
| 3/17/2020 | $42.00 | 3,252,704 | 12.00% | 6.00% | -0.27% | -0.19% | 7.96% | 1.824 | 93.02% | |
| 3/18/2020 | $40.10 | 1,794,890 | -4.52% | -5.18% | -1.54% | -2.06% | -0.61% | -0.139 | 11.04% | 0.00% |
| 3/19/2020 | $41.20 | 1,482,619 | 2.74% | 0.48% | 0.56% | 2.59% | 0.22% | 0.050 | 3.96% | |
| 3/20/2020 | $39.93 | 2,027,476 | -3.08% | -4.32% | 3.76% | 1.49% | -4.07% | -0.931 | 64.71% | 0.00% |
| 3/23/2020 | $37.88 | 2,803,093 | -5.13% | -2.93% | 2.13% | -3.58% | -3.81% | -0.873 | 61.61% | |
| 3/24/2020 | $39.38 | 1,438,366 | 3.96% | 9.39% | 0.10% | 3.10% | -3.68% | -0.843 | 59.98% | 0.00% |
| 3/25/2020 | $41.88 | 3,678,681 | 6.35% | 1.15% | 0.47% | 2.83% | 3.37% | 0.772 | 55.91% | |
| 3/26/2020 | $42.46 | 3,890,408 | 1.38% | 6.25% | -2.02% | -1.26% | -1.39% | -0.318 | 24.90% | |
| 3/27/2020 | $42.17 | 1,646,579 | -0.68% | -3.37% | -2.03% | 1.68% | 0.80% | 0.183 | 14.48% | |
| 3/30/2020 | $42.00 | 939,914 | -0.40% | 3.37% | -1.19% | -2.68% | -1.33% | -0.304 | 23.87% | 0.00% |
| 3/31/2020 | $42.36 | 1,504,721 | 0.86% | -1.59% | 2.93% | 1.25% | -1.15% | -0.264 | 20.77% | |
| 4/1/2020 | $41.34 | 2,085,514 | -2.41% | -4.41% | 0.67% | -0.31% | -0.89% | -0.205 | 16.19% | 0.00% |
| 4/2/2020 | $38.98 | 6,158,605 | -5.71% | 2.30% | 0.91% | -3.20% | -6.91% | -1.583 | 88.49% | |
| 4/3/2020 | $32.93 | 10,703,340 | -15.52% | -1.50% | 0.09% | 1.22% | -16.05% | -3.674 | 99.97% | *** |
| 4/6/2020 | $33.63 | 7,819,038 | 2.13% | 7.03% | -0.74% | -4.73% | -0.25% | -0.057 | 4.53% | |
| 4/7/2020 | $32.45 | 6,960,741 | -3.51% | -0.16% | 0.62% | 2.41% | -5.62% | -1.286 | 79.99% | 0.00% |
| 4/8/2020 | $30.47 | 9,809,525 | -6.10% | 3.43% | -3.75% | -2.43% | -5.81% | -1.330 | 81.47% | |
| 4/9/2020 | $33.16 | 6,199,138 | 8.83% | 1.46% | -0.64% | -0.69% | 7.83% | 1.792 | 92.53% | 0.00% |
| 4/13/2020 | $31.40 | 3,707,730 | -5.31% | -1.01% | 1.38% | 0.39% | -6.44% | -1.475 | 85.81% | |
| 4/14/2020 | $31.20 | 18,739,848 | -0.64% | 3.07% | -0.44% | -2.73% | -1.77% | -0.406 | 31.44% | 0.00% |
| 4/15/2020 | $29.67 | 8,567,119 | -4.90% | -2.20% | 1.22% | -1.98% | -4.22% | -0.967 | 66.53% | |
| 4/16/2020 | $31.72 | 3,946,353 | 6.91% | 0.58% | 1.34% | -2.84% | 6.30% | 1.444 | 84.95% | 0.00% |
| 4/17/2020 | $33.59 | 2,662,943 | 5.90% | 2.68% | -1.71% | -0.54% | 4.70% | 1.075 | 71.64% | |
| 4/20/2020 | $35.71 | 4,954,720 | 6.31% | -1.79% | 1.41% | -1.04% | 6.24% | 1.429 | 84.54% | 0.00% |
| 4/21/2020 | $34.67 | 5,006,590 | -2.91% | -3.06% | -0.16% | 1.03% | -2.32% | -0.531 | 40.42% | |
| 4/22/2020 | $33.81 | 3,276,221 | -2.48% | 2.30% | 0.41% | -1.42% | -4.20% | -0.962 | 66.26% | 0.00% |
| 4/23/2020 | $32.78 | 5,190,011 | -3.05% | -0.05% | -1.32% | -0.94% | -2.70% | -0.618 | 46.30% | |
| 4/24/2020 | $31.75 | 2,615,343 | -3.14% | 1.39% | -1.04% | -2.95% | -2.89% | -0.663 | 49.16% | 0.00% |
| 4/27/2020 | $35.42 | 5,015,746 | 11.56% | 1.47% | 0.84% | 6.21% | 6.71% | 1.537 | 87.39% | |
| 4/28/2020 | $38.13 | 4,503,424 | 7.65% | -0.52% | -1.08% | 0.37% | 7.56% | 1.731 | 91.49% | 0.00% |
| 4/29/2020 | $38.97 | 3,061,461 | 2.20% | 2.66% | 0.77% | 4.41% | -2.49% | -0.571 | 43.13% | |
| 4/30/2020 | $39.56 | 5,437,584 | 1.51% | -0.92% | -1.05% | -0.60% | 2.06% | 0.473 | 36.30% | 0.00% |
| 5/1/2020 | $37.22 | 7,943,242 | -5.92% | -2.79% | -2.77% | -1.36% | -3.03% | -0.693 | 51.11% | |
| 5/4/2020 | $37.50 | 3,664,561 | 0.75% | 0.43% | -0.94% | -0.44% | 0.40% | 0.091 | 7.27% | |
| 5/5/2020 | $39.68 | 3,006,399 | 5.81% | 0.90% | 1.29% | 2.42% | 2.73% | 0.626 | 46.76% | |
| 5/6/2020 | $38.99 | 4,730,273 | -1.74% | -0.69% | 0.76% | -1.49% | -1.90% | -0.435 | 33.56% | |
| 5/7/2020 | $40.87 | 4,882,897 | 4.82% | 1.19% | 0.36% | 0.18% | 3.06% | 0.701 | 51.59% | |
| 5/8/2020 | $41.98 | 3,223,261 | 2.72% | 1.71% | 1.72% | -0.99% | 0.44% | 0.101 | 8.05% | 0.00% |
| 5/11/2020 | $39.63 | 3,038,873 | -5.60% | 0.02% | 0.18% | 0.81% | -6.86% | -1.572 | 88.23% | |
| 5/12/2020 | $38.23 | 2,558,015 | -3.53% | -2.04% | 0.45% | 0.66% | -3.70% | -0.846 | 60.16% | 0.00% |
| 5/13/2020 | $38.32 | 2,406,204 | 0.24% | -1.74% | 0.75% | -1.88% | 0.86% | 0.197 | 15.62% | |
| 5/14/2020 | $34.93 | 5,274,245 | -8.85% | 1.17% | -0.63% | -2.73% | -8.79% | -2.012 | 95.43% | *** |
| 5/15/2020 | $35.43 | 5,858,173 | 1.43% | 0.40% | 0.61% | -0.59% | 0.33% | 0.075 | 6.01% | |
| 5/18/2020 | $32.84 | 28,199,203 | -7.31% | 3.16% | 2.99% | -2.34% | -10.51% | -2.405 | 98.29% | *** |

## GSX Techedu (GOTU)
**Actual vs. Predicted Returns**

Control Period: 7/1/2019 - 4/2/2020

| Date | Closing Price | Volume | Actual Return | Market Return | BKTCN Return | Industry Return | Company-Specific Return | t-Stat | Confidence Level | Statistically Significant at 95% Level |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/19/2020 | $33.88 | 7,819,995 | 3.17% | -1.04% | 0.54% | 1.79% | 1.88% | 0.430 | 33.25% | |
| 5/20/2020 | $30.58 | 14,290,505 | -9.74% | 1.68% | -1.99% | -2.49% | -9.35% | -2.141 | 96.65% | *** |
| 5/21/2020 | $29.01 | 9,181,523 | -5.13% | -0.77% | -1.11% | -0.12% | -4.85% | -1.111 | 73.19% | |
| 5/22/2020 | $29.73 | 8,659,615 | 2.48% | 0.25% | -4.05% | 3.46% | 2.17% | 0.497 | 38.00% | 0.00% |
| 5/26/2020 | $31.02 | 7,042,495 | 4.34% | 1.23% | 1.78% | -0.37% | 2.04% | 0.466 | 35.83% | |
| 5/27/2020 | $29.77 | 5,996,932 | -4.03% | 1.48% | -1.96% | -3.14% | -3.26% | -0.746 | 54.33% | 0.00% |
| 5/28/2020 | $29.85 | 5,773,266 | 0.27% | -0.20% | -0.80% | 0.04% | -0.01% | -0.002 | 0.15% | |
| 5/29/2020 | $31.36 | 13,623,904 | 5.06% | 0.50% | 3.20% | -3.12% | 3.64% | 0.832 | 59.37% | |
| 6/1/2020 | $32.61 | 4,471,329 | 3.99% | 0.38% | 0.88% | 1.07% | 2.02% | 0.462 | 35.52% | |
| 6/2/2020 | $36.97 | 9,020,016 | 13.37% | 0.82% | 1.64% | -1.87% | 12.04% | 2.756 | 99.36% | *** |
| 6/3/2020 | $39.50 | 6,847,278 | 6.84% | 1.38% | 1.42% | -3.03% | 5.83% | 1.334 | 81.61% | |
| 6/4/2020 | $41.40 | 8,311,372 | 4.81% | -0.32% | -0.97% | 0.17% | 4.63% | 1.060 | 70.96% | |
| 6/5/2020 | $40.52 | 6,050,903 | -2.13% | 2.62% | 1.09% | 1.24% | -5.57% | -1.276 | 79.64% | |
| 6/8/2020 | $40.10 | 3,414,038 | -1.04% | 1.21% | -1.03% | -1.10% | -1.50% | -0.344 | 26.90% | |
| 6/9/2020 | $39.60 | 3,381,815 | -1.25% | -0.77% | 0.81% | -0.24% | -1.93% | -0.442 | 34.11% | |
| 6/10/2020 | $40.97 | 4,026,398 | 3.46% | -0.53% | 1.45% | 1.13% | 1.69% | 0.386 | 30.01% | 0.00% |
| 6/11/2020 | $39.50 | 5,833,170 | -3.59% | -5.88% | -0.03% | 0.14% | -1.05% | -0.240 | 18.91% | |
| 6/12/2020 | $43.04 | 3,826,108 | 8.96% | 1.34% | 0.30% | -1.40% | 7.85% | 1.797 | 92.60% | 0.00% |
| 6/15/2020 | $52.00 | 27,394,119 | 20.82% | 0.83% | 0.74% | 2.89% | 17.86% | 4.090 | 99.99% | *** |
| 6/16/2020 | $51.78 | 9,253,833 | -0.42% | 1.90% | 0.18% | -1.64% | -1.69% | -0.388 | 30.12% | 0.00% |
| 6/17/2020 | $56.16 | 11,734,519 | 8.46% | -0.36% | 1.64% | 3.86% | 5.28% | 1.209 | 77.20% | |
| 6/18/2020 | $56.05 | 3,711,275 | -0.20% | 0.06% | 0.00% | 4.87% | -3.19% | -0.729 | 53.34% | 0.00% |
| 6/19/2020 | $57.81 | 4,752,994 | 3.14% | -0.55% | 0.96% | 1.64% | 1.41% | 0.323 | 25.33% | |
| 6/22/2020 | $56.11 | 2,961,768 | -2.94% | 0.65% | -0.98% | -1.37% | -2.99% | -0.685 | 50.58% | |
| 6/23/2020 | $58.50 | 2,248,001 | 4.26% | 0.43% | 1.06% | 0.82% | 2.28% | 0.521 | 39.73% | |
| 6/24/2020 | $56.70 | 4,311,132 | -3.08% | -2.58% | 0.52% | -2.05% | -1.76% | -0.404 | 31.32% | 0.00% |
| 6/25/2020 | $57.80 | 2,278,310 | 1.94% | 1.10% | -0.51% | -0.43% | 0.96% | 0.220 | 17.39% | |
| 6/26/2020 | $57.65 | 5,569,034 | -0.26% | -2.42% | 0.19% | -0.21% | 0.32% | 0.073 | 5.85% | 0.00% |
| 6/29/2020 | $58.33 | 7,520,502 | 1.18% | 1.48% | -1.25% | 1.06% | -0.28% | -0.064 | 5.10% | |
| 6/30/2020 | $59.96 | 6,317,815 | 2.85% | 1.55% | -1.06% | 0.90% | 1.32% | 0.302 | 23.66% | |
| 7/1/2020 | $57.25 | 4,525,459 | -4.57% | 0.51% | -0.24% | -1.20% | -5.01% | -1.146 | 74.69% | 0.00% |
| 7/2/2020 | $63.09 | 6,356,030 | 10.20% | 0.48% | 3.42% | -0.65% | 7.58% | 1.735 | 91.55% | |
| 7/6/2020 | $65.71 | 5,263,608 | 4.15% | 1.59% | 4.24% | 1.04% | -0.29% | -0.067 | 5.33% | |
| 7/7/2020 | $69.11 | 5,074,671 | 5.17% | -1.08% | -0.64% | -4.82% | 7.46% | 1.709 | 91.09% | 0.00% |
| 7/8/2020 | $78.21 | 15,981,908 | 13.17% | 0.78% | 3.32% | -0.01% | 10.14% | 2.321 | 97.87% | *** |
| 7/9/2020 | $87.86 | 9,031,756 | 12.34% | -0.54% | 1.85% | 0.11% | 10.81% | 2.474 | 98.58% | *** |
| 7/10/2020 | $87.63 | 9,247,815 | -0.26% | 1.05% | -1.95% | -0.53% | -0.39% | -0.090 | 7.15% | |
| 7/13/2020 | $82.05 | 5,783,099 | -6.37% | -0.94% | -1.60% | 1.67% | -6.51% | -1.491 | 86.25% | 0.00% |
| 7/14/2020 | $79.62 | 4,690,126 | -2.96% | 1.35% | -1.54% | -2.55% | -2.60% | -0.595 | 44.74% | |
| 7/15/2020 | $76.63 | 5,225,839 | -3.76% | 0.91% | -0.65% | 1.96% | -5.60% | -1.282 | 79.86% | 0.00% |
| 7/16/2020 | $75.01 | 3,612,411 | -2.11% | -0.34% | -1.87% | -1.36% | -1.13% | -0.258 | 20.33% | |
| 7/17/2020 | $76.14 | 3,792,314 | 1.51% | 0.29% | -0.24% | 1.81% | -0.13% | -0.031 | 2.44% | 0.00% |
| 7/20/2020 | $84.11 | 2,122,941 | 10.47% | 0.84% | 1.85% | -0.03% | 8.20% | 1.878 | 93.81% | |
| 7/21/2020 | $85.65 | 3,619,892 | 1.83% | 0.17% | 0.23% | 4.20% | -1.05% | -0.240 | 18.96% | 0.00% |
| 7/22/2020 | $83.78 | 2,635,843 | -2.18% | 0.58% | -2.07% | -3.54% | -0.65% | -0.150 | 11.89% | |
| 7/23/2020 | $82.36 | 2,195,051 | -1.69% | -1.22% | -0.91% | -3.81% | 0.37% | 0.086 | 6.81% | 0.00% |
| 7/24/2020 | $81.20 | 2,215,083 | -1.41% | -0.62% | -0.33% | -0.60% | -1.41% | -0.324 | 25.35% | |
| 7/27/2020 | $87.37 | 3,786,532 | 7.60% | 0.74% | 0.81% | 0.47% | 5.73% | 1.311 | 80.85% | 0.00% |
| 7/28/2020 | $85.33 | 1,820,388 | -2.33% | -0.65% | -0.44% | 1.70% | -3.28% | -0.751 | 54.67% | |
| 7/29/2020 | $83.77 | 1,610,496 | -1.83% | 1.24% | 0.44% | -0.98% | -3.15% | -0.721 | 52.85% | |
| 7/30/2020 | $86.05 | 1,877,625 | 2.72% | -0.36% | -0.28% | 0.68% | 1.97% | 0.452 | 34.79% | |
| 7/31/2020 | $89.12 | 1,973,584 | 3.57% | 0.78% | 0.19% | 1.81% | 1.41% | 0.324 | 25.34% | 0.00% |
| 8/3/2020 | $97.43 | 3,632,629 | 9.32% | 0.72% | 1.81% | 1.74% | 6.37% | 1.458 | 85.35% | |
| 8/4/2020 | $105.39 | 3,422,588 | 8.17% | 0.36% | 0.88% | -1.05% | 7.15% | 1.637 | 89.68% | 0.00% |
| 8/5/2020 | $113.57 | 4,778,748 | 7.76% | 0.64% | 1.06% | -1.09% | 6.50% | 1.489 | 86.18% | |
| 8/6/2020 | $131.27 | 9,054,096 | 15.59% | 0.65% | -0.98% | -0.32% | 15.07% | 3.450 | 99.93% | *** |
| 8/7/2020 | $106.99 | 23,994,863 | -18.50% | 0.08% | -3.57% | -0.81% | -17.09% | -3.912 | 99.99% | *** |
| 8/10/2020 | $96.56 | 8,340,224 | -9.75% | 0.28% | -0.70% | -2.10% | -9.41% | -2.155 | 96.75% | *** |
| 8/11/2020 | $98.02 | 5,524,512 | 1.51% | -0.80% | 0.54% | -0.44% | 1.07% | 0.245 | 19.33% | |
| 8/12/2020 | $99.16 | 2,797,607 | 1.16% | 1.41% | 1.32% | -1.56% | -0.48% | -0.109 | 8.66% | 0.00% |

## GSX Techedu (GOTU)

**Actual vs. Predicted Returns**

Control Period: 7/1/2019 - 4/2/2020

| Date | Closing Price | Volume | Actual Return | Market Return | BKTCN Return | Industry Return | Company-Specific Return | t-Stat | Confidence Level | Statistically Significant at 95% Level |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/13/2020 | $100.00 | 2,709,998 | 0.85% | -0.18% | -0.27% | -1.47% | 0.94% | 0.214 | 16.95% | |
| 8/14/2020 | $89.20 | 10,546,311 | -10.80% | -0.01% | -1.52% | -1.04% | -10.32% | -2.364 | 98.09% | *** |
| 8/17/2020 | $88.01 | 4,303,909 | -1.33% | 0.27% | 2.68% | 0.74% | -4.06% | -0.929 | 64.61% | |
| 8/18/2020 | $89.99 | 5,991,340 | 2.25% | 0.25% | 0.91% | 5.10% | -1.44% | -0.329 | 25.72% | 0.00% |
| 8/19/2020 | $87.50 | 6,236,043 | -2.77% | -0.42% | -0.65% | -1.00% | -2.54% | -0.582 | 43.88% | |
| 8/20/2020 | $88.18 | 5,509,558 | 0.78% | 0.32% | -0.50% | -5.55% | 2.51% | 0.574 | 43.33% | 0.00% |
| 8/21/2020 | $90.26 | 3,025,966 | 2.36% | 0.35% | -0.02% | -2.03% | 2.26% | 0.516 | 39.38% | |
| 8/24/2020 | $87.50 | 3,699,973 | -3.06% | 1.02% | 0.80% | -3.85% | -3.18% | -0.728 | 53.23% | 0.00% |
| 8/25/2020 | $87.95 | 5,058,120 | 0.51% | 0.36% | 2.54% | 0.07% | -1.89% | -0.433 | 33.43% | |
| 8/26/2020 | $83.50 | 4,082,432 | -5.06% | 1.02% | 0.61% | -3.11% | -5.41% | -1.238 | 78.26% | 0.00% |
| 8/27/2020 | $81.93 | 2,847,496 | -1.88% | 0.17% | -1.60% | 2.64% | -3.09% | -0.708 | 52.04% | |
| 8/28/2020 | $81.59 | 2,986,741 | -0.41% | 0.68% | 0.49% | -2.24% | -0.89% | -0.203 | 16.09% | 0.00% |
| 8/31/2020 | $85.40 | 5,120,395 | 4.67% | -0.21% | -1.33% | -2.24% | 5.68% | 1.301 | 80.52% | |
| 9/1/2020 | $94.69 | 4,215,771 | 10.88% | 0.75% | 2.09% | 1.41% | 7.90% | 1.808 | 92.78% | 0.00% |
| 9/2/2020 | $83.28 | 12,409,997 | -12.05% | 1.55% | -1.76% | -3.42% | -11.29% | -2.586 | 98.95% | *** |
| 9/3/2020 | $78.75 | 4,157,812 | -5.44% | -3.49% | -0.96% | -0.01% | -3.71% | -0.850 | 60.37% | |
| 9/4/2020 | $80.01 | 3,780,965 | 1.60% | -0.81% | 0.43% | -0.41% | 1.21% | 0.278 | 21.87% | 0.00% |
| 9/8/2020 | $78.42 | 3,824,827 | -1.99% | -2.77% | -1.13% | -0.06% | -0.57% | -0.130 | 10.32% | |
| 9/9/2020 | $78.59 | 3,204,224 | 0.22% | 2.02% | 0.15% | 0.34% | -1.98% | -0.454 | 34.94% | 0.00% |
| 9/10/2020 | $80.06 | 2,775,974 | 1.87% | -1.75% | -1.15% | -0.20% | 2.78% | 0.636 | 47.46% | |
| 9/11/2020 | $84.33 | 5,048,499 | 5.33% | 0.06% | 0.65% | 0.34% | 4.00% | 0.916 | 63.90% | 0.00% |
| 9/14/2020 | $91.12 | 4,086,495 | 8.05% | 1.31% | 0.89% | 1.44% | 5.38% | 1.232 | 78.04% | |
| 9/15/2020 | $101.12 | 9,937,005 | 10.97% | 0.52% | 0.36% | 1.57% | 8.98% | 2.056 | 95.89% | *** |
| 9/16/2020 | $104.17 | 3,771,732 | 3.02% | -0.46% | 0.08% | -1.18% | 2.95% | 0.676 | 50.00% | 0.00% |
| 9/17/2020 | $105.45 | 5,716,984 | 1.23% | -0.84% | 0.21% | 1.04% | 0.34% | 0.077 | 6.12% | |
| 9/18/2020 | $106.52 | 3,962,816 | 1.01% | -1.12% | 0.42% | 1.28% | 0.07% | 0.015 | 1.21% | 0.00% |
| 9/21/2020 | $104.88 | 3,039,804 | -1.54% | -1.15% | -0.07% | -1.11% | -1.15% | -0.264 | 20.77% | |
| 9/22/2020 | $105.60 | 2,000,683 | 0.69% | 1.05% | -0.67% | 2.04% | -1.27% | -0.290 | 22.77% | 0.00% |
| 9/23/2020 | $106.00 | 4,310,558 | 0.38% | -2.36% | 0.17% | -2.03% | 1.74% | 0.398 | 30.92% | |
| 9/24/2020 | $100.99 | 3,413,946 | -4.73% | 0.30% | -1.29% | -0.44% | -4.82% | -1.104 | 72.91% | 0.00% |
| 9/25/2020 | $98.91 | 4,826,813 | -2.06% | 1.60% | -0.44% | -2.31% | -2.53% | -0.580 | 43.71% | |
| 9/28/2020 | $97.76 | 4,088,342 | -1.16% | 1.61% | 0.12% | -1.79% | -2.17% | -0.497 | 38.03% | 0.00% |
| 9/29/2020 | $93.98 | 3,867,806 | -3.87% | -0.47% | -0.36% | -0.40% | -4.03% | -0.924 | 64.32% | |
| 9/30/2020 | $90.11 | 3,349,957 | -4.12% | 0.83% | 1.72% | -0.56% | -6.08% | -1.391 | 83.42% | |
| 10/1/2020 | $93.20 | 1,561,959 | 3.43% | 0.54% | 0.34% | 2.10% | 1.20% | 0.275 | 21.63% | |
| 10/2/2020 | $93.10 | 1,809,029 | -0.11% | -0.96% | -0.80% | 1.80% | -0.73% | -0.167 | 13.23% | 0.00% |
| 10/5/2020 | $94.71 | 1,012,383 | 1.73% | 1.81% | -0.23% | 1.68% | -0.74% | -0.168 | 13.36% | |
| 10/6/2020 | $94.81 | 2,640,874 | 0.11% | -1.39% | 1.43% | 2.44% | -1.74% | -0.398 | 30.88% | 0.00% |
| 10/7/2020 | $103.62 | 1,934,364 | 9.29% | 1.74% | 0.36% | -0.70% | 7.60% | 1.740 | 91.66% | |
| 10/8/2020 | $102.15 | 1,087,644 | -1.42% | 0.83% | -0.30% | 0.23% | -2.64% | -0.605 | 45.40% | 0.00% |
| 10/9/2020 | $114.55 | 2,841,925 | 12.14% | 0.88% | 0.55% | 1.12% | 10.04% | 2.299 | 97.74% | *** |
| 10/12/2020 | $114.99 | 1,916,348 | 0.38% | 1.64% | 0.54% | -2.14% | -0.71% | -0.163 | 12.92% | 0.00% |
| 10/13/2020 | $114.64 | 977,793 | -0.30% | -0.63% | -0.23% | -1.02% | -0.17% | -0.039 | 3.13% | |
| 10/14/2020 | $110.92 | 2,665,264 | -3.24% | -0.65% | 0.24% | 0.70% | -4.11% | -0.942 | 65.25% | 0.00% |
| 10/15/2020 | $107.92 | 1,407,772 | -2.70% | -0.15% | -0.46% | -0.74% | -2.85% | -0.652 | 48.51% | |
| 10/16/2020 | $107.02 | 2,676,583 | -0.83% | 0.02% | 1.20% | -1.65% | -1.56% | -0.358 | 27.90% | 0.00% |
| 10/19/2020 | $100.73 | 4,939,768 | -5.88% | -1.63% | 0.26% | -0.09% | -5.84% | -1.337 | 81.71% | |
| 10/20/2020 | $102.94 | 3,075,004 | 2.19% | 0.47% | 1.35% | 1.93% | -0.46% | -0.104 | 8.31% | 0.00% |
| 10/21/2020 | $71.23 | 19,056,680 | -30.80% | -0.22% | -0.44% | -4.04% | -29.47% | -6.747 | 100.00% | *** |
| 10/22/2020 | $69.80 | 8,394,244 | -2.01% | 0.53% | -1.57% | -2.95% | -0.98% | -0.224 | 17.66% | 0.00% |
| 10/23/2020 | $67.16 | 4,525,856 | -3.78% | 0.35% | 0.37% | -0.20% | -4.90% | -1.122 | 73.66% | |
| 10/26/2020 | $67.97 | 2,817,020 | 1.21% | -1.86% | 0.47% | 0.35% | 1.07% | 0.244 | 19.27% | 0.00% |
| 10/27/2020 | $68.29 | 2,482,008 | 0.47% | -0.30% | 1.67% | -3.20% | 0.36% | 0.081 | 6.49% | |
| 10/28/2020 | $69.05 | 3,833,729 | 1.11% | -3.53% | -0.19% | 0.10% | 2.40% | 0.550 | 41.72% | 0.00% |
| 10/29/2020 | $68.90 | 5,448,461 | -0.22% | 1.20% | 1.49% | -0.56% | -2.27% | -0.519 | 39.59% | |
| 10/30/2020 | $66.42 | 4,363,396 | -3.60% | -1.20% | -1.16% | -0.77% | -2.75% | -0.629 | 47.02% | 0.00% |
| 11/2/2020 | $65.51 | 5,253,267 | -1.37% | 1.23% | 0.72% | 0.57% | -3.52% | -0.807 | 57.91% | |
| 11/3/2020 | $68.66 | 4,817,883 | 4.81% | 1.78% | -1.69% | 0.09% | 3.84% | 0.879 | 61.97% | 0.00% |
| 11/4/2020 | $74.33 | 2,895,226 | 8.26% | 2.20% | 3.13% | -0.61% | 4.78% | 1.094 | 72.48% | |
| 11/5/2020 | $72.65 | 2,638,041 | -2.26% | 1.97% | 0.40% | 0.57% | -4.66% | -1.067 | 71.29% | 0.00% |

## GSX Techedu (GOTU)

**Actual vs. Predicted Returns**

Control Period: 7/1/2019 - 4/2/2020

| Date | Closing Price | Volume | Actual Return | Market Return | BKTCN Return | Industry Return | Company-Specific Return | t-Stat | Confidence Level | Statistically Significant at 95% Level |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/6/2020 | $72.74 | 2,166,639 | 0.12% | -0.02% | 0.86% | -2.25% | -0.14% | -0.032 | 2.56% | |
| 11/9/2020 | $69.23 | 3,531,979 | -4.83% | 1.18% | -1.83% | -2.09% | -4.40% | -1.009 | 68.55% | 0.00% |
| 11/10/2020 | $70.34 | 1,646,837 | 1.60% | -0.12% | -3.03% | -1.42% | 3.12% | 0.714 | 52.41% | |
| 11/11/2020 | $71.86 | 959,034 | 2.16% | 0.77% | 1.37% | -0.03% | 0.20% | 0.045 | 3.57% | 0.00% |
| 11/12/2020 | $73.93 | 1,927,797 | 2.88% | -0.98% | 2.56% | -1.53% | 1.94% | 0.445 | 34.31% | |
| 11/13/2020 | $70.10 | 4,382,312 | -5.18% | 1.37% | -0.07% | 2.19% | -7.70% | -1.763 | 92.06% | 0.00% |
| 11/16/2020 | $71.01 | 2,835,705 | 1.30% | 1.17% | -1.47% | 1.12% | 0.11% | 0.025 | 2.01% | |
| 11/17/2020 | $70.80 | 1,815,466 | -0.30% | -0.46% | -0.15% | -0.66% | -0.46% | -0.106 | 8.45% | 0.00% |
| 11/18/2020 | $68.01 | 2,518,644 | -3.94% | -1.14% | -0.90% | -0.44% | -3.41% | -0.782 | 56.47% | |
| 11/19/2020 | $71.35 | 4,704,705 | 4.91% | 0.40% | 1.46% | 3.76% | 1.43% | 0.328 | 25.66% | 0.00% |
| 11/20/2020 | $65.66 | 22,868,170 | -7.97% | -0.68% | 1.96% | 0.75% | -9.77% | -2.237 | 97.36% | *** |
| 11/23/2020 | $63.90 | 4,984,360 | -2.68% | 0.57% | 0.44% | -2.30% | -3.04% | -0.696 | 51.29% | 0.00% |
| 11/24/2020 | $65.08 | 4,029,567 | 1.85% | 1.62% | -0.03% | -0.10% | 0.17% | 0.039 | 3.10% | |
| 11/25/2020 | $62.30 | 5,586,216 | -4.27% | -0.15% | -0.77% | -1.82% | -3.77% | -0.864 | 61.12% | 0.00% |
| 11/27/2020 | $63.61 | 2,058,371 | 2.10% | 0.25% | 1.05% | -1.38% | 1.20% | 0.274 | 21.56% | |
| 11/30/2020 | $64.29 | 2,962,292 | 1.07% | -0.44% | -4.18% | 0.93% | 2.34% | 0.536 | 40.75% | 0.00% |
| 12/1/2020 | $64.38 | 1,898,571 | 0.14% | 1.13% | -1.94% | -0.48% | -0.07% | -0.016 | 1.26% | |
| 12/2/2020 | $62.16 | 2,488,354 | -3.45% | 0.19% | 0.23% | 0.66% | -4.78% | -1.094 | 72.45% | 0.00% |
| 12/3/2020 | $61.20 | 5,065,466 | -1.54% | -0.04% | 0.26% | 0.82% | -2.83% | -0.647 | 48.18% | |
| 12/4/2020 | $60.73 | 2,586,525 | -0.77% | 0.89% | -1.24% | -1.17% | -0.91% | -0.208 | 16.48% | 0.00% |
| 12/7/2020 | $64.72 | 9,040,134 | 6.57% | -0.19% | 0.06% | 0.06% | 5.82% | 1.333 | 81.58% | |
| 12/8/2020 | $62.74 | 4,063,494 | -3.06% | 0.28% | 0.39% | -2.59% | -3.09% | -0.708 | 52.00% | 0.00% |
| 12/9/2020 | $64.82 | 2,791,838 | 3.32% | -0.79% | -1.10% | -1.11% | 4.05% | 0.926 | 64.45% | |
| 12/10/2020 | $64.89 | 4,038,283 | 0.11% | -0.12% | 1.26% | -1.91% | -0.46% | -0.105 | 8.34% | 0.00% |
| 12/11/2020 | $62.21 | 4,093,420 | -4.13% | -0.12% | -1.13% | 0.02% | -4.27% | -0.977 | 67.03% | |
| 12/14/2020 | $59.51 | 3,576,650 | -4.34% | -0.42% | -0.75% | -1.25% | -3.95% | -0.905 | 63.35% | 0.00% |
| 12/15/2020 | $59.00 | 3,602,331 | -0.86% | 1.29% | 0.31% | -3.21% | -1.16% | -0.265 | 20.85% | |
| 12/16/2020 | $60.00 | 2,091,621 | 1.69% | 0.18% | 1.46% | 1.07% | -0.47% | -0.107 | 8.51% | 0.00% |
| 12/17/2020 | $60.00 | 2,294,666 | 0.00% | 0.58% | 0.91% | 0.32% | -1.77% | -0.404 | 31.37% | |
| 12/18/2020 | $59.90 | 4,029,156 | -0.17% | -0.34% | 0.90% | -0.84% | -0.88% | -0.202 | 15.96% | 0.00% |
| 12/21/2020 | $55.20 | 5,751,066 | -7.85% | -0.39% | -0.09% | -0.77% | -8.04% | -1.841 | 93.28% | |
| 12/22/2020 | $53.06 | 6,048,586 | -3.88% | -0.20% | -0.85% | 0.54% | -4.35% | -0.996 | 67.95% | 0.00% |
| 12/23/2020 | $52.35 | 8,714,452 | -1.34% | 0.08% | 0.24% | 1.53% | -2.99% | -0.684 | 50.54% | |
| 12/24/2020 | $55.00 | 3,484,298 | 5.06% | 0.36% | -2.65% | 2.80% | 4.23% | 0.968 | 66.57% | 0.00% |
| 12/28/2020 | $50.95 | 4,448,324 | -7.36% | 0.87% | -1.92% | -2.82% | -6.40% | -1.465 | 85.55% | |
| 12/29/2020 | $50.69 | 2,455,216 | -0.51% | -0.22% | 3.06% | -2.48% | -1.73% | -0.396 | 30.73% | 0.00% |
| 12/30/2020 | $52.48 | 2,545,407 | 3.53% | 0.15% | 3.61% | 2.48% | -0.39% | -0.088 | 7.02% | |
| 12/31/2020 | $51.71 | 2,685,540 | -1.47% | 0.65% | -1.28% | 0.71% | -2.28% | -0.522 | 39.75% | 0.00% |
| 1/4/2021 | $48.75 | 3,542,468 | -5.72% | -1.47% | 0.06% | -2.54% | -4.59% | -1.052 | 70.57% | |
| 1/5/2021 | $48.22 | 3,722,966 | -1.09% | 0.72% | 4.14% | -0.88% | -4.14% | -0.947 | 65.51% | 0.00% |
| 1/6/2021 | $46.43 | 3,488,458 | -3.71% | 0.57% | -3.68% | 1.14% | -3.38% | -0.774 | 56.03% | |
| 1/7/2021 | $46.46 | 2,302,796 | 0.06% | 1.51% | 0.09% | -3.45% | -0.14% | -0.031 | 2.47% | 0.00% |
| 1/8/2021 | $48.52 | 2,544,952 | 4.43% | 0.56% | 3.90% | -0.63% | 1.50% | 0.342 | 26.76% | |
| 1/11/2021 | $48.23 | 2,042,393 | -0.60% | -0.66% | -1.29% | -0.90% | 0.06% | 0.014 | 1.12% | 0.00% |
| 1/12/2021 | $46.21 | 2,671,063 | -4.19% | 0.04% | 0.56% | -2.28% | -4.31% | -0.988 | 67.54% | |
| 1/13/2021 | $53.50 | 7,595,821 | 15.78% | 0.23% | 0.80% | -0.77% | 14.75% | 3.378 | 99.91% | *** |
| 1/14/2021 | $58.24 | 7,368,592 | 8.86% | -0.36% | 1.24% | -1.38% | 8.21% | 1.880 | 93.83% | |
| 1/15/2021 | $59.60 | 10,855,611 | 2.34% | -0.72% | -0.95% | 0.72% | 2.14% | 0.489 | 37.45% | 0.00% |