**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YANG RENBIN, ROBERT ANGELINE, COREY HAYS, AND ALEXANDRE TAZI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GSX TECHEDU INC., LARRY XIANGDONG CHEN, NAN SHEN, XIN FAN, YIMING HU, MING LIAO, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES, INC., BARCLAYS CAPITAL, INC., BOFA SECURITIES, INC., CLSA LIMITED, AND GOLDMAN SACHS (ASIA) L.L.C.,<br><br>Defendants. | **Case No. 2:20-CV-04457 (MEF) (JRA)**<br><br><br>**JOINT STIPULATION AND ORDER TO EXTEND STAY** |

**WHEREAS**, on April 30, 2025, the parties in the above-captioned action filed a joint motion for a stay of all deadlines and proceedings in light of the parties' having reached a settlement agreement in principle, ECF No. 148, and on May 1, 2025, the Court issued an order temporarily staying all deadlines and proceedings for thirty (30) days, ECF No. 149;

**WHEREAS**, on May 30, 2025, the parties filed a joint stipulation to extend the stay by an additional seven (7) days, ECF No. 153, and on June 2, 2025, the Court issued an order extending the temporary stay of all deadlines and proceedings for an additional seven (7) days, ECF No. 154;

**WHEREAS**, on June 5, 2025, the parties entered a formal stipulation of settlement to settle all claims in this action, ECF No. 155-3, and on June 6, 2025, Lead Plaintiff filed a motion for preliminary approval of the settlement of this action, ECF No. 155;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, subject to the Court's approval, as follows:

All deadlines and proceedings in this action, other than deadlines and proceedings relating to the settlement, including approval and enforcement of the settlement, shall be stayed unless and until otherwise ordered by the Court.

DATED:  June 6, 2025

<table>
<tr><td>

/s/  Austin P. Van

Austin P. Van (361192021)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  avan@pomlaw.com

*Lead Counsel for Lead Plaintiff Yang Renbin, and Additional Plaintiffs Corey Hays and Alexandre Tazi*

Laurence M. Rosen
**THE ROSEN LAW FIRM, P.A.**
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Telephone:  (973) 313-1887
Facsimile:  (973) 833-0399
Email:  lrosen@rosenlegal.com

Jing Chen
Jonathan Horne (*pro hac vice filed*)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor

</td><td>

/s/  Keith J. Miller

Keith J. Miller
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
(973) 690-5400
kmiller@rwmlegal.com

Scott D. Musoff
Robert A. Fumerton (*pro hac vice*)
Michael C. Griffin (*pro hac vice*)
Judith A. Flumenbaum (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
Telephone:  (212) 735-3000
Facsimile:  (917) 735-2000
scott.musoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com
judy.flumenbaum@skadden.com

</td></tr>
</table>

2

New York, New York 10016
Telephone:  (212) 686-1060
Facsimile: (212) 202-3827
Email:  jchen@rosenlegal.com
Email: jhorne@rosenlegal.com

Junbo Hao
**HAO LAW FIRM**
**BEIJING HAO JUNBO LAW FIRM**
Room 3-401 No. 2 Building,
No. 1 Shuangliubei Street
100024  Beijing
People's Republic of China
Telephone:  +86 137-1805-2888
Email:  jhao@haolaw.cn

*Additional Counsel for Lead Plaintiff and*
*Additional Plaintiff Robert Angeline*

*Counsel for Defendants GSX*
*Techedu Inc., Larry Xiangdong Chen and Nan*
*Shen*

**IT IS SO ORDERED.**

Dated:  ___June 9_____, 2025           _____

                                             HONORABLE JOSE R. ALMONTE
                                             UNITED STATES MAGISTRATE JUDGE

3