UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YANG RENBIN, ROBERT ANGELINE, COREY HAYS, AND ALEXANDRE TAZI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GSX TECHEDU INC., LARRY XIANGDONG CHEN, NAN SHEN, XIN FAN, YIMING HU, MING LIAO, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES, INC., BARCLAYS CAPITAL, INC., BOFA SECURITIES, INC., CLSA LIMITED, AND GOLDMAN SACHS (ASIA) L.L.C.,<br><br>Defendants. | **Case No. 2:20-CV-04457 (MEF) (JRA)** |

**DECLARATION OF LUIGGY SEGURA REGARDING
COMPLIANCE WITH 28 U.S.C. § 1715**

I, Luiggy Segura, declare as follows:

1.      I am the Vice President of Securities Class Actions at JND Legal Administration ("JND"), one of the leading legal administration services firms in the United States. As the Vice President of Securities Class Actions for JND, I am involved in all facets of the administration of JND's class action matters. Among my responsibilities is to monitor the implementation of our notice, including Class Action Fairness Act ("CAFA") mailings, and claim administration programs. This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

2.    I submit this Declaration at the request of Defendants' counsel in connection with the preparation and mailing of the CAFA notice as required by 28 U.S.C. § 1715, in relation to *Wu v. GSX Techedu Inc. et al.*, Case No. 2:20-cv-04457-MEF-JRA, pending in the United States District Court for the District of New Jersey.

3.    On June 6, 2025, Lead Counsel in the above-captioned matter filed a motion for preliminary approval of the parties' proposed settlement.

4.    At the request of Defendants' Counsel, JND prepared CAFA notice packets for delivery to the appropriate Federal and State officials (collectively, the "CAFA Notice Packets"). Each CAFA notice packet included the same notice letter and recipient list, true and correct copies of which are attached as Exhibit 1. A compact disc (CD) was enclosed with each CAFA notice packet containing copies of the documents described in the notice letter.

5.    On June 16, 2025, JND duly mailed the CAFA Notice Packets via FedEx when possible or by USPS to the Federal and State officials at the mailing addresses indicated in Exhibit 1.

6.    The mailing of the CAFA Notice Packets occurred "not later than 10 days after [the] proposed settlement" was filed with the Court. 28 U.S.C. § 1715(b).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of July 2025.

By: _____

Luiggy Segura

2

# EXHIBIT 1

**JND** | LEGAL ADMINISTRATION

June 16, 2025

United States Attorney General
and the Appropriate Officials
Identified in Attachment A

**RE: CAFA Notice of Proposed Class Action Settlement**

Dear Sir or Madam:

This Notice is being provided to you in accordance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715 on behalf of GSX Techedu, Inc. (n/k/a Gaotu Techedu Inc), Larry Xiangdong Chen, and Nan Shen, the Defendant(s) in the below-referenced class action ("the Action"). Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement was filed with the Court on June 6, 2025. As of the date of this Notice, the Court has not scheduled an approval hearing.

| | |
|---|---|
| **Case Name:** | *Wu v. GSX Techedu, Inc., et al.* |
| **Case Number:** | *2:20-CV-04457 (MEF) (JRA)* |
| **Jurisdiction:** | United States District Court for the District of New Jersey |
| **Date Settlement filed with Court:** | June 6, 2025 |

Copies of all materials filed in the above-named actions are electronically available on the Court's Pacer website found at https://pcl.uscourts.gov. Additionally, in compliance with 28 U.S.C. § 1715(b), the enclosed CD-ROM contains the following documents filed in the Action:

**01 - Complaint.pdf**
　　Class Action Complaint, filed April 17, 2020 and attaching:

　　　1. **Certification Pursuant to Federal Securities Laws of Zeqiu Wu**

　　　2. **Schedule A**

**02 – Amended Complaint.pdf**
　　Amended Class Action Complaint, filed November 2, 2020 and attaching:

　　　1. **Certification Pursuant to Federal Securities Laws of Corey Hays**

　　　2. **Certification Pursuant to Federal Securities Laws of Alexandre Tazi**

**03 – Second Amended Complaint.pdf**
　　Second Amended Class Action Complaint, filed April 25, 2023

**04 - Motion for Preliminary Approval.pdf**
　　　1. Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, filed June 6, 2025 and attaching: **Stipulation and Agreement of Settlement**

　　　2. **Proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement**

3. **Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses**

4. **Proof of Claim and Release Form**

5. **Summary Notice of Pendency and Proposed Settlement of Class Action and Motion for Attorneys' Fees and Expenses**

6. **Proposed Final Order and Judgement**

7. **Declaration of Luiggy Segura in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement**

8. **Preliminary Aggregate Damages**

9. **Trading Data Chart**

10. **Analysts List**

11. **Regression Analysis**

It is not possible to provide a breakdown of the Settlement Class in accordance with 28 U.S.C. § 1715 (b)(7) at this time.  However, we anticipate that the Settlement Class is sufficiently numerous as to include Class Members potentially residing in all 50 U.S. states, as well as the District of Columbia, and may include Class Members residing in U.S. territories and associated states.

There are no other settlements or agreements made between Counsel for the parties related to the class defined in the proposed settlement, and as of the date of this Notice, no Final Judgment nor notice of dismissal has been entered in this case.

If you have any questions regarding the details of the case and settlement, please contact Plaintiffs' Counsel's representatives at:

> Robert A. Fumerton, Esq.
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> One Manhattan West
> New York, New York 10001

For questions regarding this Notice, please contact JND at:

> JND Class Action Administration
> 1201 2nd Ave, Suite 3400
> Seattle, WA  98101
> Phone: 800-207-7160

Regards,

JND Legal Administration

Encl.

*Wu v. GSX Techedu Inc. et al.*, **Case No. Case No. 2:20-cv-04457-MEF-JRA (D.N.J.)**
**CAFA Notice – Attachment A – Service List**

Treg R. Taylor
Office of the Attorney General
1031 W 4th Ave
Ste 200
Anchorage, AK 99501

Steve Marshall
Attorney General's Office
501 Washington Ave
Montgomery, AL 36104

Tim Griffin
Office of the Attorney General
101 West Capitol Avenue
Little Rock, AR 72201

Kris Mayes
Office of the Attorney General
2005 N Central Ave
Phoenix, AZ 85004-1545

CAFA Coordinator
Office of the Attorney General
Consumer Protection Section
455 Golden Gate Ave., Ste 11000
San Francisco, CA 94102-7004

Phil Weiser
Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Fl
Denver, CO 80203

William Tong
Office of the Attorney General
165 Capitol Ave
Hartford, CT 06106

Kathy Jennings
Delaware Department of Justice
Carvel State Office Building
820 N French Street
Wilmington, DE 19801-3520

James Uthmeier
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL 32399-1050

Chris Carr
Office of the Attorney General
40 Capitol Sq SW
Atlanta, GA 30334-1300

Anne E. Lopez
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813-2903

Brenna Bird
Office of the Attorney General
Hoover State Office Building
1305 E. Walnut Street Rm 109
Des Moines, IA 50319-0109

Raúl R. Labrador
Office of the Attorney General
700 W. Jefferson St, Suite 210
Boise, ID 83720

Kwame Raoul
Office of the Attorney General
Office Services
115 South LaSalle, 23rd Floor
Chicago, IL 60603

*Wu v. GSX Techedu Inc. et al.*, **Case No. 2:20-cv-04457-MEF-JRA (D.N.J.)**
**CAFA Notice – Attachment A – Service List**

Todd Rokita
Office of the Attorney General
Indiana Government Center South
302 W Washington St 5th Fl
Indianapolis, IN 46204

Kris W. Kobach
Office of the Attorney General
120 SW 10th Ave
2nd Fl
Topeka, KS 66612-1597

Russell Coleman
Office of the Attorney General
Capitol Building
700 Capitol Ave Ste 118
Frankfort, KY 40601-3449

Liz Murrill
Office of the Attorney General
1885 N. Third St
Baton Rouge, LA 70802

CAFA Coordinator
General Counsel's Office
Office of Attorney General
One Ashburton Pl, 20th Floor
Boston, MA 02108

Anthony G. Brown
Office of the Attorney General
200 St. Paul Pl
Baltimore, MD 21202

Aaron Frey
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006

Dana Nessel
Department of Attorney General
G. Mennen Williams Building, 7th Fl
525 W Ottawa St
Lansing, MI 48933-1067

Keith Ellison
Office of the Attorney General
445 Minnesota St
Suite 600
St. Paul, MN 55101-2131

Andrew Bailey
Attorney General's Office
Supreme Court Building
207 W High St
Jefferson City, MO 65101-1516

Lynn Fitch
Office of the Attorney General
Walter Sillers Building
550 High St Ste 1200
Jackson, MS 39201

Austin Knudsen
Office of the Attorney General
Justice Building, Third Fl
215 N. Sanders
Helena, MT 59601-4517

Jeff Jackson
Attorney General's Office
114 W Edenton St
Raleigh, NC 27603

Drew H. Wrigley
Office of the Attorney General
State Capitol, 600 E Boulevard Ave
Dept. 125
Bismarck, ND 58505

*Wu v. GSX Techedu Inc. et al.*, Case No. Case No. 2:20-cv-04457-MEF-JRA (D.N.J.)
**CAFA Notice – Attachment A – Service List**

Mike Hilgers
Attorney General's Office
1445 K Street, Room 2115
Lincoln, NE 68508

John Formella
Office of the Attorney General
NH Department of Justice
1 Granite Place South
Concord, NH 03301

Matthew J. Platkin
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St 8th Fl, West Wing
Trenton, NJ 08611

Raúl Torrez
Office of the Attorney General
Villagra Building
408 Galisteo Street
Santa Fe, NM 87501

Aaron Ford
Office of the Attorney General
Old Supreme Court Building
100 N Carson St
Carson City, NV 89701-4717

CAFA Coordinator
Office of the Attorney General
28 Liberty St
15th Fl
New York, NY 10005

Dave Yost
Attorney General's Office
State Office Tower
30 E Broad St 14th Fl
Columbus, OH 43215-3414

Gentner Drummond
Office of the Attorney General
313 NE 21st St
Oklahoma City, OK 73105-3207

Dan Rayfield
Oregon Department of Justice
Justice Building
1162 Court St NE
Salem, OR 97301-4096

Dave Sunday
PA Office of the Attorney General
Strawberry Square 16th Fl
Harrisburg, PA 17120

Peter F. Neronha
Office of the Attorney General
150 S Main St
Providence, RI 02903-2907

Alan Wilson
Office of the Attorney General
Rembert C. Dennis Bldg
1000 Assembly St Rm 519
Columbia, SC 29201

Marty Jackley
Office of the Attorney General
1302 E Highway 14
Ste 1
Pierre, SD 57501-8501

Jonathan Skrmetti
Office of the Attorney General
500 Dr Martin L King Jr Blvd
Nashville, TN 37219

*Wu v. GSX Techedu Inc. et al.*, Case No. Case No. 2:20-cv-04457-MEF-JRA (D.N.J.)
**CAFA Notice – Attachment A – Service List**

| | |
|---|---|
| Ken Paxton<br>Office of the Attorney General<br>300 W. 15th St<br>Austin, TX 78701 | Derek Brown<br>Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State St Ste 230<br>Salt Lake City, UT 84114 |
| Jason S. Miyares<br>Office of the Attorney General<br>202 N. Ninth St.<br>Richmond, VA 23219 | Charity R. Clark<br>Attorney General's Office<br>109 State St.<br>Montpelier, VT 05609-1001 |
| Nick Brown<br>Office of the Attorney General<br>1125 Washington St SE<br>Olympia, WA 98501-2283 | Josh Kaul<br>Attorney General's Office<br>P.O. Box 7857<br>Madison, WI 53707-7857 |
| J.B. McCuskey<br>Office of The Attorney General<br>State Capitol, 1900 Kanawha Blvd E<br>Building 1 Rm E-26<br>Charleston, WV 25305-0029 | Ryan Schelhaas<br>Office of the Attorney General<br>109 State Capitol<br>200 W 24th St Rm W109<br>Cheyenne, WY 82002-3642 |
| Brian Schwalb<br>Office of the Attorney General<br>400 6th St NW<br>Washington, DC 20001 | Pam Bondi<br>Office of the U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 |
| Gwen Tauiliili-Langkilde<br>Department of Legal Affairs<br>Exec Ofc Bldg, 3rd Fl<br>P.O. Box 7<br>Utulei, AS 96799 | Douglas B. Moylan<br>Office of the Attorney General<br>134 W. Soledad Avenue<br>4th Floor, Suite 412<br>Hagatna, GU 96910 |
| Edward Manibusan<br>Office of the Attorney General<br>Administration Building<br>P.O. Box 10007<br>Saipan, MP 96950-8907 | Héctor L. Siaca Flores<br>Dpto. de Justicia de Puerto Rico<br>Calle Teniente César González 677<br>Esq. Ave. Jesús T. Piñero<br>San Juan, PR 00918 |

*Wu v. GSX Techedu Inc. et al.*, Case No. 2:20-cv-04457-MEF-JRA (D.N.J.)
**CAFA Notice – Attachment A – Service List**

Gordon Rhea
Office of the Attorney General
3438 Kronprindsens Gade
GERS Building 2nd Fl
St. Thomas, VI 00802-5749

Leonito Bacalando, Jr.
Department of Justice
P.O. Box PS-105
Palikir
Pohnpei State, FM 96941

Bernard Adiniwin, Attorney General
C/O Marshall Islands Embassy
2433 Massachusetts Ave NW
Washington, DC 20008

Ernestine K. Rengiil
Office of the Attorney General
P.O. Box 1365
Koror, PW 96940