**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YANG RENBIN, ROBERT ANGELINE, COREY HAYS, AND ALEXANDRE TAZI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> GSX TECHEDU INC., LARRY XIANGDONG CHEN, NAN SHEN, XIN FAN, YIMING HU, MING LIAO, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES, INC., BARCLAYS CAPITAL, INC., BOFA SECURITIES, INC., CLSA LIMITED, AND GOLDMAN SACHS (ASIA) L.L.C., <br><br> Defendants. | **Case No. 2:20-CV-04457 (MEF) (JRA)** |

**PLAINTIFFS' SECOND SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Lead Plaintiff Yang Renbin and Additional Plaintiffs Robert Angeline, Corey Hays, and Alexandre Tazi (collectively, "Plaintiffs"), individually and on behalf of all Settlement Class Members, respectfully submit this second supplemental brief in further support of their Unopposed Motion for Preliminary Approval of the Class Action Settlement, ECF No. 155 ("Preliminary Approval Motion"). This brief addresses the four issues raised by the Court in its January 15, 2026 order, ECF No. 163 (the "Order").

*First*, the Order requested additional detail regarding the damages calculations:

> [T]he likely damages range here is said to be $10.4 million to $138.5 million. The top-line damages range is, as always, critical. But the underlying sources for the cited range are not meaningfully laid out or described in the Van declaration, and the chart the declaration refers to is not self-explanatory. Real detail is required.

In response, Plaintiffs' supplement their Motion with the Declaration of Zachary Nye in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Nye Declaration"), dated January 21, 2026, attached as **Exhibit 1**. Dr. Nye is Plaintiffs' damages expert and conducted the damages calculations at issue. In his declaration, Dr. Nye provides a detailed explanation of how he reached his calculations.

*Second*, the Order requested additional analysis regarding the fourth and fifth *Girsh* factors.

> [A]nalysis as to the fourth and fifth *Girsh* factors is also critical. But here, that analysis is all-but entirely generic. It does not describe, as it must, meaningful and detailed case-specific information as to how the cited factors should be evaluated here, in this case, by the Court.

In response, Plaintiffs supplement their motion with the Supplemental Declaration of Austin Van in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Supplemental Van Declaration"), dated February 3, 2026, attached as **Exhibit 2**. This declaration provides detailed, case-specific information supporting Plaintiffs' view that the fourth and fifth *Girsh* factors favor settlement.

SECOND SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

*Third*, the Order requested that Plaintiffs simplify the language used in the materials to be sent to investors:

> [T]he materials that are proposed to be sent to investors (like the proposed proof of claim form) are, simply, too hard to follow. *See In re Celgene Corp., Inc. Sec. Litig.*, 2025 WL 3492147, at *4-7 (D.N.J. Dec. 5, 2025). In addition, the question of language must be addressed, *see id.* at *7 n.15, and it must be made clear that the relevant judges, their staffs, and their families are not part of the settlement class.

In response, Plaintiffs supplement their Motion with revised versions of the Summary Notice (attached as **Exhibit 3**), Long Notice (attached as **Exhibit 4**), and Proof of Claim (attached as **Exhibit 5**). These revised versions contain edits that align them as closely as possible with the materials provided to investors in *In re Celgene Corp., Inc. Sec. Litig.* These revisions make clear that the relevant judges, their staffs, and their families are not part of the settlement class. These revisions also inform investors that the claims administrator can address questions in Chinese language. Moreover, the Claims administrator will post a Chinese translation of the Proof of Claim form.

*Fourth*, the Order noted that "the Van declaration indicates that the claims administrator was selected '[a]fter competitive bidding,' but says nothing else on the subject. In response, Plaintiffs supplement their Motion with the Second Van Declaration (attached as **Exhibit 2**), which provides additional details about the bidding process for the claims administrator and Plaintiffs' reasons for selecting the bid of JND Legal Administration.

These evidentiary materials further support a finding that this settlement is fair, reasonable and adequate, and that the Court will be likely to grant final approval, under the standard set forth in *Hacker v. Elec. Last Mile Sols. Inc.*, 722 F. Supp. 3d 480, 488-91 (D.N.J. 2024).

- 2 -

SECOND SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Accordingly, Plaintiffs respectfully request that the Court preliminarily approve the proposed Settlement and enter a preliminary approval order substantially in the form filed with the Preliminary Approval Motion.

SECOND SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Dated:  February 3, 2026

Respectfully submitted,

**POMERANTZ LLP**
/s/ *Austin P. Van*
Jeremy A. Lieberman
Austin P. Van
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
avan@pomlaw.com

*Lead Counsel for Lead Plaintiff Yang Renbin, and Additional Plaintiffs Corey Hays and Alexandre Tazi*

**THE ROSEN LAW FIRM, P.A**
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Telephone:  (973) 313-1887
Facsimile:  (973) 833-0399
Email:  lrosen@rosenlegal.com

Jing Chen
Jonathan Horne
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone:  (212) 686-1060
Facsimile:  (212) 202-3827
Email:  jchen@rosenlegal.com
Email: jhorne@rosenlegal.com

Junbo Hao
**HAO LAW FIRM**
**BEIJING HAO JUNBO LAW FIRM**
Room 3-401 No. 2 Building,
No. 1 Shuangliubei Street
100024  Beijing
People's Republic of China
Telephone:  +86 137-1805-2888
Email:  jhao@haolaw.cn

*Additional Counsel for Lead Plaintiff and Additional Plaintiff Robert Angeline*

- 4 -

SECOND SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Austin P. Van*
Austin P. Van

SECOND SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT