# Exhibit 3

Exhibit A-3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| YANG RENBIN, ROBERT ANGELINE, COREY HAYS, AND ALEXANDRE TAZI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GSX TECHEDU INC., LARRY XIANGDONG CHEN, NAN SHEN, XIN FAN, YIMING HU, MING LIAO, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES, INC., BARCLAYS CAPITAL, INC., BOFA SECURITIES, INC., CLSA LIMITED, AND GOLDMAN SACHS (ASIA) L.L.C.,<br><br>Defendants. | **Case No. 2:20-CV-04457 (MEF) (JRA)** |

**SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION AND MOTION FOR ATTORNEYS' FEES AND EXPENSES**

**To: All Persons who purchased or otherwise acquired the publicly-traded ADSs, evidenced by ADRs, of GSX Techedu, Inc. n/k/a Gaotu Techedu Inc. ("GSX") ("GSX Securities") during the period from June 6, 2019 through October 20, 2020, inclusive, (the "Class Period"), and were damaged thereby. ("Settlement Class").[1]**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of New Jersey, that Court-appointed Plaintiffs, on behalf of themselves and all members of the proposed Settlement

---

[1] 通知和索赔表格的中文版本可在 **www.GSXSecuritiesSettlement.com** 网站获取.

Class, and GSX, Larry Xiangdong Chen, and Nan Shen (the "Defendants"), have reached a proposed settlement of the claims in the above-captioned class action (the "Action") in the amount of $9.5 million (the "Settlement").

A hearing will be held before the Honorable Michael E. Farbiarz, either in person or remotely in the Court's discretion, on _____, 2026, at ____ ___.m. in Courtroom PO #4 of the United States District Court for the District of New Jersey, Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101 (the "Settlement Hearing") to determine whether the Court should: (i) approve the proposed Settlement as fair, reasonable, and adequate; (ii) dismiss the Action with prejudice as provided in the Stipulation and Agreement of Settlement, dated June 5, 2025; (iii) approve the proposed Plan of Allocation for distribution of the proceeds of the Settlement (the "Net Settlement Fund") to Settlement Class Members; and (iv) approve Lead Counsel's Fee and Expense Application.  The Court may change the date of the Settlement Hearing, or hold it remotely, without providing another written notice.  Information about the hearing will be posted at www.GSXSecuritiesSettlement.com. You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT.**  If you have not yet received a full Notice and Claim Form, you may obtain copies of these documents by visiting www.GSXSecuritiesSettlement.com or by contacting the Claims Administrator at:

*GSX Securities Settlement*
c/o JND Legal Administration
P.O. Box 91131
Seattle, WA 98111
(855) 779-3369
info@GSXSecuritiesSettlement.com

Inquiries, other than requests for information about the status of a claim, may also be made to Lead Counsel:

**POMERANTZ LLP**
Austin P. Van, Esq.
600 Third Avenue, 20th Floor
New York, NY 10016
www.pomlaw.com
(212) 661-1100
avan@pomlaw.com

If you are a Settlement Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form *postmarked or submitted online no later than* _____ __*, 2026.* If you are a Settlement Class Member and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable.

If you are a Settlement Class Member and wish to exclude yourself from the Settlement Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice so that it is *received no later than* _____ __*, 2026.* If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders

3

entered by the Court relating to the Settlement, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

Any objections to the proposed Settlement, Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be delivered by mail, email, or in person to the Claims Administrator, Class Counsel, and Defendants' Counsel in accordance with the instructions in the Notice, such that they are *received no later than* _____ __*, 2026*.

**PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

通知和索赔表格的中文版本可在 **www.GSXSecuritiesSettlement.com** 网站获取.

DATED: _____, 2026        BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY