# Exhibit 5

# PROOF OF CLAIM AND RELEASE FORM

*GSX Securities Settlement*
**c/o JND Legal Administration**
**P.O. Box 91131**
**Seattle, WA 98111**

**Toll-Free Number: (855) 779-3369**
**Email:  info@GSXSecuritiesSettlement.com**
**Website:  www.GSXSecuritiesSettlement.com**

## CONTENTS

**02**   GENERAL INSTRUCTIONS

**04**   PART I.   CLAIMANT INFORMATION

**05**   PART II.   SCHEDULE OF TRANSACTIONS IN GSX SECURITIES

**06**   PART III.   SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS

## A.    GENERAL INSTRUCTIONS

1.    To recover as a member of the Settlement Class based on your claims in the class action entitled *Wu v. GSX Techedu, Inc., et al.*. Case No. 2:20-cv-04457-MEF-JRA (D.N.J.) (the "Litigation"), you must complete and, on page 6 below, sign this Proof of Claim and Release form ("Claim Form").  If you fail to submit a timely and properly addressed (as explained in paragraph 3 below) Claim Form, your claim may be rejected and you may not receive any recovery from the Net Settlement Fund created in connection with the proposed Settlement.

2.    Submission of this Claim Form, however, does not assure that you will share in the proceeds of the Settlement of the Action.

3.    **THIS CLAIM FORM MUST BE SUBMITTED ONLINE AT WWW.GSXSECURITIESSETTLEMENT.COM NO LATER THAN _____, 202~~6~~5 OR, IF MAILED, BE POSTMARKED OR RECEIVED NO LATER THAN _____, 202~~6~~5, ADDRESSED AS FOLLOWS**:

*GSX Securities Settlement*
c/o JND Legal Administration
P.O. Box 91131
Seattle, WA 98111


Or submit online at www.GSXSecuritiesSettlement.com

4.    If you are a member of the Settlement Class, and you do not timely request exclusion from the Settlement Class in response to the Notice dated ____, 202~~5~~6, you are bound by the terms of any judgment entered in the Action, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A CLAIM FORM OR RECEIVE A PAYMENT.  RECEIPT OF THIS CLAIM FORM DOES NOT MEAN YOU ARE A MEMBER OF THE SETTLEMENT CLASS.

4.    **Need help?** If you have questions concerning this Claim Form or need assistance in filling out the Claim Form, you may contact the Claims Administrator at the above mailing address, by email at info@GSXSecuritiesSettlement.com, or by toll-free phone at (855) 779-3369, or you can visit the website, www.GSXSecuritiesSettlement.com. 该索赔表格的中文版本可在网站上获取.

## B.    CLAIMANT IDENTIFICATION

1.    You are eligible to file a claim, or have a legal representative file a claim for you, if you are a member of the Settlement Class, which is: all persons and entities that purchased or otherwise acquired the publicly-traded American Depositary Shares ("ADSs"), evidenced by American Depositary Receipts ("ADRs"), of GSX Techedu, Inc. n/k/a Gaotu Techedu Inc. ("GSX" or the "Company") ("GSX Securities") from June 6, 2019 through October 20, 2020 inclusive (the "Class Period"), including those who purchased ADSs in or traceable to the Company's initial public offering on or about June 6, 2019 (the "IPO"), or GSX's secondary public offering on or about November 20, 2019 (the "SPO"), and were damaged thereby.  Excluded from the Settlement Class are: (i) Defendants; (ii) members of the Immediate Families of the Individual Defendants and the directors and officers of GSX; (iii) any person who was an officer or director of GSX during the Class Period; (iv) any firm, trust, corporation, or other entity in which any Defendant has or had a controlling interest;

Formatted: Indent: Left:  0.5", No bullets or numbering

Formatted: Font: Bold

Formatted: No bullets or numbering

Formatted: Default Paragraph Font, Font: (Default) Times New Roman, 12 pt, (none)

(v) the Company's employee retirement and benefit plan(s), if any, and their participants or beneficiaries; (vi) the legal representatives, affiliates, subsidiaries, parents, heirs, heirs apparent, beneficiaries, successors-in-interest, or assigns of any such excluded person or entity in (i)-(v), in their respective capacity as such; and (vii) Judge Michael E. Farbiarz, Judge Esther Salas, Magistrate Judge Jose R. Almonte, and their current or former chambers staff, and any of their family members; and (viii) any persons or entities who or which exclude themselves by submitting a timely and valid request for exclusion that is accepted by the Court.

2.    The "Owner" of the GSX Securities should be identified in **Part I** of this Claim Form (below) entitled "CLAIMANT INFORMATION."  The Owner listed in **Part I** of this Claim Form should be the "beneficial owner(s)" of the GSX Securities, that is the person who ultimately controlled or benefited from ownership of the stock. If you purchased or otherwise acquired GSX Securities in your name, you were the record owner as well as the beneficial owner.  However, if you purchased or otherwise acquired GSX Securities through a third party, such as a brokerage firm, you were the beneficial owner and the third party was the record owner.  Many investors hold their securities indirectly through a bank, broker-dealer, or other financial advisor or financial platform. In those cases, the investor is considered the beneficial owner (the "Owner"), while the bank, broker or financial advisor is considered the registered owner. The beneficial owner(s) (the "Owners") must sign this Claim Form.

3.    Use **Part I** of this form entitled "Claimant Information" to identify each beneficial Owner of GSX Securities whose ownership forms the basis of this claim.  THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL OWNER(S) OR THE LEGAL REPRESENTATIVE OF SUCH OWNER(S).  All joint Owners must sign this claim.

4.3.    Executors, administrators, guardians, conservators, custodians, trustees, and legal representatives must complete and sign this Claim Form on behalf of persons represented by them and their authority must accompany this claim and their titles or capacities must be stated.  The Social Security (or taxpayer identification) number and telephone number of the beneficial owner may be used in verifying the claim.  Failure to provide the foregoing information could delay verification of the claim or result in rejection of the claim.

## C.    IDENTIFICATION OF TRANSACTIONS

1.    Use **Part II** of this form entitled "Schedule of Transactions in GSX Securities" to supply all required details of your transaction(s) in GSX Securities.  If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form.  Sign and print or type your name on each additional sheet.

2.    On the schedules, provide all of the requested information with respect to: (i) your holdings of GSX Securities at the relevant times; and (ii) all of your purchases, acquisitions and sales of GSX Securities at the relevant times, whether such transactions resulted in a profit or a loss. Failure to report all such transactions may result in the rejection of your claim.

3.    **Documentation.** You are required to submit genuine and sufficient documentation for all of your transactions in and holdings of GSX securities set forth in **Part II** of the Claim Form. Documentation may consist of copies of account statements, transaction reports or confirmations, or any other authorized statements prepared by your broker, financial advisor, online trading platform, or other financial institution through which you purchased or held your GSX securities. For purchases, acquisitions, and sales, the documentation must show the number of shares traded, the price paid, and the date. A screenshot of an online trading platform that shows all of this required information

3

and the name of the owner of the account will be acceptable.  ~~Copies of broker confirmations or other documentation of your transactions in GSX Securities must be attached to your claim.~~  Failure to provide this documentation could delay verification of your claim or result in rejection of your claim. **THE CLAIMS ADMINISTRATOR DOES NOT HAVE INFORMATION ABOUT YOUR TRANSACTIONS IN GSX SECURITIES.**

> **Formatted:** Font: Not Bold

~~3.~~4.    If such documents are not in your possession, please obtain copies of these documents for your financial institution. Self-created documents are not sufficient. Failure to supply this documentation may result in the rejection of your claim. **Please do not send original documents, as they will not returned.** Please keep a copy of all documents that you send to the Claims Administrator.

> **Formatted:** Font: Bold

~~4.    NOTICE REGARDING ELECTRONIC FILING: Certain claimants with large numbers of transactions may request, either personally or through a legal representative ("Representative Filers"), to submit information regarding their transactions in electronic files.  This is different than submitting your claim online using the Settlement website.  All such claimants MUST submit a manually signed paper Claim Form whether or not they also submit electronic copies.  If you wish to file your claim electronically, you must contact the Claims Administrator at (855) 779-3369 or GSXSecurities@GSXSecuritiesSettlement.com to obtain the required electronic spreadsheet for reporting your transactions.  The Claims Administrator may also request that claimants with a large number of transactions file their claims electronically.  No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the claimant a written acknowledgment of receipt and acceptance of electronically submitted data.~~

> **Formatted:** Default Paragraph Font, Font: (Default) Times New Roman, 12 pt, (none)

# PART I – CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. Complete names of all persons and entities must be provided.

Name of the Owner of Celgene common stock (see ¶ 4 on next page for details)

Last Name (Beneficial Owner)                MI        First Name (Beneficial Owner)

[ ]                                          [ ]       [ ]

Last Name (Joint Owner, *if applicable*) (Co-Beneficial Owner)    MI    First   Name (Co-Beneficial Owner) (Joint Owner, *if applicable*)

[ ]                                          [ ]       [ ]

> **Formatted:** Font: Italic

Entity Name (if Beneficial Owner is not an individual)

[ ]

Representative or Custodian Name (if different from Beneficial Owner(s) listed above)

[ ]

Street Address 1

[ ]

Street Address 2

[ ]

City                                         State        Zip Code

[ ]                                          [ ]          [ ]

Foreign Province                Foreign Postal Code        Foreign Country Name/Abbreviation

[ ]                             [ ]                        [ ]

Telephone Number (Home)                      Telephone Number (Work)

[ ][ ][ ]–[ ][ ][ ]–[ ][ ][ ][ ]            [ ][ ][ ]–[ ][ ][ ]–[ ][ ][ ][ ]

Email Address

[ ]

Account Number (if filing for multiple accounts, file a separate Claim Form for each account)

[ ]

Social Security Number (Last 4 digits)                Taxpayer Identification Number (Last 4 digits)

[ ][ ][ ][ ]            OR                   [ ][ ][ ][ ]

Claimant Account Type (check appropriate box):

[ ] Individual (includes joint owner accounts)    [ ] Corporation    [ ] Pension Plan    [ ] IRA/401k

> **Formatted:** Default Paragraph Font, Font: (Default) Times New Roman, 12 pt, (none)

Questions? Email info@GSXSecuritiesSettlement.com, visit www.GSXSecuritiesSettlement.com, or call toll-free at (855) 779-3369.
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy

☐ Estate          ☐ Trust          ☐ Other (please specify): _____

6

Questions? Email info@GSXSecuritiesSettlement.com, visit www.GSXSecuritiesSettlement.com, or call toll-free at (855) 779-3369.

To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy

Formatted: Default Paragraph Font, Font: (Default) Times New Roman, 12 pt, (none)

# PART II – SCHEDULE OF TRANSACTIONS IN GSX SECURITIES

| 1. **PURCHASES/ACQUISITIONS OF GSX SECURITIES DURING THE PERIOD FROM JUNE 6, 2019 THROUGH AND INCLUDING JANUARY 15, 2021, INCLUDING IN THE IPO/SPO** – Separately list each and every purchase/acquisition (including free receipts) of GSX Securities from the opening of trading on June 6, 2019 through and including the close of trading on January 15, 2021.[1]  (Must be documented.) | | | | |
|---|---|---|---|---|
| Date of Purchase / Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased / Acquired | Purchase / Acquisition Price Per Share | Total Purchase / Acquisition Price (excluding taxes, commissions, and fees) | Confirm Proof of Purchase Enclosed |
| /    / | | | $ | ☐ |
| /    / | | | $ | ☐ |
| /    / | | | $ | ☐ |
| /    / | | | $ | ☐ |
| /    / | | | $ | ☐ |

| 2. **SALES OF GSX SECURITIES DURING THE PERIOD FROM JUNE 6, 2019 THROUGH AND INCLUDING JANUARY 15, 2021** – Separately list each and every sale/disposition (including free deliveries) of GSX Securities from the opening of trading on June 6, 2019 through and including the close of trading on January 15, 2021.  (Must be documented.) | | | | **IF NONE, CHECK HERE** ☐ |
|---|---|---|---|---|
| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions, and fees) | Confirm Proof of Sale Enclosed |
| /    / | | | $ | ☐ |
| /    / | | | $ | ☐ |
| /    / | | | $ | ☐ |
| /    / | | | $ | ☐ |
| /    / | | | $ | ☐ |

| 3. **HELD AS OF THE CLOSE OF TRADING ON JANUARY 15, 2021** – State the total number of shares of GSX Securities held as of the close of trading on January 15, 2021. (Must be documented.)  If none, write "zero" or "0." | Confirm Proof of Position Enclosed ☐ |
|---|---|

**IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS, PLEASE PHOTOCOPY THIS PAGE, WRITE YOUR NAME AND SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE, AND CHECK THIS BOX:** ☐

---

[1] Please note: Only GSX Securities acquired during the Class Period (*i.e.*, from June 6, 2019 through October 20, 2020, inclusive) are eligible under the Settlement.  However, because the PSLRA provides for a "90-Day Lookback Period" (described in the Plan of Allocation set forth in the Notice), you must provide documentation related to your purchases and sales of GSX Securities through January 15, 2021 in order for the Claims Administrator to calculate your Recognized Loss under the Plan of Allocation and process your claim.

**Formatted:** Default Paragraph Font, Font: (Default) Times New Roman, 12 pt, (none)

# PART III – SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS

**YOU MUST READ AND SIGN THE RELEASE BELOW. FAILURE TO SIGN MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.**

1.      I (We) submit this Claim Form under the terms of the Stipulation and Agreement of Settlement, dated June 5, 2025 (the "Stipulation"). I (We) also submit to the jurisdiction of the United States District Court for the District of New Jersey, with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in the Action. I (We) agree to furnish additional information to the Claims Administrator to support this claim (including transactions in other GSX securities) if requested to do so. I (We) have not submitted any other claim in the Action covering the same transactions in GSX Securities during the relevant periods and know of no other person having done so on my (our) behalf.

2.      I (We) hereby warrant and represent that I am (we are) a Settlement Class Member as defined above, and that I am (we are) not excluded from the Settlement Class.

3.      I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever settle, release, and discharge from the Released Plaintiffs' Claims each and all of the Released Defendant Parties, both as defined in the Stipulation. This release shall be of no force or effect unless and until the Court approves the Settlement and the Settlement becomes effective on the Effective Date (as defined in the Stipulation).

4.      I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

5.      I (We) hereby warrant and represent that I (we) have included the information requested about all of my (our) transactions in GSX Securities which are the subject of this claim, as well as the opening and closing positions in such securities held by me (us) on the dates requested in this Claim Form.

6.      I (We) certify that I am (we are) not subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code. (Note: If you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike out the prior sentence.)

I (We) declare under penalty of perjury under the laws of the United States of America that all of the foregoing information supplied on this Claim Form by the undersigned is true and correct.

Executed this _____ day of _____, in _____, _____.
           (Month/Year)     (City)    (State/Country)

_____  _____
Signature of Claimant        Signature of Joint Claimant, if any

_____  _____
Print Name of Claimant       Print Name of Joint Claimant, if any

_____
(Capacity of person(s) signing, *e.g.*, ~~Beneficial~~ Owner, Executor, President, Trustee, Custodian, or Administrator)

> **Formatted:** Default Paragraph Font, Font: (Default) Times New Roman, 12 pt, (none)

*Note: agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must: (a) identify the name, account number, last four digits of the Social Security Number (or Taxpayer Identification Number), address, and telephone number of the Owner of the Celgene common stock they are representing (in Part I of the Claim Form); and (b) submit with the Claim Form evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting.*

**Formatted:** Font: Italic

**Formatted:** Justified

**Formatted:** Default Paragraph Font, Font: (Default) Times New Roman, 12 pt, (none)

Questions? Email info@GSXSecuritiesSettlement.com, visit www.GSXSecuritiesSettlement.com, or call toll-free at (855) 779-3369.
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy

**ACCURATE CLAIMS PROCESSING TAKES
A SIGNIFICANT AMOUNT OF TIME.
THANK YOU FOR YOUR PATIENCE.**

# REMINDER CHECKLIST



1. Please sign the above release and acknowledgement.

2. If this claim is being made on behalf of Joint Claimants, then both must sign.

3. Remember to attach copies of supporting documentation, if available.





4. **Do not send** originals of certificates

5. Keep a copy of your Claim Form and all supporting documentation for your records.

6. If you desire an acknowledgment of receipt of your Claim Form, please send it Certified Mail, Return Receipt Requested.



7. If you move, please send your new address to:



*GSX Securities Settlement*
c/o JND Legal Administration
P.O. Box 91131
Seattle, WA 98111
www.GSXSecuritiesSettlement.com
(855) 779-3369

8. **Do not use red pen or highlighter** on the Claim Form or supporting documentation.



10

**Formatted:** Default Paragraph Font, Font: (Default) Times New Roman, 12 pt, (none)