**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YANG RENBIN, ROBERT ANGELINE, COREY HAYS, and ALEXANDRE TAZI, Individually and On Behalf of All Others Similarly Situated, | **Case No. 2:20-CV-04457 (MEF) (JRA)** |
| Plaintiffs, | |
| v. | |
| GSX TECHEDU INC., LARRY XIANGDONG CHEN, NAN SHEN, XIN FAN, YIMING HU, MING LIAO, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES, INC., BARCLAYS CAPITAL, INC., BOFA SECURITIES, INC., CLSA LIMITED, and GOLDMAN SACHS (ASIA) L.L.C., | |
| Defendants. | |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that Lead Plaintiff Yang Renbin and Additional Plaintiffs Robert Angeline, Corey Hays, and Alexandre Tazi (collectively, "Plaintiffs"), individually and on behalf of all Settlement Class Members, will move this Court on June 4, 2026 at 10:00am at Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101, in Courtroom PO #4, by way of a Final Approval Hearing (*see* ECF No. 169) respectfully for an Order to: (1) approve the $9,500,000 cash settlement that will dispose of all claims in this Action; (2) certify this Action as a class action pursuant to Fed. R. Civ. P. 23(e) to effectuate the Class Settlement, including appointing Lead Counsel as Class Counsel; (3) find that the notice plan the Court approved at preliminary approval met all applicable requirements; and (4) approve the Plan of Allocation for the disbursement of the proceeds among Settlement Class Members.  In support thereof, Plaintiffs file the accompanying Memorandum of Law.  A [Proposed] Order with respect to both this Motion and the Motion for an Award of Attorneys' Fees and Expenses and Awards for Plaintiffs will be attached to reply papers, so that it can be adjusted after the exclusion deadline to reflect parties seeking exclusion.

- 1 -

NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Dated:  April 30, 2026

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Austin P. Van*
Jeremy A. Lieberman
Austin P. Van
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
avan@pomlaw.com

*Lead Counsel for Lead Plaintiff Yang Renbin, and Additional Plaintiffs Corey Hays and Alexandre Tazi*

**THE ROSEN LAW FIRM, P.A**
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Telephone:  (973) 313-1887
Facsimile:  (973) 833-0399
Email:  lrosen@rosenlegal.com

Jing Chen
Jonathan Horne
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone:  (212) 686-1060
Facsimile:  (212) 202-3827
Email:  jchen@rosenlegal.com
Email: jhorne@rosenlegal.com

Junbo Hao
**HAO LAW FIRM**
**BEIJING HAO JUNBO LAW FIRM**
Room 3-401 No. 2 Building,
No. 1 Shuangliubei Street
100024  Beijing
People's Republic of China
Telephone:  +86 137-1805-2888
Email:  jhao@haolaw.cn

*Additional Counsel for Lead Plaintiff and Additional Plaintiff Robert Angeline*

- 2 -
NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Austin P. Van*
Austin P. Van

NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT